John E. Flaherty
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone:  (973) 622-4444
Facsimile:  (202) 624-7070

Of Counsel:
J. Michael Jakes
Leslie I. Bookoff
Laurence M. Sandell
**FINNEGAN, HENDERSON, FARABOW,**
**GARRETT & DUNNER, L.L.P.**
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone:  (202) 408-4000
Facsimile:  (202) 408-4400

*Attorneys for Plaintiff Becton, Dickinson*
*and Company*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BECTON, DICKINSON AND COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. _____ |
| | ) |
| INSULET CORPORATION, | ) **DEMAND FOR JURY TRIAL** |
| | ) |
| Defendants. | ) |
| | ) |

## **COMPLAINT**

Plaintiff Becton, Dickinson and Company ("BD") brings this complaint for patent

infringement against Defendant Insulet Corporation ("Insulet").

1

## NATURE OF ACTION

1.      This is an action for patent infringement under 35 U.S.C. § 271, et seq., by BD against Insulet for infringement of United States Patent Nos. 5,536,249 C1 ("the '249 patent"), 5,925,021 ("the '021 patent"), and 5,957,895 ("the '895 patent").

## PARTIES

2.      Plaintiff BD is a corporation organized and existing under the laws of New Jersey, with a place of business at 1 Becton Drive, Franklin Lakes, New Jersey 07417-1880.  BD is the assignee and owner of the '249, '021, and '895 patents.

3.      Upon information and belief, Defendant Insulet Corporation is a corporation organized under the laws of the State of Delaware, with a principal place of business at 9 Oak Park Drive, Bedford, Massachusetts 01730.

## JURISDICTION AND VENUE

4.      This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 271, et seq.

5.      This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338.

6.      Upon information and belief, Insulet has voluntarily placed its diabetes management products, including the Omnipod® Insulin Management System, into the stream of commerce, knowing that New Jersey is the likely destination of a substantial quantity of such products.

7.      Upon information and belief, a substantial part of the events giving rise to these claims for patent infringement occurred in New Jersey and in this judicial district.

8.      Upon information and belief, Insulet is subject to personal jurisdiction in this district because it maintains or has maintained continuous and systematic contacts with New Jersey and this judicial district.

9.      Upon information and belief, Insulet is subject to personal jurisdiction in this district because it purposefully engaged in activities that gave rise to BD's claims for patent infringement and which were directed to residents of New Jersey and this judicial district.

10.     Upon information and belief, Insulet resides in this district for purposes of 28 U.S.C. §§ 1391(c) and 1400(b) because it is subject to personal jurisdiction in this district.

11.     Upon information and belief, venue for this civil action in this judicial district is proper under 28 U.S.C. §§ 1391(b), 1391(c), and/or 1400(b), as Insulet is subject to personal jurisdiction in this district.

## <u>COUNT 1:  PATENT INFRINGEMENT OF U.S. PATENT NO. 5,536,249 C1</u>

12.     BD incorporates by reference paragraphs 1-11 as if fully set forth herein.

13.     On July 16, 1996, the United States Patent and Trademark Office ("PTO") duly and legally issued United States Patent No. 5,536,249, entitled "Pen-Type Injector with a Microprocessor and Blood Characteristic Monitor," to the inventors Thomas P. Castellano and Robert Schumacher.  This patent was assigned to Visionary Medical Products, Inc., at the time of issuance.  On October 9, 2007, the PTO duly and legally issued Ex Parte Reexamination Certificate No. 5,536,249 C1, having the same title and inventors.  Plaintiff BD is the current assignee and owner of the '249 patent, a copy of which is attached as Exhibit A.

14.     Upon information and belief, Insulet has infringed and continues to infringe the '249 patent under 35 U.S.C. § 271(a), (b), and/or (c), by making, using, offering for sale, selling, and/or importing into the United States diabetes management systems, including the Omnipod®

3

Insulin Management System, and by contributing to and/or inducing infringement of the '249 patent.

15.     Insulet does not have a license or permission to use the '249 patent.

16.     As a result of Insulet's infringement of the '249 patent, BD has suffered, and continues to suffer, damages, in an amount not yet determined.

17.     As a result of Insulet's infringement of the '249 patent, BD has been irreparably injured.  Unless such infringing acts are enjoined by this Court, BD will continue to suffer additional irreparable injury.

18.     In a series of letters, dated September 22, 2009, February 12, 2010, and April 27, 2010, BD provided notice to Insulet of the '249 patent and its infringing conduct.

19.     Despite knowledge of the '249 patent, Insulet has continued to infringe this patent.  Insulet acted with reckless disregard of the '249 patent by continuing to infringe the patent when it knew or should have known that its actions constituted infringement.

## COUNT 2:  PATENT INFRINGEMENT OF U.S. PATENT NO. 5,925,021

20.     BD incorporates by reference paragraphs 1-11 as if fully set forth herein.

21.     On July 20, 1999, the PTO duly and legally issued United States Patent No. 5,925,021, entitled "Medication Delivery Device with a Microprocessor and Characteristic Monitor," to the inventors Thomas P. Castellano and Robert Schumacher.  The '021 patent was assigned to Visionary Medical Products, Inc., at the time of issuance.  Plaintiff BD is the current assignee and owner of the '021 patent, a copy of which is attached as Exhibit B.

22.     Upon information and belief, Insulet has infringed and continues to infringe the '021 patent under 35 U.S.C. § 271(a), (b), and/or (c), by making, using, offering for sale, selling, and/or importing into the United States diabetes management systems, including the Omnipod®

4

Insulin Management System, and by contributing to and/or inducing infringement of the '021 patent.

23.     Insulet does not have a license or permission to use the '021 patent.

24.     As a result of Insulet's infringement of the '021 patent, BD has suffered, and continues to suffer, damages, in an amount not yet determined.

25.     As a result of Insulet's infringement of the '021 patent, BD has been irreparably injured.  Unless such infringing acts are enjoined by this Court, BD will continue to suffer additional irreparable injury.

**COUNT 3:  PATENT INFRINGEMENT OF U.S. PATENT NO. 5,957,895**

26.     BD incorporates by reference paragraphs 1-11 as if fully set forth herein.

27.     On September 28, 1999, the PTO duly and legally issued United States Patent No. 5,957,895, entitled "Low-Profile Automatic Injection Device with Self-Emptying Reservoir," to the inventors Burton H. Sage and Robert I. Connelly.  Plaintiff BD is the assignee and owner of the '895 patent, a copy of which is attached as Exhibit C.

28.     Upon information and belief, Insulet has infringed and continues to infringe the '895 patent under 35 U.S.C. § 271(a), (b), and/or (c), by making, using, offering for sale, selling, and/or importing into the United States diabetes management systems, including the Omnipod® Insulin Management System, and by contributing to and/or inducing infringement of the '895 patent.

29.     Insulet does not have a license or permission to use the '895 patent.

30.     As a result of Insulet's infringement of the '895 patent, BD has suffered, and continues to suffer, damages, in an amount not yet determined.

31.     As a result of Insulet's infringement of the '895 patent, BD has been irreparably injured.  Unless such infringing acts are enjoined by this Court, BD will continue to suffer additional irreparable injury.

**PRAYER FOR RELIEF**

WHEREFORE, BD respectfully requests the following relief:

(a) a declaration that Insulet infringes each of the '249, '021, and '895 patents under 35 U.S.C. § 271(a), (b), and/or (c), and a final judgment incorporating the same;

(b) equitable relief under 35 U.S.C. § 283, including, but not limited to, an injunction that enjoins Insulet and any of its officers, agents, employees, assigns, representatives, privies, successors, and those acting in concert or participation with them from infringing, contributing to, and/or inducing infringement of the '249, '021, and '895 patents;

(c) an award of damages sufficient to compensate BD for infringement of the '249, '021, and '895 patents by Insulet, together with prejudgment and post-judgment interest under 35 U.S.C. § 284;

(d) entry of an order compelling Insulet to compensate BD for any ongoing and/or future infringement of the '249, '021, and '895 patents, in an amount and under terms appropriate under the circumstances;

(e) a declaration or order finding that Insulet's infringement is willful and/or an order increasing damages under 35 U.S.C. § 284;

(f) a judgment holding that this is an exceptional case under 35 U.S.C. § 285 and awarding BD its reasonable attorney fees, costs, and expenses; and

(g) such other relief deemed just and proper.

**JURY DEMAND**

Under Rule 38 of the Federal Rules of Civil Procedure, BD hereby demands trial by jury of all issues so triable by a jury in this action.

Dated: August 25, 2010     Respectfully submitted,


           <u>s/John E. Flaherty</u>
           John E. Flaherty
           **McCARTER & ENGLISH, LLP**
           Four Gateway Center
           100 Mulberry Street
           Newark, NJ 07102
           Telephone:  (973) 622-4444
           Facsimile:  (202) 624-7070

           Of Counsel:
           J. Michael Jakes
           Leslie I. Bookoff
           Laurence M. Sandell
           **FINNEGAN, HENDERSON, FARABOW,**
           **GARRETT & DUNNER, L.L.P.**
           901 New York Avenue, N.W.
           Washington, D.C. 20001
           Telephone:  (202) 408-4000
           Facsimile:  (202) 408-4400

           *Attorneys for Plaintiff Becton, Dickinson*
           *and Company*

## <u>CERTIFICATION PURSUANT TO LOCAL RULE 11.2</u>

Pursuant to Local Civil Rule 11.2, I hereby certify that the above-captioned action is not the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding.

Dated: August 25, 2010                            Respectfully submitted,


<u>s/John E. Flaherty</u>
John E. Flaherty
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone:  (973) 622-4444
Facsimile:  (202) 624-7070

Of Counsel:
J. Michael Jakes
Leslie I. Bookoff
Laurence M. Sandell
**FINNEGAN, HENDERSON, FARABOW,**
**GARRETT & DUNNER, L.L.P.**
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone:  (202) 408-4000
Facsimile:  (202) 408-4400

*Attorneys for Plaintiff Becton, Dickinson*
*and Company*

# EXHIBIT A

US005536249A

# United States Patent [19]

## Castellano et al.

[11] **Patent Number:** 5,536,249

[45] **Date of Patent:** Jul. 16, 1996

[54] **PEN-TYPE INJECTOR WITH A MICROPROCESSOR AND BLOOD CHARACTERISTIC MONITOR**

[75] Inventors: **Thomas P. Castellano**, Los Angeles; **Robert Schumacher**, Beverly Hills, both of Calif.

[73] Assignee: **Visionary Medical Products, Inc.**, Los Angeles, Calif.

[21] Appl. No.: **208,636**

[22] Filed: **Mar. 9, 1994**

[51] Int. Cl.$^6$ .................................................. **A61M 5/10**

[52] U.S. Cl. ......................................... **604/65;** 128/DIG. 1

[58] Field of Search .......................... 604/65, 30–34, 604/66–67, 118, 151, 246, 264, 280; 128/DIG. 1, DIG. 12, DIG. 13

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 1,997,129 | 4/1935 | Taylor et al. . |
| 2,221,739 | 11/1940 | Reiter . |
| 2,605,763 | 8/1952 | Smoot . |
| 2,632,445 | 3/1953 | Kas . |
| 2,695,023 | 11/1954 | Brown . |
| 2,718,299 | 9/1955 | Atwater et al. . |
| 3,110,310 | 11/1963 | Cislak . |
| 3,141,583 | 7/1964 | Mapel et al. . |
| 3,293,749 | 12/1966 | George et al. . |
| 3,348,545 | 10/1967 | Sarnoff et al. . |
| 3,481,510 | 12/1969 | Allen, Jr. . |
| 3,517,668 | 6/1970 | Brickson . |
| 3,583,399 | 6/1971 | Ritsky . |
| 3,894,663 | 7/1975 | Carhart et al. . |
| 3,977,574 | 8/1976 | Thomas . |
| 4,022,207 | 5/1977 | Citrin . |

(List continued on next page.)

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 1103314 | 6/1981 | Canada . |
| 0037696 | 10/1981 | European Pat. Off. . |
| 0058536 | 8/1982 | European Pat. Off. . |
| 0143895 | 6/1985 | European Pat. Off. . |
| 0416975 | 3/1991 | European Pat. Off. . |
| 91225137 | 6/1991 | European Pat. Off. . |
| 93249687 | 6/1993 | European Pat. Off. . |
| 1149735 | 12/1957 | France . |
| 1170312 | 1/1959 | France . |
| 1445659 | 6/1966 | France . |
| 2418642 | 9/1979 | France . |
| 2557445 | 5/1985 | France . |
| 730971 | 12/1942 | Germany . |
| 1070784 | 12/1959 | Germany . |
| 22140 | 10/1961 | Germany . |
| 293302 | 9/1953 | Switzerland . |
| 1225495 | 3/1971 | United Kingdom . |
| 1574267 | 9/1980 | United Kingdom . |
| 2109690 | 2/1982 | United Kingdom . |
| WO8502546 | 6/1985 | WIPO . |
| 8601728 | 3/1986 | WIPO . |
| 9213583 | 8/1992 | WIPO . |

### OTHER PUBLICATIONS

Search Report for PCT/US95/02727, mailed Jun. 20, 1995, case claims priority on this U.S. application.

*Annual International Conference of the IEEE Engineering in Medicine and Biology Society,* "An Optical and RF Telemetry Drug Injection Control and ECG System for Awake Small Animal Studies", vol. 13, No. 5, 1991.

PCT Written Opinion issued by the European Patent Office on Nov. 3, 1995.

*Primary Examiner*—Manuel Mendez

*Attorney, Agent, or Firm*—Loeb & Loeb

[57] **ABSTRACT**

A medical injection device, such as a pen-type injector has a microprocessor coupled to the injector that records the date, the time, and the amount of each injection. The microprocessor may also be coupled to a display to indicate the amount of medication to be injected. The medical injection device can also be coupled with a blood characteristic monitor to analyze characteristics of the blood. This provides a single, all-in-one device that performs a variety of functions, and requires only a minimum of space. The medical injection device may also use a disposable needle that substantially eliminates or reduces bleeding from an opening in the skin at the injection site.

**55 Claims, 19 Drawing Sheets**



**5,536,249**

Page 2

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,099,548 | 7/1978 | Sturm et al. . |
| 4,146,029 | 3/1979 | Ellinwood, Jr. ........................ 128/260 |
| 4,333,458 | 6/1982 | Margulies et al. . |
| 4,395,921 | 8/1983 | Oppenlander . |
| 4,413,760 | 11/1983 | Paton . |
| 4,415,101 | 11/1983 | Shapiro et al. . |
| 4,425,121 | 1/1984 | Young et al. . |
| 4,435,173 | 3/1984 | Siposs et al. ...................... 128/DIG. 1 |
| 4,444,560 | 4/1984 | Jacklich . |
| 4,457,712 | 7/1984 | Dragan . |
| 4,470,317 | 9/1984 | Sabloewski et al. . |
| 4,475,905 | 10/1984 | Himmelstrup . |
| 4,498,904 | 2/1985 | Turner et al. . |
| 4,526,294 | 7/1985 | Hirschmann et al. . |
| 4,529,401 | 7/1985 | Uslie et al. ...................... 128/DIG. 1 |
| 4,581,022 | 4/1986 | Leonard et al. . |
| 4,592,745 | 6/1986 | Rex et al. ............................. 604/211 |
| 4,659,327 | 4/1987 | Bennett et al. . |
| 4,664,128 | 5/1987 | Lee . |
| 4,710,172 | 12/1987 | Jacklich et al. . |
| 4,710,178 | 12/1987 | Leonard et al. . |
| 4,820,287 | 4/1989 | Leonard . |
| 4,865,591 | 9/1989 | Sams . |
| 4,883,472 | 11/1989 | Michel ...................................... 604/208 |
| 4,936,833 | 6/1990 | Sams ....................................... 604/232 |
| 4,950,246 | 8/1990 | Muller ...................................... 604/154 |
| 4,959,056 | 9/1990 | Dombrowski et al. ................. 604/186 |
| 4,998,570 | 3/1991 | Strong ................................. 128/DIG. 1 |
| 5,024,656 | 6/1991 | Gasaway et al. ......................... 604/70 |
| 5,069,668 | 12/1991 | Boydman ................................. 604/121 |
| 5,085,642 | 2/1992 | Sarnoff et al. .......................... 604/134 |
| 5,092,842 | 3/1992 | Bechtold et al. ........................ 604/135 |
| 5,102,393 | 4/1992 | Sarnoff et al. .......................... 604/136 |
| 5,104,380 | 4/1992 | Holman et al. .......................... 604/117 |
| 5,112,317 | 5/1992 | Michel ...................................... 604/208 |
| 5,114,406 | 5/1992 | Gabriel et al. .......................... 604/136 |
| 5,139,484 | 8/1992 | Hazon et al. ......................... 128/DIG. 1 |
| 5,180,371 | 1/1993 | Spinallo .................................. 604/207 |
| 5,226,895 | 7/1993 | Harris ....................................... 604/208 |
| 5,226,896 | 7/1993 | Harris ....................................... 604/211 |
| 5,244,461 | 9/1993 | Derlien ................................. 128/DIG. 1 |
| 5,244,465 | 9/1993 | Michel ...................................... 604/208 |
| 5,279,585 | 1/1994 | Balkwill ................................... 604/207 |
| 5,279,586 | 1/1994 | Balkwill ................................... 604/207 |
| 5,383,865 | 1/1995 | Michel ...................................... 604/208 |

**U.S. Patent**     Jul. 16, 1996     Sheet 1 of 19     **5,536,249**



FIG. 1



FIG. 4



FIG. 2



FIG. 3

Case 2:10-cv-04371-ES-JAD   Document 1   Filed 08/25/10   Page 15 of 110 PageID: 15





FIG. 5

FIG. 6



FIG. 7

FIG. 8

Case 2:10-cv-04371-ES-JAD   Document 1   Filed 08/25/10   Page 18 of 110 PageID: 18



FIG. 9



FIG. 10

**U.S. Patent**   Jul. 16, 1996   Sheet 8 of 19   **5,536,249**

FIG. 11



FIG. 12



# FIG. 13



FIG. 14



FIG. 15



FIG. 16A

**U.S. Patent**          Jul. 16, 1996          Sheet 13 of 19          **5,536,249**



FIG. 16B



FIG. 17

FIG. 18



FIG. 19



FIG. 20



FIG. 21



FIG. 22



FIG. 23

**U.S. Patent**        Jul. 16, 1996        Sheet 18 of 19        **5,536,249**

## BLOOD GLUCOSE (mg/dL) INSULIN LOG

| Name: Good, Johnny B. | Report Date: 12-31-93 |
|---|---|
| I.D. or Chart # | Report Time: 13:50 |
| Phys/Inst: Cedars S. | Report Span: 12-24 to 12-30-93 |

|  | Breakfast | | Lunch | | Dinner | | Snack |
|---|---|---|---|---|---|---|---|
|  | Pre | Post | Pre | Post | Pre | Post | |
| No. of Readings | 7 | 0 | 7 | 0 | 7 | 0 | 7 |
| Std. Deviation | 51.0 | | 42.0 | | 61.0 | | 29.0 |
| Average | 99.3 | | 113.4 | | 130.4 | | 86.0 |

### FIG. 24(a)

Blood Glucose Chart:

| | BLOOD GLUCOSE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Breakfast | | Lunch | | Dinner | | Snack | Other |
| | Pre | Post | Pre | Post | Pre | Post | | |
| 12-24-93 Fri | 06:30 190 | | 11:24 101 | | 16:41 122 | | 21:25 77 | |
| 12-25-93 Sat | 06:41 47 | | 11:20 146 | | 16:20 137 | | 21:15 123 | |
| 12-26-93 Sun | 06:30 59 | | 11:25 113 | | 16:36 156 | | 21:30 111 | |

### FIG. 24 (b)

Insulin Chart:

| | INSULIN | | | |
|---|---|---|---|---|
| | Breakfast | Lunch | Dinner | Evening |
| 12-24-93 Fri | 06:39 R-3 L-7 | 11:38 R-6 L-6 | 16:56 R-13 L-11 | 21:37 R-7 L-12 |
| 12-25-93 Sat | 06:42 R-2 L-5 | 11:24 R-3 L-6 | 16:30 R-10 L-10 | 21:33 R-6 L-10 |
| 12-26-93 Sun | 06:36 R-4 L-6 | 11:30 R-6 L-6 | 16:40 R-8 L-12 | 21:40 R-8 L-10 |

FIG. 24 (c)

Markers Chart:



| | MARKERS | | | |
|---|---|---|---|---|
| | Symptom | Meal | Exercise | Special |
| 12-24-93 Fri | | 17:15 inc | | |
| 12-25-93 Sat | 06:00 | | 18:30 | |
| 12-26-93 Sun | | | 18:15 inc | |

FIG. 24 (d)

5,536,249

1

# PEN-TYPE INJECTOR WITH A MICROPROCESSOR AND BLOOD CHARACTERISTIC MONITOR

## FIELD OF THE INVENTION

This invention relates to pen-type injectors for injecting medications or other injectable substances and, in particular embodiments, a pen-type injector for injecting insulin. In preferred embodiments, the pen-type injector utilizes a microprocessor to record injection information and a monitor to measure blood characteristics. Further embodiments of the invention also relate to blood characteristic monitors that are incorporated into wrist watches.

## BACKGROUND OF THE INVENTION

Home treatment methods for the control and management of various diseases are becoming more popular. For instance, high success rates for treatment of diabetes have been achieved when a diabetic patient controls the disease by self-testing blood glucose levels and administering a correct dose of insulin. The doctor works with the patient to determine the best regimen of diet, exercise, and insulin dose to maintain a target blood glucose level.

Between doctor's office visits, the patient is responsible for carrying out the prescribed regimen, which includes frequent blood testing and insulin administration using a syringe, needleless injector, pen-type injector or insulin pump. The patient and doctor select a blood glucose monitor based on desired monitor features, suitability for the patient, perceived accuracy, and ease of use.

Home diabetes therapy requires personal discipline of the user, is time consuming, requires an appropriate location, and the proper instruments and accessories. Therefore, it is highly desirable that the home therapy regimen cause minimal inconvenience and changes in the patient's lifestyle. Many past therapy regimens and devices have failed to provide the convenience and minimum changes to the patient's lifestyle, and thus the compliance with the medical regimens have been less than satisfactory.

Traditionally, for out-patient and in-home patient care, medication has been injected by a syringe, wherein the user has to insert the needle of the syringe into a separate medication vial to withdraw medication. Once the medication is withdrawn from the vial, the user removes any air bubbles and extra medication, and then injects the medication.

Typical syringes suffer from many drawbacks. For instance, they may not be preloaded with medication; thus, requiring the user to carry a separate medication vial. Moreover, people with dexterity disorders often have difficulty lining up the needle portion of the syringe with the rubber septum on the medication vial. This can lead to unintentional needle pricks or excessive time being required to complete an injection, both of which tend to inhibit compliance with a medical regimen. Also, it is often difficult for children or people with failing eyesight to line up the medication with the proper dosage line on the outer casing of the syringe. Furthermore, the user of the syringe is typically responsible for manually recording the date, the time and the dosage in a separate log book so that the doctor can monitor the user's compliance with the prescribed medical regimen.

Another drawback to the traditional syringe is that a syringe is difficult to use in public places. For instance, many schools do not allow students to carry syringes. This pro-

2

hibition against syringes can cause excessive delays between injections, and thus could complicate a user's medical condition. Moreover, there is also a social stigma attached to using a syringe, since it raises connotations of drug abuse. These drawbacks have been one of the principal reasons why users have abandoned medical regimens requiring the use of syringes in social settings.

As an alternative, pen-type injectors have been developed. The pen-type injectors often use prepackaged insulin. However, these devices have been inherently inaccurate and undependable due to their difficult to read scales and inadequately designed mechanical injection systems. For example, typical pen-injectors require multiple and repeated activations of the injector mechanism to administer a desired dosage. Thus, during administration of an injection, the user must keep track of the number of activations (i.e., depressions) to determine when the required dosage has been delivered.

Another disadvantage to pen-type injectors is that typical disposable needles used on pen-type injectors cause bleeding during the administration of an injection. This results from the disposable needle spreading the opening in the skin at the injection site, thereby allowing the skin to bleed. This bleeding from traditional disposable needles can discourage users from following the medical regimen, and the bleeding also increases the likelihood of spreading infectious diseases.

Often a user who takes certain medications, such as insulin, in a home therapy regimen must also monitor the level of glucose present in the blood at periodic intervals. The test results are used to determine when another injection should be taken or to determine how the user is responding to prior injections. Typically, the blood monitor is a separate device that the user must carry along with the insulin injector or syringe. To use the blood monitor the user must lance a portion of the body (i.e., typically a finger) and take a sample that is analyzed by the monitor. The user then manually records the results, the time and the date in a separate log book.

## SUMMARY OF THE DISCLOSURE

According to embodiments of the present invention, a medical injection device, such as a pen-type injector or the like, has a processor coupled to the injector that records the date, the time, and the amount of each injection. The processor may also be coupled to a display to indicate the amount of medication to be injected.

In particular embodiments, a medical injection device includes an injection mechanism that has an actuator for setting the dosage and administering an injection of a medication contained within the injection device. The injection device also has a processor coupled to the actuator of the injection mechanism to determine a value equal to the dosage set by the actuator of the injection mechanism, and a memory device coupled to the processor to store the value determined by the processor. In further embodiments, the injection device also has a receptacle capable of holding the medication and the injection mechanism further includes a drive mechanism coupled between the actuator and the receptacle to inject the set dosage of the medication. In other embodiments, the injection device also includes a display device to display the value equal to the dosage determined by the processor and a clock circuit for determining the time. In preferred embodiments, the injection device includes a data port for transferring information to and from the processor and memory device to an external device.

5,536,249

**3**

In particular embodiments of the present invention, a medical device includes a pen-type injector that is also coupled with a blood characteristic monitor to analyze characteristics of the blood. This provides a single, all-in-one device that performs a variety of functions, and requires only minimal space.

In particular embodiments, a medical device includes a medication injector for injecting a dosage of a medication, a blood characteristic monitor for analyzing a blood sample, and a processor coupled to the medication injector and the blood characteristic monitor. The processor determines a value equal to the dosage of the medication to be injected by the medication injector. The processor also determines blood characteristics from a blood sample analyzed by the blood characteristic monitor.

In further embodiments, the medical device also includes a memory device coupled to the processor to store the value equal to the dosage and the blood characteristics determined by the processor. In preferred embodiments, the medical device includes a data port for transferring information to and from the processor and memory device to an external device and a clock circuit for tracking the time.

According to another embodiment of the invention, a pen-type injector utilizes a disposable needle that substantially eliminates or reduces bleeding from an opening in the skin at the injection site. Also in other embodiments, the pen-type injector uses a direct drive mechanism for injecting the medication with a single depression of an actuator knob. Moreover, the actuator knob is rotatable to adjust the amount of medication that is injected.

In particular embodiments, a disposable needle for a pen-type injector has a base adapted to be coupled to a pen-type injector, an injection needle having a injection end and a connecting end, and a hollow cylindrical cover having an open end and an opposite connecting end. Both the connecting end of the injection needle and the opposite connecting end of the hollow cylindrical cover are coupled to the base such that the injection needle is disposed in the center of the open end of the hollow cylindrical cover with the connecting end of the injection needle inside the hollow cylindrical cover below the open end of the hollow cylindrical cover. Moreover, the injection end of the injection needle extends beyond the open end of the hollow cylindrical cover.

According to a further embodiment of the present invention, a watch monitor includes a blood characteristic monitor and a clock that performs as a wrist watch. The watch monitor utilizes a high quality blood analysis device that can record detailed information on blood analysis results and injections. Moreover, the device can be worn easy and unobtrusively on a wrist so that typical time and alarm functions are combined with the blood characteristic monitor to coordinate the blood testing regimen and reduce the number of items a user must carry. Thus, a user has improved detailed record keeping, regimen alarms and reminders, blood characteristic analysis capabilities, and time keeping functions in a single, all-in-one device.

In particular embodiments of the present invention, a portable blood monitor includes a housing of suitable size and configuration to be worn on a wrist, a clock contained in the housing for measuring time, and a blood characteristic monitor contained in the housing for analyzing a blood sample. The portable blood monitor also includes a processor coupled to the blood characteristic monitor and the clock. The processor determines blood characteristics based on the analyzed blood sample from the blood characteristic

**4**

monitor, and the processor uses the measure of the time from the clock to identify when the blood characteristics were determined. In further embodiments, the portable blood monitor also includes a memory storage device coupled to the processor for storing the measure of time from the clock and the blood characteristics determined by the processor, and a display device to display the measure of the time from the clock and the blood level characteristics determined by the processor. In preferred embodiments, the portable blood monitor includes a data port for transferring information to and from the processor and memory device to an external device and the data port may utilize infrared communication technology to transfer the information.

Other features and advantages of the invention will become apparent from the following detailed description, taken in conjunction with the accompanying drawings which illustrate, by way of example, various features of embodiments of the invention.

## BRIEF DESCRIPTION OF THE DRAWINGS

A detailed description of embodiments of the invention will be made with reference to the accompanying drawings, wherein like numerals designate corresponding parts in the several figures.

FIG. 1 is a perspective view of a pen-type injector in accordance with an embodiment of the present invention.

FIG. 2 is a front perspective view of the embodiment of the pen-type injector shown in FIG. 1.

FIG. 3 is a partial cross-sectional and exploded side view of the pen-type injector shown in FIG. 2.

FIG. 4 is a simplified flow block diagram for the pen-type injector as shown in FIG. 1.

FIG. 5 is a cross-sectional view of the pen-type injector embodiment as shown along the line 5—5 in FIG. 2.

FIG. 6 is another cross-sectional view of the pen-type injector shown in FIG. 5, with the actuator in the released position.

FIGS. 7—12 show various perspective views of a drive mechanism in accordance with an embodiment of the present invention.

FIG. 13 is a cross-sectional view of the pen-type injector as shown along the line 13—13 in FIG. 6.

FIG. 14 is a perspective view of a pen-type injector that includes a blood characteristic monitor in accordance with an embodiment of the present invention.

FIG. 15 is a simplified flow block diagram for the pen-type injector with a blood characteristic monitor as shown in FIG. 14.

FIGS. 16A and 16B are a circuit schematic for the pen-type injector with a blood characteristic monitor shown in FIGS. 14 and 15.

FIG. 17 shows a top view of another pen-type injector with a blood characteristic monitor in accordance with an embodiment of the present invention.

FIG. 18 is a cross-sectional view of the pen-type injector with a blood characteristic monitor as shown along the line 18—18 in FIG. 17.

FIG. 19 is a perspective view of a disposable needle in accordance with an embodiment of the present invention.

FIG. 20 is an end view of the disposable needle as shown in FIG. 19.

FIG. 21 is a cross-sectional view of the disposable needle as shown along the line 21—21 in FIG. 20.

5,536,249

5

FIG. **22** is a front plan view of a blood characteristic monitor in accordance with an embodiment of the present invention.

FIG. **23** is a simplified flow block diagram in accordance with the embodiment shown in FIG. **22.**

FIGS. **24**(*a*)–**24**(*d*) are diagrams of typical reports obtained from the embodiment shown in FIGS. **22** and **23.**

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

As shown in the drawings for purposes of illustration, the invention is embodied in a pen-type injector utilizing a microprocessor. In particular embodiments of the present invention, the pen-type injector further includes a blood characteristic monitor to measure characteristics of a blood sample. In further embodiments, the pen-type injector uses a direct drive injection mechanism, and may include a disposable needle which substantially eliminates or reduces bleeding caused from administration of an injection. In other embodiments, a blood characteristic monitor is contained within a wrist watch sized device that combines blood characteristic monitoring, time keeping and information recording in a single, all-in-one device that is worn on a user's wrist.

In preferred embodiments of the present invention, the pen-type injector is used to inject insulin, and the blood characteristic monitor is used to determine the amount of glucose present in a blood sample. However, it will be recognized that further embodiments of the invention may be used with other types of medication or other injectable substances, such as vitamins, growth hormones or the like. Moreover, embodiments of the present invention may be used with other types of injectors that are not pen shaped, such as jet injectors and the like. Furthermore, in other embodiments, the blood characteristic monitor may be used to monitor other characteristics, such as hormone levels, cholesterol levels or the like.

Embodiments of the present invention combine pen-type injectors with a microprocessor to accurately set and determine the dosage of a medication that is injected into the user. Moreover, the microprocessor serves to record important information concerning the injection, such as the date, the time and the amount of medication injected. This information is displayed on an LCD display, or the like, for easy review by the user or doctor. This allows the user to carry one self-contained injection device that does not require carrying a separate medication vial and syringes, since the vial is contained within the injector. Moreover, the user does not have to carry a separate log book to record relevant and required information concerning the injection, since this information is automatically recorded by the microprocessor for later recall.

A preferred embodiment of the pen-type injector has a direct drive injection mechanism for accurate dosing and ease of use. The drive utilizes a rotatable dosage knob provided at one end of the pen-type injector. The dosage knob allows the user to accurately adjust the amount of medication or insulin that will be injected by the pen-type injector, since rotating the dosage knob limits the distance that the dosage knob can be depressed. Accuracies of 0.001 to 0.01 ccs (0.1 to 1.0 units) can be readily achieved. To inject a dose of medication, the user inserts the needle under the skin and depresses the dosage once knob once as far as it will depress.

In preferred embodiments, the pen-type injector is also combined with a blood characteristic monitor that deter-

6

mines the level of medication in a blood sample. The blood characteristic monitor uses the microprocessor in the pen-type injector (although a separate microprocessor could be used) to process the blood sample results and to store relevant information about the results. Thus, a single, all-in-one device provides medication injection, blood characteristic monitoring, and record keeping. Therefore, a user is only required to carry a single device, and is not required to carry a large number and variety of items to comply with their medical regimen. For example, a separate medication vial, a separate medication injector, a separate blood characteristic monitor and a separate log book are not needed.

In other embodiments, the pen-type injector utilizes a disposable needle that minimizes or substantially eliminates the bleeding that may occur from administering an injection. The disposable needle includes a protective, hollow cylindrical cover that prevents the user from pushing the needle too deeply into the skin. Moreover, the hollow cylindrical cover tends to press the skin together during the administration of an injection to restrict and substantially eliminate bleeding during the injection.

In another preferred embodiment of the present invention, a portable blood monitor combines a blood characteristic monitor with a wrist watch. The blood characteristic monitor is coupled to a microprocessor to analyze blood samples and record relevant data for later recall. The wrist watch performs time keeping functions and provides alarms to notify the user when to monitor blood characteristics and when to administer injections. In particular embodiments, the portable blood monitor has a plurality of keys that allow the user to input additional information concerning injections and special events. In other embodiments, the portable blood monitor includes a data input and output port to provide the capability of programming the portable blood monitor through an external computer, such as a PC, lap top or the like, and to provide for the capability to download the stored information to an external computer for detailed review and analysis by the user or doctor.

FIGS. **1–3** show a pen-type injector **10** with a microprocessor **32** in accordance with an embodiment of the present invention. The pen-type injector **10** includes a rotatable actuator dosage knob **12,** an injection housing **14,** and a medication cartridge housing **16** having a view window **18.** The actuator knob **12** is coupled to one end of the injection housing **14,** and is also operatively coupled to an injection mechanism **20** (see FIG. **3)** that is contained within the injection housing **14.** The medication cartridge housing **16** is sized to hold a medication cartridge **22** (see FIG. **3)** and is coupled to the other end of the injection housing **14** so that the injection mechanism **20** is operatively coupled to the medication cartridge **22.** In preferred embodiments, the medication cartridge housing **16** is coupled to the injection mechanism housing **14** by threads, and the medication cartridge **22** is connected to the medication cartridge housing **16** by threads, a friction fit or the like. In particular embodiments, the medication cartridge **22** contains 1.5 ccs (150 units); however, medication cartridges containing more or less medication may be used. In preferred embodiments, the medication cartridge **22** is a Novolin® cartridge by Novo Nordisk Pharm, Inc. or an insulin cartridge by Eli Lilly, Inc.

The view window **18** of the medication cartridge housing **16** allows the user to view the interior contents of the medication cartridge **22.** Thus, a user can visually determine when a medication cartridge **22** needs to be replaced with a refill medication cartridge **22,** or the user can visually determine the type of medication that is currently contained in the medication cartridge housing **16.**

5,536,249

7

Coupled to the other end of the medication cartridge housing 16 is a needle base 24 for holding a protective needle cover 26 and a disposable needle 28. The needle cover 26 and the disposable needle 28 are detachably coupled to the needle base 24 by threads, friction or the like. The protective needle cover 26 prevents needle pricks until an injection is to be administered. The use of a disposable needle 28 reduces the chances of spreading infections and allows the pen-type injector to be used multiple times. In preferred embodiments, the disposable needle 28 also includes a protective needle sheath 30 to further reduce the likelihood of unintended needle pricks. In particular embodiments, the pen-type injector uses a 27 gauge disposable needle 28; however, other gauges may be used.

Also attached to the injection mechanism housing 14 is a microprocessor 32, a display 34 and a clip 36. The microprocessor 32 accurately determines the dosage of the medication to be injected based upon the rotations of the actuator knob 12 by the user. The microprocessor 32 provides the dosage information to the display 34 to inform the user of the amount of medication that will be injected. In particular embodiments, the display 34 may include a set of user actuatable buttons to set various parameters in the microprocessor, such as the time, the date or the like. The clip 36 attached to the injection mechanism housing 14 provides the capability for the pen-type injector 10 to be carried around like a traditional ball point pen. For example, the pen-type injector 10 can be carried unobtrusively in a shirt pocket or on a clip board.

As shown in FIG. 3, the injection mechanism housing 14 also includes a start button 38. The start button 38 releases the actuator knob 12 from the position shown in FIGS. 1–2 to the released position shown in FIG. 3. The start button 38 locks the actuator knob 12 in the depressed position to prevent accidental discharges of the medication until an injection is to be administered. The start button 38 also activates the microprocessor 32 only when the microprocessor 32 is needed, and this reduces the overall power consumption characteristics of the device.

In preferred embodiments, the actuator knob 12, the injection housing 14, the medication cartridge housing 16, the needle base 24, the protective needle cover 26, and the start button 38 are formed from a plastic material. However, in alternative embodiments, some or all of these parts may be formed from metals, ceramics or other suitable materials. In preferred embodiments, the view window 18 is formed from plastic; however, glass may be used in alternative embodiments. In preferred embodiments, the display 34 is an LCD display; however, in other embodiments, the display may use fluorescent elements, LEDs or the like.

FIG. 4 illustrates a simplified flow block diagram of the pen-type injector 10 shown in FIGS. 1–3. The actuator dosage knob 12 is rotated to adjust the injection mechanism 20 and set the dosage of the medication to be injected by the disposable needle 28. In preferred embodiments, the actuator knob 12 can be rotated in two directions to both increase or decrease the dosage level. The actuator knob 12 is coupled to a counter 40 that keeps track of the incremental rotations of the actuator knob 12 and injection mechanism 20. In particular embodiments, the counter 40 is an electronic counter, and in preferred embodiments the electronic counter is bi-directional and can increment and decrement the dosage level. The counter 40 is coupled to the microprocessor 32 to provide the current count in the counter 40 to the microprocessor 32. The current count from the counter 40 is converted into a value equal to the dosage of the medication that will be administered by an injection. The

8

actuator knob 12 is also coupled directly to the microprocessor 32 to activate the microprocessor 32. Thus, when the start button 38 releases the actuator knob 12, the microprocessor 32 is prepared to store relevant information concerning the injection. For instance, the microprocessor 32 will store, the time, the date and the amount of medication injected by the user.

The microprocessor 32 is coupled to a ROM 42 and a RAM 44. In preferred embodiments, the ROM 42 is an EPROM and the RAM 44 is a static RAM; however, other comparable memory storage components may be used. The ROM 42 stores the programs used by the microprocessor 32 to determine various parameters, such as the amount of medication to be injected based upon the count from the counter, the date and the time, and how to report information to the user. The RAM 44 is used by the microprocessor 32 to store information about the injection for later recall by the user or the doctor. For example, a user or doctor can transcribe the stored information at a later time to determine compliance with the medical regimen. This is accomplished by downloading the information to the display 34 and then transcribing all of the stored records at one time as they appear on the display 34.

In preferred embodiments, the microprocessor 32 is coupled to a data input and output (I/O) port 46, and the user can download the stored information to an external computer (not shown) through the data I/O port 46. The data I/O port 46 is capable of transferring data in both directions so that updated program instructions or reminder alarms can be set by the user or doctor.

Also coupled to the microprocessor 32 is a mode and clock setting panel 48 that provides the user with the capability to store additional information, set the date and the time, or set alarms to indicate when to take the next injection. The panel 48 is used in conjunction with the display 34 to access the various modes and alarms utilizing methods typically employed to set the time on an LCD watch or the like.

The pen-type injector 10 also includes a self contained battery and power convertor 50. The battery is a small watch type battery, or in preferred embodiments, the battery is a lithium battery capable of providing power for up to 5 years.

Operation of the embodiment shown in FIGS. 1–4 is relatively simple. The user prepares the pen-type injector 10 by depressing the start button 38 to activate the microprocessor 32. If a new medication cartridge 22 is required, the user unscrews the medication cartridge housing 16 from the injection mechanism housing 14, and couples a pre-filled medication cartridge 22 to the injection mechanism 20 and the injection mechanism housing 14. Once the medication cartridge 22 is attached, the user rescrews the medication cartridge housing 16 onto the injection mechanism housing 14. Next, the user removes the protective needle cover 26, and attaches a disposable needle 28 to the needle base 24. The user then holds the pen-type injector 10 with the disposable needle 28 pointing upward and rotates the actuator knob 12 to set a small amount of medication (typically 2–4 units). The user then depresses the actuator knob 12 to eliminate the small amount of medication and remove the air from the disposable needle 28. Depression of the actuator knob 12 also turns off the microprocessor 32 and prevents accidental discharge of the medication until an injection is to be administered. Finally, the user reattaches the protective needle cover 26 to prevent inadvertent needle pricks or damage to the disposable needle 28.

To give an injection with the pen-type injector 10, the user removes the protective needle cover 26 and, if present, the

5,536,249

9

protective needle sheath 30. The actuator knob 12 is released and the microprocessor 32 is activated by depressing the start button 38. In preferred embodiments,, when activated, the microprocessor 32 displays the time and the amount of the last injection on the display 34 in an alternating sequence for 5 seconds (although longer or shorter periods may be used) to remind the user of the last injection event. This substantially reduces the chance of "double dosing" (i.e., taking too much medication). After the reminder display, the pen-type injector 10 automatically zeros itself so that the user can dial in and set the dosage by rotating the actuator knob 12 in one direction (typically clockwise) until the desired amount of the medication to be injected is displayed on the display 34. In particular embodiments, the display 34 changes in real time, and in preferred embodiments, an audible click or beep is heard as the user rotates the actuator knob 12. Also in preferred embodiments, each click represents an incremental change in the dosage selected (i.e., 0.1, 0.25, 0.5 or 1.0 units). In bi-directional models, the user can increase or decrease the amount of medication to be injected. However, the microprocessor 32 will not allow the user to set a dosage below zero or to select a dosage larger than the amount of medication remaining in the medication cartridge 22.

After the dosage is selected, the user chooses an injection site, pushes the disposable needle 28 under the skin and depresses the actuator knob 12 down as far as it will go. The actuator knob 12 automatically locks in the depressed position when the actuator is depressed completely and the injection is completed. When the actuator knob 12 is depressed, the microprocessor 32 stores the injection event in the RAM 44 by the date, the time and the amount of injected medication. When the user returns home or after a certain number of injections have been administered, the user can activate the microprocessor 32 with the mode and clock setting panel 48 to review the recorded data as it is displayed on the display 34. The patient can transcribe this information in a separate log book if desired. When the user visits the doctor, the doctor can download all the stored injection information into an external computer via the data I/O port 46. The doctor can then review the data to spot trends and determine compliance with the medical regimen. If required, the doctor can update the program instructions in the pen-type injector 10 via the data I/O port 46 to provide reminder alarms at various times.

FIGS. 5 and 6 show detailed cross-sectional views of a preferred embodiment of a direct drive injection mechanism 20 as shown along the line 5—5 in FIG. 2. FIGS. 7–12 show various perspective views that detail the drive mechanism 20 shown in FIGS. 5 and 6. FIG. 13 is a cross-sectional view of the drive mechanism 20 along the line 13—13 shown in FIG. 6. The drive mechanism 20 includes a dosage knob drive shaft 52, a tension spring 54, a lock nut 56, a display seat 58, an offset camshaft 60, an electronics mount 62, a ratchet spring 64, a ratchet collar 66, a drive calibrator 68, a ratchet gear 70, a synchronizer spring 72, a stationary synchronizer 74, a threaded drive shaft 76, a plunger 78, an end cap 82, a medication cartridge tensioner and synchronizer 82, and a medication cartridge plunger 84 that are coupled as shown in FIGS. 5–12.

The dosage knob drive shaft 52 of the actuator knob 12 is coupled to the threaded drive shaft 76 by a threaded lock nut 56 to secure the actuator knob 12 to the drive shaft 76. The start button 38 is also coupled to the actuator knob 12 by the dosage knob drive shaft 52 to maintain the actuator knob 12 in a depressed position when the pen-type injector 10 is not being used, and to release the actuator knob 12 and activate

10

the microprocessor 32 when the pen-type injector 10 is to be used for an injection. Contained within the actuator knob 12 is a tension spring 54 which is securely attached to the interior of the actuator knob 12. The purpose of the tension spring 54 is to apply pressure to the drive shaft 76 to maintain the drive shaft in a fixed position after each injection and to facilitate movement of the threaded drive shaft 76 toward the medication cartridge 22 during an injection.

The dosage knob drive shaft 52 has splines 96 which, when the actuator knob 12 is in the depressed position, are locked in corresponding spline slots 98 of the injection mechanism housing 14 to prevent the actuator knob, the dosage knob drive shaft 52 and the threaded drive shaft 76 from being rotated. When the actuator knob 12 is released by the start button 38, the actuator knob 12 and the dosage drive shaft 52 move in a direction away from the medication cartridge 22. The splines 96 slide clear of the spline slots 98 so that the actuator knob 12, the dosage knob drive shaft 52 and the threaded drive shaft 76 can be rotated as a single unit to adjust the dosage of medication that will be injected by the pen-type injector 10.

The splines 96 of the dosage drive shaft 52 are also coupled to spline slots 100 of the offset camshaft 60 which is coupled to the counter 40 mounted on the electronics mount 62. The offset camshaft 60 has cam lobes 102 that are in operative contact with the counter 40. When the actuator knob 12 is rotated, the dosage knob drive shaft 52 rotates the offset camshaft 60 and the cam lobes 102 to increment the counter by one count per each predetermined angle of rotation of the actuator knob 12, the dosage knob drive shaft 52, the threaded drive shaft 76 and the offset camshaft 60. In preferred embodiments, the predetermined angle of rotation is 90° (although larger or smaller angles may be used).

The display seat 58 is adapted to hold the display 34 and the microprocessor 32. The microprocessor 32 is coupled to the counter 40 that is mounted on the electronics mount 62 to determine the dosage of medication to be injected based upon the value in the counter 40. The display seat 58 may also be used to hold the clip 36 to allow the pen-type injector 10 to be carried like a pen.

The ratchet spring 64 is permanently attached to the interior of the injection mechanism housing 14. The ratchet spring 64 applies pressure to the ratchet collar 66 which in turn applies pressure to the ratchet gear 70. The ratchet gear 70 has teeth 104 that mate correspondingly with teeth 106 on the stationary synchronizer 74. The synchronizer spring 72 applies a counter pressure on the stationary synchronizer 74 to maintain the ratchet gear 70 and the stationary synchronizer 74 in contact with each other. Thus, when the actuator knob 12 is rotated, a ratchet noise is produced as the ratchet gear 70 is rotated relative to the stationary synchronizer 74. Removal of the medication cartridge 22 reduces the pressure on synchronizer spring 72 so that the corresponding teeth 104 and 106 of the ratchet gear 70 and the stationary synchronizer 74 are disengaged. When the teeth 104 and 106 are disengaged, the actuator knob 12 can be rotated easily with minimal resistance, and the threaded drive shaft 76 can be withdrawn without resistance from the ratchet gear 70.

The stationary synchronizer 74 also has splines 92 which are coupled to corresponding spline slots 94 in the injection mechanism housing 14 to prevent the stationary synchronizer 74 from rotating. However, the splines 92 are slidably coupled to the spline slots 94 so that the stationary synchronizer can slide back and forth within the injection mechanism housing 14. This allows the medication cartridge 22 to

5,536,249

11

increase the tension of the synchronizer spring 72 when the medication cartridge 22 is seated, and this increased tension causes the teeth 104 and 106 to engage.

The drive calibrator 68 is threaded onto the threaded drive shaft 76 to determine the minimum and maximum positions in which the threaded drive shaft 76 can be moved to inject medication from the medication cartridge 22. The drive calibrator 68 also performs as a rotational reference point to keep track of the incremental movement of the threaded drive shaft 76 so that the dosage of medication injected by the pen-type injector can be accurately determined. An end of the drive calibrator 68 has splines 88 that engage corresponding spline slots 90 in the end cap 80 to hold the drive calibrator 68 in a rotationally fixed position. The other side of the end cap 80 is coupled to the medication cartridge tensioner and synchronizer 82 which is used to secure a medication cartridge 22 to the injection housing 14. The threaded drive shaft 76 is coupled to the medication cartridge plunger 84 to inject medication in the medication cartridge 22 when the actuator knob 12 is depressed.

The illustrated direct drive mechanism only requires a single complete depression of the actuator knob 12 to inject different set amounts of medication. The illustrated direct drive allows the user to accurately set various dosage values to be injected. The drive mechanism 20 is capable of providing dosage accuracies of between 0.1 to 1.0 unit increments. However, other dosage increments may be used. Moreover, in alternative embodiments, other suitable drive mechanisms can be used by the pen-type injector such as those disclosed in U.S. Pat. No. 5,114,406 issued May 19, 1992; U.S. Pat. No. 5,226,895 issued Jul. 13, 1993; and U.S. Pat. No. 5,279,585 issued Jan. 18, 1994.

A pen-type injector 200 in accordance with an embodiment of the present invention is shown in FIGS. 14 and 15. The pen-type injector includes a blood characteristic monitor 202, such as a glucose meter or the like, coupled to the injection mechanism housing 14. This pen-type injector 200, also includes a rotatable actuator knob 12, a medication cartridge housing 16 and a protective needle cover 26 such as those discussed above with respect to the pen-type injector 10. Instead of a window 18, the medication cartridge housing 16 is transparent to allow easy viewing of the medication cartridge 22. Moreover, the clip 36 is located on the protective needle cover 26 rather than the injection mechanism housing 14. The pen-type injector 200 also uses a microprocessor 32 and a display 34. However, in preferred embodiments the display is larger than in the previous embodiment to display more information, and both the display and the microprocessor 32 are coupled to the blood characteristic monitor 202. The pen-type injector 200 with the blood characteristic monitor 202 allows the user to use a single, all-in-one device that keeps records, injects medication, and determines characteristics of a blood sample.

FIG. 15 is a simplified block diagram of the pen-type injector 200 with a blood characteristic monitor 202. The operation of the injection mechanisms and the related components is the same as described above in the previous embodiment. In the pen-type injector 202 the ROM 42 now stores additional programs to operate and control the blood characteristic monitor 202. Moreover, the RAM 44 also stores results obtained from the blood characteristic monitor 202. As shown in FIG. 14, a test strip 204 for holding a blood sample is inserted into the test strip interface 206. This activates the blood characteristic monitor 202 and the microprocessor 32. The blood characteristic monitor 202 analyzes the blood characteristics and sends the analysis results to the microprocessor 32, which displays the results on the display 34 and stores the results in the RAM 44 for later review.

12

In particular embodiments, the blood characteristic monitor 202 tests for the level of glucose in the blood. Preferably, the blood characteristic monitor 202 uses electro-chemical sensor technology (i.e., the blood sample reacts with a chemical upon the application of an electrical current). The blood characteristic monitor 202 is periodically calibrated by a reusable code strip. To perform the analysis, the blood characteristic monitor utilizes a disposable (one time use) test strip 204. The test strip 204 utilizes capillary action at the end of the test strip to draw in a small amount of blood (typically 3 micro-liters) into a reaction chamber (not shown) in the test strip interface 206 of the blood characteristic monitor 202. When sufficient blood has bee drawn into the reaction chamber, the test sequence begins and a blood glucose reading is displayed on the display 34 in approximately 60 seconds from the start of the testing sequence. In preferred embodiments, the blood characteristic monitor 202 provides blood glucose level results from 40–500 mg/dl (2.2–27.8 mmol/L); however, other ranges may be used.

Operation of the blood characteristic monitor 202 is relatively simple. The operator first inserts a test strip 204 into the test strip interface 206. This turns on the microprocessor 32 and the blood characteristic monitor 202. In preferred embodiments, the blood analysis mode is activated and the microprocessor 32 causes the display 34 to display the previous test result and the time of the last test event. The previous time and results are alternately flashed for 5 seconds (although longer or shorter times can be used). The user then places a blood sample (usually from a finger) on the end of the inserted test strip 204, and the capillary action in the test strip 204 draws the sample into the reaction chamber of the test strip interface 206. In preferred embodiments, the blood characteristic monitor 202 beeps, or provides some other audible indication, when a sufficient sample has been drawn into the reaction chamber. After the beep, the test is conducted and is typically completed in about 60 seconds. Once the test is completed, the results are displayed on the display 34 and simultaneously stored by the microprocessor 32 in the RAM 44 for later recall. Removal of the test strip 204 automatically turns off the blood characteristic monitor 202 and the microprocessor 32. If the user fails to remove the test strip 204, the microprocessor 32 sounds an alarm, and both the blood characteristic monitor 202 and the microprocessor 32 automatically turn off after 1 minute (although other time periods may be used). In alternative embodiments, other blood characteristic monitors may be used, such as a colormetric blood glucose meter, a dry membrane chemical reaction monitor or the like. Preferred embodiments of the present invention utilize blood characteristic monitors that use electro-chemical sensor techniques developed by Miles Laboratories, Inc.

FIGS. 16A and 16B are a circuit schematic showing preferred embodiments of particular circuits used in the pen-type injector 200 with a blood characteristic monitor 202.

FIGS. 17 and 18 show an alternative embodiment of a pen-type injector 250 coupled with a blood characteristic monitor 202. The pen-type injector 250 operates in a manner similar to the embodiments described-above with respect to FIGS. 14–16. However, the test strip interface 206 is 90° offset with respect to the embodiment of FIGS. 14–16, and the display 34 and the mode and clock setting panel 48 are arranged differently. FIG. 18 is a cross-sectional view of the pen-type injector 250 along the line 18—18 shown in FIG. 17. This view illustrates that the pen-type injector 250 can use the drive mechanism 20 described above with respect to

5,536,249

13

the embodiments of FIGS. 1–13. Moreover, FIG. 18 illustrates the relative position of various internal components. For instance, the microprocessor 32, the battery 50, and a reaction chamber 252.

FIGS. 19–21 show a preferred embodiment of a disposable needle 280 that substantially eliminates or reduces bleeding upon injection. The disposable needle 280 includes a threaded base 282, a needle support 284, a needle portion 286, and a hollow cylindrical cover 288. The threaded needle base 282 is adapted to be coupled to a pen-type injector as described above. However, in alternative embodiments, the needle base 282 may be attached by means of friction or the like, or the disposable needle 280 may be used with injectors other than pen-type injectors. A needle support 284 is coupled to the needle base 282 to hold the needle portion 286. Also coupled to the needle support 284 and the needle base 282 is the hollow cylindrical cover 288. The needle portion 286 is disposed inside the hollow cylindrical cover 288 such that the end of the needle portion 286 coupled to the needle support 284 cannot contact the skin during an injection. This prevents the needle support 284 from spreading the skin at the injection site. Spreading of the skin often results in bleeding. The needle portion 286 extends a sufficient distance beyond the hollow cylindrical cover 288 to allow for the proper administration of an injection. The hollow cylindrical cover helps the user insert the disposable needle 280 to the proper depth beneath the skin for an accurate injection. Moreover, the hollow cylindrical cover 288 tends to press the skin at the injection site together and this substantially eliminates or reduces bleeding at the injection site. The hollow cylindrical cover 288 also makes it easier for the user to attach and remove the disposable needle 280, and decrease the probability of being pricked during attachment and removal of the disposable needle 280.

FIG. 22 shows a blood characteristic monitor watch 300 in accordance with an embodiment of the present invention. The monitor watch 300 includes a blood characteristic monitor 302 and a wrist watch 304. The blood characteristic monitor 302 is contained with the housing of the wrist watch 304 to provide a portable self-contained blood testing device that is convenient to use and can record detailed blood sample results, as well as injection administration information. This provides detailed reporting that a doctor can use to determine compliance with a prescribed medical regimen.

The wrist watch 304 resembles a conventional LCD watch, in size and shape, and includes a watch setting key pad 306, a display 308, and a function and power/data key pad 310 for controlling the blood characteristic monitor 302. Inside the wrist watch 304 is a microprocessor 314 (see FIG. 23) that couples the key pads 306 and 310 to the blood characteristic monitor 302 and the display 308. The wrist watch 304 is secured to the user's wrist by a pair of watch straps 312.

The blood characteristic monitor 302 includes a test strip interface 316 for receiving and analyzing a test strip 318. The blood characteristic monitor is activated by either insertion of a test strip 318 or the power/data key pad 310. The blood characteristic monitor 302 operates in a manner similar to that described above with respect to the embodiments of FIGS. 14–18. The results of the blood analysis are stored by the microprocessor 314 and may be recalled for later review on the display 308. In particular embodiments, the watch monitor 300 also includes a data input and output (I/O) port 320 which is activated and controlled by the microprocessor 314 and the power/data key pad 310 to upload program instructions and download information

14

stored in a RAM 324 of the watch monitor 300. In preferred embodiments, the data I/O port 320 uses infrared (IR) technology; however, other data port technologies, such as cables or the like, may be used.

FIG. 23 is a simplified block diagram of the watch monitor 300 with a blood characteristic monitor 302. A test strip 318 is fully inserted into the test strip interface 316 to activate the blood characteristic monitor 302. The blood characteristic monitor 302 analyzes the blood characteristics of the sample and sends the analysis results to the microprocessor 314, which displays the results on the display 308.

The microprocessor 314 is coupled to a ROM 322 and a RAM 324. In preferred embodiments, the ROM 322 is an EPROM and the RAM 324 is a static RAM; however, other comparable memory storage components may be used. The ROM 322 stores the programs used by the microprocessor 314 to determine various parameters, such as the correlation of results and the deviation from preset limits in a medical regimen, the date and the time, and how to report information to the user. The RAM 324 is used by the microprocessor 314 to store information about the blood analysis, as well as injections, for later recall by the user or the doctor. The microprocessor 314 also retrieves information from the RAM 324 so that a user or doctor can transcribe the stored information at a later time to determine compliance with the medical regimen and to spot trends requiring corrective action.

In preferred embodiments, the RAM 324 has a memory capacity for over 100 blood characteristic tests, 100 injection administration events, and memory to keep track of medication scheduling and special events. The microprocessor 314 is programmed to determine trends by comparing dosages administered by injections with the blood analysis results. These trends can be used by the microprocessor 314 to automatically recommend minor changes in the dosages within pre-programmed boundaries set by the doctor, or the trend results can be used by the doctor to directly adjust the dosages boundaries and the programs utilized by the microprocessor 314. This provides the doctor with greater control and flexibility over the user's medical regimen.

In preferred embodiments, the microprocessor 314 is coupled to a data input and output (I/O) port 320, and the user can download the stored information to an external computer (not shown) through the data I/O port 320. The data I/O port 320 is capable of transferring data in both directions so that updated program instructions or reminder alarms can be set by the user or doctor.

A clock setting key pad 306 is also coupled to the microprocessor 314 to provide the user with the capability to store additional information, set the date and the time, or set alarms on an internal clock 326 to indicate when to perform another blood analysis or administer an injection. In alternative embodiments, the microprocessor 314 may perform the internal clock functions without the necessity of a separate internal clock 326. The function key pad 310 also provide the capability to produce detailed reports and to interface with an external computer (not shown). The key pads 306 and 310 are used in conjunction with the display 308 to access the various modes and alarms utilizing methods typically employed to set the time on an LCD watch or the like. In preferred embodiments, the internal clock 326 of the watch monitor 300 is capable of multiple daily alarms, 12/24 hour formatting, and scrolling through a time zone map for easier record keeping during time zone changes.

The watch monitor 300 also includes a self contained battery and power convertor 328. The battery is a small

5,536,249

## 15

watch type battery, or in preferred embodiments, the battery is a lithium battery capable of providing power for up to 5 years.

In preferred embodiments, the blood characteristic monitor **302** analyses a blood sample to determine the level of glucose in the blood and the blood characteristic monitor **302** uses an electro-chemical sensor technology such as described above with respect to the embodiments of FIGS. **14–18**. A disposable (one time use) test strip **318** uses capillary action at the end of the test strip **318** to draw in a small amount of blood (typically 3 microliters) into a reaction chamber (not shown) of the test strip interface **316**. When sufficient blood has been drawn into the reaction chamber, the testing sequence begins and a blood glucose reading is displayed on the display **308** in approximately 60 seconds from the start of the testing sequence. The blood characteristic monitor **302** provides blood glucose results from 40–500 mg/dl (2.2–27.8 mmol/L); however, other ranges may be used.

The blood characteristic monitor **302** is operated in substantially the same manner as described above with respect to the embodiments of FIGS. **14–18**. The operator fully inserts the test strip **318** into the test strip interface **316** to turn on the blood characteristic monitor **302** and access the microprocessor **314**. The blood characteristic analysis mode is activated and the microprocessor **314** causes the display **308** to display the previous test result and the time of the last test event. The user then places a blood sample (usually from a finger) on the end of the inserted test strip **318** which draws the sample into the reaction chamber of the test strip interface **316**. In preferred embodiments, the blood monitor **302** beeps, or provides some other audible indication, when a sufficient sample has been drawn into the reaction chamber. After the beep, the test is conducted and is typically completed in about 60 seconds. Once the test is completed, the results are displayed on the display **308** and simultaneously stored by the microprocessor **314** in the RAM **324** for later recall. Removal of the test strip **318** automatically turns off the blood monitor **302** and returns the microprocessor **314** and the watch monitor **300** to the watch mode. If the user fails to remove the test strip **318**, the microprocessor **314** sounds an alarm, and the blood monitor **302** is automatically turned off after 1 minute (although other time periods may be used). In alternative embodiments, other blood characteristic monitors may be used, such as a colormetric blood glucose meter, a dry membrane chemical reaction monitor or the like. Preferred embodiments utilize the above-described electro-chemical sensor technology in sensors produced by Miles Laboratories, Inc.

FIGS. 24(a)–24(d) illustrate typical reports that can be obtained via the data I/O port **320** from the watch monitor **300**. FIG. 24(a) shows a summary report of the blood analysis performed by the blood characteristic monitor **302**. The readings are broken down into at least four basic time frames: breakfast, lunch, diner and snack. In preferred embodiments, the time frames may be further broken down into pre and post time frames. The report lists the number of blood analysis readings in each time frame, the standard deviation and the average value for the analyzed blood samples. FIG. 24(b) shows a detailed report of all the individual blood analysis events. The report provides the date, the day, the time and the results for each analyzed blood sample. Thus, this portion of the report allows the doctor or user to spot anomalous readings. FIG. 24(c) shows a detailed report on injections that have been administered and recorded by the user. The report provides the date, the day and the time of the injection. The report also recites how

## 16

much of each type of insulin (regular (R) or intermediate (L)) was injected. This provides the doctor or user with information to compare blood analysis results with the amount of medication administered in the injection. FIG. 24(d) shows a detailed report on markers that are set and recorded by the user to indicate certain events or changes from the regular medical regimen. This provides the doctor or user with information that can aid in understanding and correlating otherwise anomalous results.

In preferred embodiments, test results can be deleted by pressing the delete button on the function key pad **310**. This removes the results from the blood test average, for calibration or control test results, to prevent skewing the actual analysis information. The marker key on the function key-pad **310** gives the user the option to store important information along with results already stored in the RAM **324**. This can aid the user in recalling specific events or types of events that establish a trend. The marks are inserted by pressing the mark key and turning the blood characteristic monitor **302** off. Markers can be used to identify meal times, exercise times, injection events, or special circumstances and changes from the normal regimen.

In alternative embodiments, the watch monitor **300** can be used with a pen-type injector **10** described in the embodiment discussed above with respect to FIGS. **1–13**. The data I/O port **320** of the watch monitor **300** can be utilized to download the injection information stored in the RAM **44** of the pen-injector **10**. This simplifies the input of relevant injection data into the watch monitor **300**.

While the description above refers to particular embodiments of the present invention, it will be understood that many modifications may be made without departing from the spirit thereof. The accompanying claims are intended to cover such modifications as would fall within the true scope and spirit of the present invention.

The presently disclosed embodiments are therefore to be considered in all respects as illustrative and not restrictive, the scope of the invention being indicated by the appended claims, rather than the foregoing description, and all changes which come within the meaning and range of equivalency of the claims are therefore intended to be embraced therein.

What is claimed is:

**1.** A medical injection device, comprising:

an injection mechanism including an actuator for setting the dosage and administering an injection of a medication contained within the injection device;

a processor coupled to the actuator of the injection mechanism to determine a value equal to the dosage set by the actuator of the injection mechanism; and

a memory device coupled to the processor to store the value equal to the dosage determined by the processor along with other values corresponding to previously injected dosages for later recall.

**2.** A device according to claim **1**, further including a receptacle capable of holding the medication, wherein the injection mechanism further includes a drive mechanism coupled between the actuator and the receptacle to inject the set dosage of the medication, and wherein the actuator of the injection mechanism triggers the drive mechanism to administer the injection of the medication held in the receptacle.

**3.** A device according to claim **1**, further including a display device coupled to the processor to display the value equal to the dosage determined by the processor.

**4.** A device according to claim **3**, further including a clock circuit coupled to the processor for determining the time, wherein the time is stored in the memory device with the

5,536,249

**17**

value equal to the dosage determined by the processor, and wherein the time is displayed on the display device.

5. A device according to claim 4, wherein the clock circuit further includes means to determine the date.

6. A device according to claim 4, wherein the clock circuit further includes means to provide an alarm indication at a predetermined time.

7. A device according to claim 1, further including a data port coupled to the processor that is used to transfer the value equal to the dosage stored in the memory device to an external data collection device.

8. A device according to claim 7, wherein the data port is used to transfer program instructions from an external programming device to the microprocessor.

9. A medical device, comprising:

a medication injector for injecting a dosage of a medication;

a blood characteristic monitor for analyzing a blood sample;

a processor coupled to the medication injector and the blood characteristic monitor, wherein the processor determines a value equal to the dosage of the medication to be injected by the medication injector, and wherein the processor determines blood characteristics from the blood sample analyzed by the blood characteristic monitor.

10. A device according to claim 9, further including a memory device coupled to the processor to store the value equal to the dosage and the blood characteristics determined by the processor.

11. A device according to claim 10, further including a receptacle capable of holding the medication and an injection mechanism having an actuator knob for setting the dosage of the medication to be administered by the medication injector and a drive mechanism coupled between the actuator knob and the receptacle to inject the set dosage of the medication, wherein the actuator knob of the injection mechanism triggers the drive mechanism to administer the injection of the medication held in the receptacle.

12. A device according to claim 10, further including a display device coupled to the processor to display the value equal to the dosage and the blood characteristics determined by the processor.

13. A device according to claim 12, further including a clock circuit coupled to the processor for determining a time, wherein the time is stored in the memory device with the value equal to the dosage and the blood characteristics determined by the processor, and wherein the time is displayed on the display device.

14. A device according to claim 13, wherein the clock circuit further includes means to determine the date.

15. A device according to claim 13, wherein the clock circuit further include means to provide an alarm indication at a predetermined time.

16. A device according to claim 10, further including a data port coupled to the processor that is used to transfer the value equal to the dosage stored in the memory device to an external data collection device.

17. A device according to claim 9, further including a data port coupled to the processor that is used to transfer program instructions from an external programming device to the processor.

18. A device according to claim 9, further including a clock and a memory storage device coupled to the processor for storing a measure of time from the clock and the blood characteristics determined by the processor.

19. A device according to claim 18, further including a display device coupled to the processor to display the

**18**

measure of the time from the clock and the blood characteristics determined by the processor.

20. A device according to claim 18, further including a data port coupled to the processor that is used to transfer the measure of the time and the blood characteristics stored in the memory device to an external data collection device.

21. A device according to claim 20, wherein the data port uses infrared energy to transfer the measure of the time and the blood characteristics stored in the memory storage device.

22. A device according to claim 9, further including a data port coupled to the processor that is used to transfer program instructions from an external programing device to the processor.

23. A device according to claim 22, wherein the data port uses infrared energy to transfer the program instructions.

24. A portable blood monitor, comprising:

a housing sized and adapted to be worn on a wrist;

a clock contained in the housing for measuring time;

a blood characteristic monitor contained in the housing for analyzing a blood sample; and

a processor coupled to the blood characteristic monitor and the clock, wherein the processor determines blood characteristics based on the analyzed blood sample from the blood characteristic monitor, and wherein the processor uses the measure of the time from the clock to identify when the blood characteristics were determined.

25. A monitor according to claim 24, further including a memory storage device coupled to the processor for storing the measure of time from the clock and the blood characteristics determined by the processor.

26. A monitor according to claim 25, further including a display device coupled to the processor to display the measure of the time from the clock and the blood level characteristics determined by the processor.

27. A monitor according to claim 25, further including a data port coupled to the processor that is used to transfer measure of the time and the blood characteristics stored in the memory device to an external data collection device.

28. A monitor according to claim 24, wherein the clock circuit further includes means to determine the date.

29. A monitor according to claim 24, wherein the clock circuit further includes means to provide an alarm indication at a predetermined time.

30. A monitor according to claim 24, further including a data port coupled to the processor that is used to transfer program instructions from an external programming device to the processor.

31. A monitor according to claim 30, wherein the data port uses infrared energy to transfer the measure of the time and the blood characteristics.

32. A monitor according to claim 30, wherein the data port uses infrared energy to transfer the program instructions.

33. A portable medical device to maintain and monitor a condition of an individual's body, the device comprising:

an injector for injecting a dosage of an injectable substance into the individual's body;

a characteristic monitor for analyzing a fluid sample consisting of saliva, urine or blood removed from the individual's body;

a processor coupled to the injector and the characteristic monitor, wherein the processor determines a value equal to the dosage of the injectable substance to be injected by the injector into the individual's body, and wherein the processor determines sample characteris-

5,536,249

19

tics from the sample analyzed by the characteristic monitor.

**34.** A device according to claim **33**, further including a memory device coupled to the processor to store the value equal to the dosage and the sample characteristics determined by the processor.

**35.** A device according to claim **34**, further including a receptacle capable of holding the injectable substance and an injection mechanism having an actuator knob for setting the dosage of the injectable substance to be administered by the injector and a drive mechanism coupled between the actuator knob and the receptacle to inject the set dosage of the injectable substance, wherein the actuator knob of the injection mechanism triggers the drive mechanism to administer the injection of the injectable substance held in the receptacle.

**36.** A device according to claim **34**, further including a display device coupled to the processor to display the value equal to the dosage and the sample characteristics determined by the processor.

**37.** A device according to claim **36**, further including a clock circuit coupled to the processor for determining a time, wherein the time is stored in the memory device with the value equal to the dosage and the sample characteristics determined by the processor, and wherein the time is displayed on the display device.

**38.** A device according to claim **37**, wherein the clock circuit further includes means to determine the date.

**39.** A device according to claim **37**, wherein the clock circuit further includes means to provide an alarm indication at a predetermined time.

**40.** A device according to claim **34**, further including a data port coupled to the processor that: is used to transfer the value equal to the dosage stored in the memory device to an external data collection device.

**41.** A device according to claim **33**, further including a data port coupled to the processor that is used to transfer program instructions from an external programming device to the processor.

**42.** A device according to claim **33**, further including a clock and a memory storage device coupled to the processor for storing a measure of time from the clock and the sample characteristics determined by the processor.

**43.** A device according to claim **42**, further including a display device coupled to the processor to display the measure of the time from the clock and the sample characteristics determined by the processor.

**44.** A device according to claim **42**, further including a data port coupled to the processor that is used to transfer the measure of the time and the sample characteristics stored in the memory device to an external data collection device.

**45.** A device according to claim **44**, wherein the data port uses infrared energy to transfer the measure of the time and the sample characteristics stored in the memory device.

20

**46.** A device according to claim **33**, further including a data port coupled to the processor that is used to transfer program instructions from an external programming device to the processor.

**47.** A device according to claim **46**, wherein the data port uses infrared energy to transfer the program instructions.

**48.** A method of maintaining and monitoring a condition of an individual's body with a portable medical device, the method comprising the steps of:

determining a value equal to a dosage of an injectable substance to be injected into the individual's body using a processor in the medical device;

injecting a dosage of a the injectable substance into the individual's body using an injector in the medical device;

removing a fluid sample consisting of saliva, urine or blood removed from the individuals body;

analyzing a sample with a characteristic monitor in the medical device;

determining sample characteristics from the sample analyzed by the characteristic monitor with the processor in the medical device.

**49.** A method according to claim **48**, further including the step of transferring program instructions from an external programming device to the processor.

**50.** A method according to claim **48**, further including the step of storing the value equal to the dosage and the sample characteristics determined by the processor in a memory device.

**51.** A method according to claim **50**, further including the step of transferring the value equal to the dosage stored in the memory device to an external data collection device.

**52.** A method according to claim **50**, further including the step of displaying the value equal to the dosage and the sample characteristics determined by the processor.

**53.** A method according to claim **52**, further including the steps of:

determining a time;

storing the time in the memory device with the value equal to the dosage and the sample characteristics determined by the processor; and

displaying the time.

**54.** A method according to claim **53**, further including the step of determining the date.

**55.** A method according to claim **54**, further including the step of providing an alarm indication at a predetermined time.

*   *   *   *   *

(12) **EX PARTE REEXAMINATION CERTIFICATE** (5929th)

# United States Patent
Castellano et al.

(10) **Number:** US 5,536,249 C1

(45) **Certificate Issued:** *Oct. 9, 2007

(54) **PEN-TYPE INJECTOR WITH A MICROPROCESSOR AND BLOOD CHARACTERISTIC MONITOR**

(75) Inventors: **Thomas P. Castellano**, Los Angeles, CA (US); **Robert Schumacher**, Beverly Hills, CA (US)

(73) Assignee: **Visionary Medical Products, Inc.**, Los Angeles, CA (US)

**Reexamination Request:**
No. 90/007,547, May 18, 2005

**Reexamination Certificate for:**
| | |
|---|---|
| Patent No.: | 5,536,249 |
| Issued: | Jul. 16, 1996 |
| Appl. No.: | 08/208,636 |
| Filed: | Mar. 9, 1994 |

(*) Notice: This patent is subject to a terminal disclaimer.

(51) **Int. Cl.**
*A61M 31/00* (2006.01)

(52) **U.S. Cl.** .................................... **604/65**; 128/DIG. 1
(58) **Field of Classification Search** ................... 604/65
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,997,129 A | 4/1935 | Taylor et al. | |
| 2,221,739 A | 11/1940 | Reiter | |
| 2,605,763 A | 8/1952 | Smoot | |
| 2,632,445 A | 3/1953 | Kas | |
| 2,695,023 A | 11/1954 | Brown | |
| 2,718,299 A | 9/1955 | Atwater et al. | |
| 3,110,310 A | 11/1963 | Cislak | |
| 3,141,583 A | 7/1964 | Mapel et al. | |
| 3,293,749 A | 12/1966 | George et al. | |
| 3,348,545 A | 10/1967 | Sarnoff et al. | |
| 3,481,510 A | 12/1969 | Allen, Jr. | |
| 3,517,668 A | 6/1970 | Brickson | |
| 3,583,399 A | 6/1971 | Ritsky | |
| 3,894,683 A | 7/1975 | Carhart et al. | |
| 3,923,060 A | 12/1975 | Ellinwood, Jr. | ............. 128/260 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 1103314 | 6/1981 |
| CH | 1293302 | 9/1953 |
| DE | 730971 | 12/1942 |
| DE | 70784 | 12/1959 |
| DE | 22140 | 10/1961 |
| DE | 3824217 | 1/1990 |
| EP | 0 037 696 | 10/1981 |
| EP | 0 058 536 | 8/1982 |
| EP | 0098592 | 7/1983 |
| EP | 0 143 895 | 6/1985 |

(Continued)

OTHER PUBLICATIONS

Opposition to European Patent No. 749,332, filed on behalf of Novo Nordisk A/S and communicated to the patentee Apr. 4, 2006.

*Primary Examiner*—Beverly M. Flanagan

(57) **ABSTRACT**

A medical injection device, such as a pen-type injector has a microprocessor coupled to the injector that records the date, the time, and the amount of each injection. The microprocessor may also be coupled to a display to indicate the amount of medication to be injected. The medical injection device can also be coupled with a blood characteristic monitor to analyze characteristics of the blood. This provides a single, all-in-one device that performs a variety of functions, and requires only a minimum of space. The medical injection device may also use a disposable needle that substantially eliminates or reduces bleeding from an opening in the skin at the injection site.



**US 5,536,249 C1**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,977,574 | A | 8/1976 | Thomas |
| 4,003,379 | A | 1/1977 | Ellinwood, Jr. ............. 128/260 |
| 4,022,207 | A | 5/1977 | Citrin |
| 4,099,548 | A | 7/1978 | Sturm et al. |
| 4,146,029 | A | 3/1979 | Ellinwood, Jr. ............. 128/260 |
| 4,333,458 | A | 6/1982 | Margulies et al. |
| 4,395,921 | A | 8/1983 | Oppenlander |
| 4,413,760 | A | 11/1983 | Paton |
| 4,415,101 | A | 11/1983 | Shapiro et al. |
| 4,425,121 | A | 1/1984 | Young et al. |
| 4,435,173 | A | 3/1984 | Siposs et al. |
| 4,444,560 | A | 4/1984 | Jacklich |
| 4,457,712 | A | 7/1984 | Dragan |
| 4,470,317 | A | 9/1984 | Sabloewski et al. |
| 4,475,905 | A | 10/1984 | Himmelstrup |
| 4,498,904 | A | 2/1985 | Turner et al. |
| 4,526,294 | A | 7/1985 | Hirschmann et al. |
| 4,526,569 | A | 7/1985 | Bernardi ........................ 604/4 |
| 4,529,401 | A | 7/1985 | Leslie et al. |
| 4,581,022 | A | 4/1986 | Leonard et al. |
| 4,592,745 | A | 6/1986 | Rex et al. |
| 4,627,445 | A | 12/1986 | Garcia et al. ............... 128/770 |
| 4,633,878 | A | 1/1987 | Bombardieri ............. 128/635 |
| 4,659,327 | A | 4/1987 | Bennett et al. |
| 4,664,128 | A | 5/1987 | Lee |
| 4,710,172 | A | 12/1987 | Jacklich et al. |
| 4,710,178 | A | 12/1987 | Henri et al. |
| 4,731,726 | A | 3/1988 | Allen, III ................... 364/416 |
| 4,820,287 | A | 4/1989 | Leonard |
| 4,865,591 | A | 9/1989 | Sams |
| 4,883,472 | A | 11/1989 | Michel |
| 4,936,833 | A | 6/1990 | Sams |
| 4,950,246 | A | 8/1990 | Muller |
| 4,953,552 | A | 9/1990 | DeMarzo .................... 128/635 |
| 4,959,056 | A | 9/1990 | Dombrowski et al. |
| 4,959,196 | A | 9/1990 | Moisson .................. 422/82.05 |
| 4,998,570 | A | 3/1991 | Strong |
| 5,024,656 | A | 6/1991 | Gasaway et al. |
| 5,050,612 | A | * 9/1991 | Matsumura ................. 600/483 |
| 5,069,668 | A | 12/1991 | Boydman |
| 5,085,642 | A | 2/1992 | Sarnoff et al. |
| 5,092,842 | A | 3/1992 | Bechtold et al. |
| 5,097,834 | A | 3/1992 | Skrabal ....................... 128/632 |
| 5,102,393 | A | 4/1992 | Sarnoff et al. |
| 5,104,380 | A | 4/1992 | Holman et al. |
| 5,112,317 | A | 5/1992 | Michel |
| 5,114,406 | A | 5/1992 | Gabriel et al. |
| 5,139,484 | A | 8/1992 | Hazon et al. |
| 5,176,632 | A | 1/1993 | Bernardi ....................... 604/66 |
| 5,180,371 | A | 1/1993 | Spinello |
| 5,226,895 | A | 7/1993 | Harris |
| 5,226,896 | A | 7/1993 | Harris |
| 5,243,982 | A | 9/1993 | Mostl et al. ............... 128/632 |
| 5,244,461 | A | 9/1993 | Derlien |
| 5,244,465 | A | 9/1993 | Michel |
| 5,279,585 | A | 1/1994 | Balkwill |
| 5,279,586 | A | 1/1994 | Balkwill |
| 5,343,869 | A | * 9/1994 | Pross et al. ................. 600/301 |
| 5,364,346 | A | 11/1994 | Schrezenmeir ............... 604/50 |
| 5,383,865 | A | 1/1995 | Michel |
| 5,497,772 | A | * 3/1996 | Schulman et al. .......... 600/347 |
| 5,522,805 | A | * 6/1996 | Vancaillie et al. ......... 604/246 |
| 5,593,390 | A | * 1/1997 | Castellano et al. ......... 604/187 |
| 5,728,074 | A | * 3/1998 | Castellano et al. ......... 604/207 |
| 5,925,021 | A | * 7/1999 | Castellano et al. ......... 604/207 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 416 975 | 3/1991 |
| EP | 0 225 137 | 6/1991 |
| EP | 0 249 687 | 6/1993 |
| FR | 1 149 735 | 12/1957 |
| FR | 1 170 312 | 1/1959 |
| FR | 1 445 659 | 6/1966 |
| FR | 2 148 642 | 9/1979 |
| FR | 2 557 445 | 5/1985 |
| GB | 1 225 495 | 3/1971 |
| GB | 1574267 | 9/1980 |
| GB | 2 109 690 | 2/1982 |
| JP | 5-49696 | 3/1993 |
| WO | WO 85/02546 | 6/1985 |
| WO | WO 86/01728 | 3/1986 |
| WO | 92/13583 | 8/1992 |
| WO | 87/03814 | 7/1998 |
| WO | 88/05643 | 8/1998 |

* cited by examiner

US 5,536,249 C1

**1**

# EX PARTE
# REEXAMINATION CERTIFICATE
# ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS
INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the
patent, but has been deleted and is no longer a part of the
patent; matter printed in italics indicates additions made
to the patent.**

AS A RESULT OF REEXAMINATION, IT HAS BEEN
DETERMINED THAT:

Claims **1**, **7**, **9**, **22**, **24**, **33**, and **48** are determined to be
patentable as amended.

Claims **2–6**, **8**, **10–21**, **23**, **25–32**, **34–47**, and **49–55**
dependent on an amended claim, are determined to be
patentable.

**1**. A *pen-type* medical injection device, comprising *in a
single hand held housing*:

a injection mechanism including an actuator *manipu-
lated by the user* for setting the dosage and adminis-
tering an injection of a medication contained within the
injection device;

a processor coupled to the actuator of the injection
mechanism to determine a value equal to the dosage set
by the actuator of the injection mechanism; and

a memory device coupled to the processor to store the
value equal to the dosage determined by the processor
along with other values corresponding to previously
injected dosages for later recall.

**7**. A device according to claim **1**, further including a data
port coupled to the processor that is used to transfer the
*numerical* value equal to the dosage stored in the memory
device to an external data collection device.

**9**. A medical device, comprising:

a medication injector for injecting a dosage of a medica-
tion;

a blood characteristic monitor for analyzing a *non-
perfusate* blood sample;

a processor coupled to the medication injector and the
blood characteristic monitor, wherein the processor
determines a value equal to the dosage of the medica-
tion to be injected by the medication injector, and
wherein the processor determines blood characteristics
from the *non-perfusate* blood sample analyzed by the
blood characteristic monitor.

**2**

**22**. A device according to claim **9**, further including a data
port coupled to the processor that is used to transfer program
instructions from an external [programing] *programming*
device to the processor.

**24**. A portable blood monitor, comprising:

a housing sized and adapted to be worn on a wrist;

a clock contained in the housing for measuring time;

a blood characteristic monitor contained in the housing
for analyzing a *non-perfusate* blood sample; and

a processor coupled to the blood characteristic monitor
and the clock, wherein the processor determines blood
characteristics based on the analyzed *non-perfusate*
blood sample from the blood characteristic monitor,
and wherein the processor uses the measure of the time
from the clock to identify when the blood characteris-
tics were determined.

**33**. A portable medical device to maintain and monitor a
condition of an individual's body, the device comprising:

an injector for injecting a dosage of an injectable sub-
stance into the individual's body;

a characteristic monitor for analyzing a *non-perfusate*
fluid sample consisting of [saliva, urine or] blood
removed from the individual's body;

a processor coupled to the injector and the characteristic
monitor, wherein the processor determines a value
equal to the dosage of the injectable substance to be
injected by the injector into the individual's body, and
wherein the processor determines sample characteris-
tics from the *non-perfusate* sample analyzed by the
characteristic monitor.

**48**. A method of maintaining and monitoring a condition
of an individual's body with a portable medical device, the
method comprising the steps of:

determining a value equal to a dosage of an injectable
substance to be injected into the individual's body
using a processor in the medical device;

injecting a dosage of [a] the injectable substance into the
individual's body using an injector in the medical
device;

removing a *non-perfusate* fluid sample consisting of
[saliva, urine or] blood removed from the individuals
body;

analyzing [a] *the non-perfusate* sample with a character-
istic monitor in the medical device;

determining sample characteristics from the *non-
perfusate* sample analyzed by the characteristic moni-
tor with the processor in the medical device.

*    *    *    *    *

# EXHIBIT B



US005925021A

# United States Patent [19]

## Castellano et al.

[11] **Patent Number:** 5,925,021

[45] **Date of Patent:** Jul. 20, 1999

[54] **MEDICATION DELIVERY DEVICE WITH A MICROPROCESSOR AND CHARACTERISTIC MONITOR**

[75] Inventors: **Thomas P. Castellano; Robert Schumacher,** both of Beverly Hills, Calif.

[73] Assignee: **Visionary Medical Products, Inc.,** Los Angeles, Calif.

[21] Appl. No.: **08/899,764**

[22] Filed: **Jul. 24, 1997**

### Related U.S. Application Data

[63] Continuation of application No. 08/782,541, Jan. 10, 1997, is a continuation of application No. 08/396,420, Feb. 28, 1995, Pat. No. 5,593,390, which is a continuation-in-part of application No. 08/350,405, Dec. 5, 1994, Pat. No. 5,728,074, which is a continuation-in-part of application No. 08/208,636, Mar. 9, 1994, Pat. No. 5,536,249.

[51] **Int. Cl.[6]** .............................................. **A61M 5/00**

[52] **U.S. Cl.** ........................... **604/207;** 600/322; 600/309

[58] **Field of Search** ...................................... 600/300, 308, 600/310, 309, 322, 345, 367, 368, 583, 301; 604/65–67, 31, 246, 260, 207; 128/DIG. 1

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 1,997,129 | 4/1935 | Taylor et al. . |
| 2,221,739 | 11/1940 | Reiter . |
| 2,605,763 | 8/1952 | Smoot . |
| 2,632,445 | 3/1953 | Kas . |
| 2,695,023 | 11/1954 | Brown . |
| 2,718,299 | 9/1955 | Atwater et al. . |
| 3,110,310 | 11/1963 | Cislak . |
| 3,141,583 | 7/1964 | Mapel et al. . |
| 3,293,749 | 12/1966 | George et al. . |
| 3,348,545 | 10/1967 | Sarnoff et al. . |
| 3,481,510 | 12/1969 | Allen, Jr. . |
| 3,517,668 | 6/1970 | Brickson . |

| | | |
|---|---|---|
| 3,583,399 | 6/1971 | Ritsky . |
| 3,894,663 | 7/1975 | Carhart et al. . |
| 3,977,574 | 8/1976 | Thomas . |
| 4,022,207 | 5/1977 | Citrin . |

(List continued on next page.)

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 55604/86 | 10/1987 | Australia . |
| 1103314 | 6/1981 | Canada . |
| 91225137 | of 0000 | European Pat. Off. . |

(List continued on next page.)

#### OTHER PUBLICATIONS

PCT Written Opinion issued by the European Patent Office on Nov. 3, 1995.
Search Report for PCT/US95/01727, mailed Jun. 20, 1995[4].
*Annual International Conference of the IEEE Engineering in Medicine and Biology Society,* "An Optical and RF Telemetry Drug Injection Control and ECG System for Awake Small Animal Studies", vol. 13, No. 5, 1991.

*Primary Examiner*—Ronald Stright
*Assistant Examiner*—A. T. Nguyen
*Attorney, Agent, or Firm*—Pillsbury Madison & Sutro LLP

[57] **ABSTRACT**

A medication delivery device, such as a pen-type injector, jet injector, medication pump, inhaler, spray or the like has a microprocessor coupled to the device that records the date, the time, and the amount of each medication administration. The microprocessor may also be coupled to a display to indicate the amount of medication to be administered. The medication delivery device can also be coupled with a blood characteristic monitor to analyze characteristics of the blood. This provides a single, all-in-one device that performs a variety of functions, and requires only a minimum of space. The medication delivery device may also use a disposable needle that substantially eliminates or reduces bleeding from an opening in the skin at the injection site.

**28 Claims, 26 Drawing Sheets**



**5,925,021**
Page 2

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,099,548 | 7/1978 | Sturm et al. . |
| 4,114,619 | 9/1978 | Wagner . |
| 4,139,008 | 2/1979 | Wagner . |
| 4,146,029 | 3/1979 | Ellinwood, Jr. . |
| 4,169,474 | 10/1979 | Wagner . |
| 4,284,077 | 8/1981 | Wagner . |
| 4,333,458 | 6/1982 | Margulies et al. . |
| 4,393,870 | 7/1983 | Wagner . |
| 4,395,921 | 8/1983 | Oppenlander . |
| 4,413,760 | 11/1983 | Paton . |
| 4,415,101 | 11/1983 | Shapiro et al. . |
| 4,425,121 | 1/1984 | Young et al. . |
| 4,435,173 | 3/1984 | Siposs et al. . |
| 4,444,560 | 4/1984 | Jacklich . |
| 4,457,712 | 7/1984 | Dragan . |
| 4,470,317 | 9/1984 | Sablowski et al. . |
| 4,475,905 | 10/1984 | Himmelstrup . |
| 4,498,904 | 2/1985 | Turner et al. . |
| 4,526,294 | 7/1985 | Hirschmann et al. . |
| 4,529,401 | 7/1985 | Leslie et al. . |
| 4,573,970 | 3/1986 | Wagner . |
| 4,581,022 | 4/1986 | Leonard et al. . |
| 4,592,745 | 6/1986 | Rex et al. . |
| 4,600,403 | 7/1986 | Wagner . |
| 4,659,327 | 4/1987 | Bennett et al. . |
| 4,664,128 | 5/1987 | Lee . |
| 4,710,172 | 12/1987 | Jacklich et al. . |
| 4,710,178 | 12/1987 | Leonard et al. . |
| 4,820,287 | 4/1989 | Leonard . |
| 4,865,591 | 9/1989 | Sams . |
| 4,883,472 | 11/1989 | Michel . |
| 4,936,833 | 6/1990 | Sams . |
| 4,950,246 | 8/1990 | Muller . |
| 4,959,056 | 9/1990 | Dombrowski et al. . |
| 4,998,570 | 3/1991 | Strong . |
| 5,024,656 | 6/1991 | Gasaway et al. . |
| 5,047,044 | 9/1991 | Smith et al. . |
| 5,069,668 | 12/1991 | Boydman . |
| 5,085,642 | 2/1992 | Sarnoff et al. . |
| 5,092,842 | 3/1992 | Bechtold et al. . |
| 5,102,393 | 4/1992 | Sarnoff et al. . |
| 5,104,380 | 4/1992 | Holman et al. . |
| 5,112,317 | 5/1992 | Michel . |
| 5,114,406 | 5/1992 | Gabriel et al. . |
| 5,139,484 | 8/1992 | Hazon et al. . |
| 5,180,371 | 1/1993 | Spinello . |
| 5,226,895 | 7/1993 | Harris . |
| 5,226,896 | 7/1993 | Harris . |
| 5,244,461 | 9/1993 | Derlien . |
| 5,244,465 | 9/1993 | Michel . |
| 5,256,157 | 10/1993 | Samiotes et al. . |
| 5,279,585 | 1/1994 | Balkwill . |
| 5,279,586 | 1/1994 | Balkwill . |
| 5,383,865 | 1/1995 | Michel . |
| 5,425,716 | 6/1995 | Kawasaki et al. . |
| 5,429,602 | 7/1995 | Hauser . |
| 5,509,905 | 4/1996 | Michel . |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 93249687 | of 0000 | European Pat. Off. . |
| 0037696 | 10/1981 | European Pat. Off. . |
| 0058536 | 8/1982 | European Pat. Off. . |
| 0143895 | 6/1985 | European Pat. Off. . |
| 0327910 | 8/1989 | European Pat. Off. . |
| 0368191 | 5/1990 | European Pat. Off. . |
| 0416975 | 3/1991 | European Pat. Off. . |
| 1149735 | 12/1957 | France . |
| 1170312 | 1/1959 | France . |
| 1445659 | 6/1966 | France . |
| 2418642 | 9/1979 | France . |
| 2557445 | 5/1985 | France . |
| 730971 | 12/1942 | Germany . |
| 1070784 | 12/1959 | Germany . |
| 22140 | 10/1961 | Germany . |
| 293302 | 1/1953 | Switzerland . |
| 1225495 | 3/1971 | United Kingdom . |
| 1574267 | 9/1980 | United Kingdom . |
| 2109690 | 2/1982 | United Kingdom . |
| WO8502546 | 6/1985 | WIPO . |
| 8601728 | 3/1986 | WIPO . |
| 9213583 | 8/1992 | WIPO . |
| WO9310838 | 6/1993 | WIPO . |
| WO9524233 | 9/1995 | WIPO . |



FIG. 1



FIG. 4



FIG. 2



FIG. 3

FIG. 5

FIG. 6



FIG. 7(a)



FIG. 7(d)

FIG. 7(f)





FIG. 7(c)

FIG. 7(b)



FIG. 7(e)



Fig. 7(h)



Fig. 7(g)

Fig. 7(i)



FIG. 8

Case 2:10-cv-04371-ES-JAD   Document 1   Filed 08/25/10   Page 55 of 110 PageID: 55



FIG. 9

FIG. 10



FIG. 11



FIG. 12



# FIG. 13



FIG. 14



FIG. 15



FIG. 16A



FIG. 16B

FIG. 17

FIG. 18



## FIG. 19



## FIG. 20



## FIG. 21



FIG. 22



FIG. 23

BLOOD GLUCOSE  (mg/dL)  INSULIN LOG

| Name: Good, Johnny B. | Report Date: 12-31-93 |
| I.D. or Chart # | Report Time: 13:50 |
| Phys/Inst: Cedars S. | Report Span: 12-24 to 12-30-93 |

|  | Breakfast | | Lunch | | Dinner | | Snack |
|---|---|---|---|---|---|---|---|
|  | Pre | Post | Pre | Post | Pre | Post |  |
| No. of Readings | 7 | 0 | 7 | 0 | 7 | 0 | 7 |
| Std. Deviation | 51.0 | | 42.0 | | 61.0 | | 29.0 |
| Average | 99.3 | | 113.4 | | 130.4 | | 86.0 |

FIG. 24(a)

Blood Glucose Chart:



| | BLOOD GLUCOSE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Breakfast | | Lunch | | Dinner | | Snack | Other |
| | Pre | Post | Pre | | Pre | Post | | |
| 12-24-93 Fri | 06:30 190 | | 11:24 101 | | 16:41 122 | | 21:25 77 | |
| 12-25-93 Sat | 06:41 47 | | 11:20 146 | | 16:20 137 | | 21:15 123 | |
| 12-26-93 Sun | 06:30 59 | | 11:25 113 | | 16:36 156 | | 21:30 111 | |

FIG. 24 (b)

Insulin Chart:

| | INSULIN | | | |
| --- | --- | --- | --- | --- |
| | Breakfast | Lunch | Dinner | Evening |
| 12-24-93 Fri | 06:39 R-3 L-7 | 11:38 R-6 L-6 | 16:56 R-13 L-11 | 21:37 R-7 L-12 |
| 12-25-93 Sat | 06:42 R-2 L-5 | 11:24 R-3 L-6 | 16:30 R-10 L-10 | 21:33 R-6 L-10 |
| 12-26-93 Sun | 06:36 R-4 L-6 | 11:30 R-6 L-6 | 16:40 R-8 L-12 | 21:40 R-8 L-10 |

FIG. 24 (c)

Markers Chart:



| | MARKERS | | | |
| --- | --- | --- | --- | --- |
| | Symptom | Meal | Exercise | Special |
| 12-24-93 Fri | | 17:15 inc | | |
| 12-25-93 Sat | 06:00 | | 18:30 | |
| 12-26-93 Sun | | | 18:15 inc | |

FIG. 24 (d)



FIG. 25(a)

**U.S. Patent**     Jul. 20, 1999     Sheet 23 of 26     **5,925,021**



FIG. 25(b)

FIG. 25(c)



FIG. 25(e)



FIG. 25(d)

Case 2:10-cv-04371-ES-JAD   Document 1   Filed 08/25/10   Page 72 of 110 PageID: 72



Fig. 26(a)



FIG. 26(b)

FIG. 26(c)

5,925,021

**1**

# MEDICATION DELIVERY DEVICE WITH A MICROPROCESSOR AND CHARACTERISTIC MONITOR

This is a continuation of application Ser. No. 08/782,541 filed Jan. 10, 1997, now pending, a divisional of U.S. patent application Ser. No. 08/396,420 filed Feb. 28, 1995, now U.S. Pat. No. 5,593,390, which is a continuation-in-part of U.S. patent application Ser. No. 08/350,405 filed Dec. 5, 1994, now U.S. Pat. No. 5,728,074, which is a continuation-in-part of U.S. patent application Ser. No. 08/208,636 filed Mar. 9, 1994, now U.S. Pat. No. 5,536,249.

## FIELD OF THE INVENTION

This invention relates to pen-type injectors for injecting medications or other injectable substances and, in particular embodiments, a pen-type injector for injecting insulin. In preferred embodiments, the pen-type injector utilizes a microprocessor to record injection information and a monitor to measure blood characteristics. Further embodiments of the invention also relate to other types of medication delivery devices that can utilize a microprocessor and a characteristic monitor.

## BACKGROUND OF THE INVENTION

Home treatment methods for the control and management of various diseases are becoming more popular. For instance, high success rates for treatment of diabetes have been achieved when a diabetic patient controls the disease by self-testing blood glucose levels and administering a correct dose of insulin. The doctor works with the patient to determine the best regimen of diet, exercise, and insulin dose to maintain a target blood glucose level.

Between doctor's office visits, the patient is responsible for carrying out the prescribed regimen, which includes frequent blood testing and insulin administration using a syringe, needleless injector, pen-type injector or insulin pump. The patient and doctor select a blood glucose monitor based on desired monitor features, suitability for the patient, perceived accuracy, and ease of use.

Home diabetes therapy requires personal discipline of the user, is time consuming, requires an appropriate location, and the proper instruments and accessories. Therefore, it is highly desirable that the home therapy regimen cause minimal inconvenience and changes in the patient's lifestyle. Many past therapy regimens and devices have failed to provide the convenience and minimum changes to the patient's lifestyle, and thus the compliance with the medical regimens have been less than satisfactory.

Traditionally, for out-patient and in-home patient care, medication has been injected by a syringe, wherein the user has to insert the needle of the syringe into a separate medication vial to withdraw medication. Once the medication is withdrawn from the vial, the user removes any air bubbles and extra medication, and then injects the medication.

Typical syringes suffer from many drawbacks. For instance, they may not be preloaded with medication; thus, requiring the user to carry a separate medication vial. Moreover, people with dexterity disorders often have difficulty lining up the needle portion of the syringe with the rubber septum on the medication vial. This can lead to unintentional needle pricks or excessive time being required to complete an injection, both of which tend to inhibit compliance with a medical regimen. Also, it is often difficult for children or people with failing eyesight to line up the

**2**

medication with the proper dosage line on the outer casing of the syringe. Furthermore, the user of the syringe is typically responsible for manually recording the date, the time and the dosage in a separate log book so that the doctor can monitor the user's compliance with the prescribed medical regimen.

Another drawback to the traditional syringe is that a syringe is difficult to use in public places. For instance, many schools do not allow students to carry syringes. This prohibition against syringes can cause excessive delays between injections, and thus could complicate a user's medical condition. Moreover, there is also a social stigma attached to using a syringe, since it raises connotations of drug abuse. These drawbacks have been one of the principal reasons why users have abandoned medical regimens requiring the use of syringes in social settings.

As an alternative, pen-type injectors have been developed. The pen-type injectors often use prepackaged insulin. However, these devices have been inherently inaccurate and undependable due to their difficult to read scales and inadequately designed mechanical injection systems. For example, typical pen-injectors require multiple and repeated activations of the injector mechanism to administer a desired dosage. Thus, during administration of an injection, the user must keep track of the number of activations (i.e., depressions) to determine when the required dosage has been delivered.

Another disadvantage to pen-type injectors is that typical disposable needles used on pen-type injectors cause bleeding during the administration of an injection. This results from the disposable needle spreading the opening in the skin at the injection site, thereby allowing the skin to bleed. This bleeding from traditional disposable needles can discourage users from following the medical regimen, and the bleeding also increases the likelihood of spreading infectious diseases.

Often a user who takes certain medications, such as insulin, in a home therapy regimen must also monitor the level of glucose present in the blood at periodic intervals. The test results are used to determine when another injection should be administered or to determine how the user is responding to prior injections. Typically, the blood monitor is a separate device that the user must carry along with the insulin injector or syringe. To use the blood monitor the user must lance a portion of the body (i.e., typically a finger) and take a sample that is analyzed by the monitor. The user then manually records the results, the time and the date in a separate log book.

## SUMMARY OF THE DISCLOSURE

According to embodiments of the present invention, a medication delivery device, such as a pen-type injector, medication pump, inhaler, spray or the like, has a processor coupled to the medication delivery device that records the date, the time, and the amount of each medication delivery. The processor may also be coupled to a display to indicate the amount of medication to be delivered.

In particular embodiments, a medication delivery device includes a delivery mechanism that has an actuator for setting the dosage and administering a dosage of a medication contained within the medication delivery device. The medication delivery device also has a processor coupled to the actuator of the delivery mechanism to determine a value equal to the dosage set by the actuator of the delivery mechanism, and a memory device coupled to the processor to store the value determined by the processor. In further

5,925,021

3

embodiments, the medication delivery device also has a receptacle capable of holding the medication and the delivery mechanism further includes a drive mechanism coupled between the actuator and the receptacle to deliver the set dosage of the medication. In other embodiments, the medication delivery device also includes a display device to display the value equal to the dosage determined by the processor and a clock circuit for determining the time. In preferred embodiments, the medication delivery device includes a data port for transferring information to and from the processor and memory device to an external device.

In particular embodiments of the present invention, a medical device includes a medication delivery device that is also coupled with a characteristic monitor to analyze characteristics of a sample. This provides a single, all-in-one device that performs a variety of functions, and requires only minimal space.

In particular embodiments, a medical device includes a medication delivery device for delivering a dosage of a medication, a blood characteristic monitor for analyzing a blood sample, and a processor coupled to the medication delivery device and the blood characteristic monitor. The processor determines a value equal to the dosage of the medication to be delivered by the medication delivery device. The processor also determines blood characteristics from a blood sample analyzed by the blood characteristic monitor.

In further embodiments, the medical device also includes a memory device coupled to the processor to store the value equal to the dosage and the blood characteristics determined by the processor. In preferred embodiments, the medical device includes a data port for transferring information to and from the processor and memory device to an external device and a clock circuit for tracking the time.

According to another embodiment of the invention, a pen-type injector utilizes a disposable needle that substantially eliminates or reduces bleeding from an opening in the skin at the injection site. Also in other embodiments, the pen-type injector uses a direct drive mechanism for injecting the medication with a single depression of an actuator knob. Moreover, the actuator knob is rotatable to adjust the amount of medication that is injected.

In particular embodiments, a disposable needle for a pen-type injector has a base adapted to be coupled to a pen-type injector, an injection needle having an injection end and a connecting end, and a hollow cylindrical cover having an open end and an opposite connecting end. Both the connecting end of the injection needle and the opposite connecting end of the hollow cylindrical cover are coupled to the base such that the injection needle is disposed in the center of the open end of the hollow cylindrical cover with the connecting end of the injection needle inside the hollow cylindrical cover below the open end of the hollow cylindrical cover. Moreover, the injection end of the injection needle extends beyond the open end of the hollow cylindrical cover.

According to a further embodiment of the present invention, a watch monitor includes a blood characteristic monitor and a clock that performs as a wrist watch. The watch monitor utilizes a high quality blood analysis device that can record detailed information on blood analysis results and injections. Moreover, the device can be worn easy and unobtrusively on a wrist so that typical time and alarm functions are combined with the blood characteristic monitor to coordinate the blood testing regimen and reduce the number of items a user must carry. Thus, a user has

4

improved detailed record keeping, regimen alarms and reminders, blood characteristic analysis capabilities, and time keeping functions in a single, all-in-one device.

In particular embodiments of the present invention, a portable blood monitor includes a housing of suitable size and configuration to be worn on a wrist, a clock contained in the housing for measuring time, and a blood characteristic monitor contained in the housing for analyzing a blood sample. The portable blood monitor also includes a processor coupled to the blood characteristic monitor and the clock. The processor determines blood characteristics based on the analyzed blood sample from the blood characteristic monitor, and the processor uses the measure of the time from the clock to identify when the blood characteristics were determined. In further embodiments, the portable blood monitor also includes a memory storage device coupled to the processor for storing the measure of time from the clock and the blood characteristics determined by the processor, and a display device to display the measure of the time from the clock and the blood level characteristics determined by the processor. In preferred embodiments, the portable blood monitor includes a data port for transferring information to and from the processor and memory device to an external device and the data port may utilize infrared communication technology to transfer the information.

Other features and advantages of the invention will become apparent from the following detailed description, taken in conjunction with the accompanying drawings which illustrate, by way of example, various features of embodiments of the invention.

BRIEF DESCRIPTION OF THE DRAWINGS

A detailed description of embodiments of the invention will be made with reference to the accompanying drawings, wherein like numerals designate corresponding parts in the several figures.

FIG. 1 is a perspective view of a pen-type injector in accordance with an embodiment of the present invention.

FIG. 2 is a front perspective view of the embodiment of the pen-type injector shown in FIG. 1.

FIG. 3 is a partial cross-sectional and exploded side view of the pen-type injector shown in FIG. 2.

FIG. 4 is a simplified flow block diagram for the pen-type injector as shown in FIG. 1.

FIG. 5 is a cross-sectional view of the pen-type injector embodiment as shown along the line 5—5 in FIG. 2.

FIG. 6 is another cross-sectional view of the pen-type injector shown in FIG. 5, with the actuator in the released position.

FIGS. 7(a)–7(i) show exploded views and details of a drive mechanism in accordance with an embodiment of the present invention. FIG. 7(a) is an exploded view of the drive mechanism. FIGS. 7(b) and 7(b) are an alternative embodiment for a portions of the drive mechanism. FIG. 7(d) is a further exploded view of an actuator knob drive shaft shown in FIG. 7(a). FIGS. 7(e)–7(f) show various views of a keyway bore in the actuator knob drive shaft shown in FIG. 7(a). FIGS. 7(g)–7(i) show various views of the threaded drive shaft shown in FIG. 7(a).

FIGS. 8–12 show various views of the drive mechanism in accordance with an embodiment of the present invention.

FIG. 13 is a cross-sectional view of the pen-type injector as shown along the line 13—13 in FIG. 6.

FIG. 14 is a perspective view of a pen-type injector that includes a blood characteristic monitor in accordance with an embodiment of the present invention.

5,925,021

| 5 | 6 |

FIG. 15 is a simplified flow block diagram for the pen-type injector with a blood characteristic monitor as shown in FIG. 14.

FIGS. 16A–16B are a circuit schematics for the pen-type injector with a blood characteristic monitor shown in FIGS. 14 and 15.

FIG. 17 shows a top view of another pen-type injector with a blood characteristic monitor in accordance with an embodiment of the present invention.

FIG. 18 is a cross-sectional view of the pen-type injector with a blood characteristic monitor as shown along the line 18—18 in FIG. 17.

FIG. 19 is a perspective view of a disposable needle in accordance with an embodiment of the present invention.

FIG. 20 is an end view of the disposable needle as shown in FIG. 19.

FIG. 21 is a cross-sectional view of the disposable needle as shown along the line 21—21 in FIG. 20.

FIG. 22 is a front plan view of a blood characteristic monitor in accordance with an embodiment of the present invention.

FIG. 23 is a simplified flow block diagram in accordance with the embodiment shown in FIG. 22.

FIGS. 24(a)–24(d) are diagrams of typical reports obtained from the embodiment shown in FIGS. 22 and 23 or other embodiments.

FIGS. 25(a)–25(e) are views of a pen-type injector with a blood characteristic monitor in accordance with an embodiment of the present invention.

FIGS. 26(a)–26(c) are views of a pen-type injector in accordance with an embodiment of the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

As shown in the drawings for purposes of illustration, the invention is embodied in a medication delivery device utilizing a microprocessor. In particular embodiments of the present invention, the medication delivery device further includes a characteristic monitor to measure characteristics of a sample from a patient. In further embodiments, the medication delivery device uses a direct drive injection mechanism, and may include a disposable needle which substantially eliminates or reduces bleeding caused from administration of an injection. In other embodiments, a blood characteristic monitor is contained within a wrist watch sized device that combines blood characteristic monitoring, time keeping and information recording in a single, all-in-one device that is worn on a user's wrist.

In preferred embodiments of the present invention, the medication delivery device is used to deliver insulin, and the characteristic monitor is used to determine the amount of glucose present in a blood sample. However, it will be recognized that further embodiments of the invention may be used with other types of medication or other injectable or deliverable substances, such as vitamins, growth hormones or the like. Moreover, embodiments of the present invention may be used with various types of medication delivery devices such as pen-type injectors, jet injectors, medication pumps, inhalers, sprays and the like. Furthermore, in other embodiments, the blood characteristic monitor may be used to monitor other characteristics, such as hormone levels, cholesterol levels or the like. In alternative embodiments, a different type of characteristic monitor may be used, such as for determining the characteristics of a urine sample, a saliva sample or the like.

Embodiments of the present invention combine medication delivery devices, such pen-type injectors or the like, with a microprocessor to accurately set and determine the dosage of a medication that is administered to the user. Moreover, the microprocessor serves to record important information concerning the medication delivery, such as the date, the time and the amount of medication administered. This information is displayed on an LCD display, or the like, for easy review by the user or doctor. This allows the user to carry one self-contained medication delivery device that does not require carrying a separate medication vial and syringes, since, for example, the vial is contained within the pen-type injector or the like. Moreover, the user does not have to carry a separate log book to record relevant and required information concerning the injection, blood characteristics, meals, exercise, unscheduled events or the like, since this information is automatically recorded by the microprocessor for later recall.

Embodiments of the present invention are portable and compact, which is essential for a person with diabetes who is required to inject insulin multiple times a day. It is especially beneficial for children with diabetes who must take the device to school (where syringes are banned) and use it under the supervision of an adult who may not be a Registered Nurse. Embodiments of the device automatically record the insulin dosage type, amount, date and time in memory. This feature is especially beneficial to the supervising health care professional, patient and parent, since they now have accurate (unalterable) records of the patients daily treatment regimen for analysis. In addition to convenience, a medication delivery device with memory provides a substantial cost savings compared to syringes and bottled insulin. Particular embodiments also include programmable daily alarms with reminder messages and a clock to assist the user in maintaining a medical regimen.

A preferred embodiment of a pen-type injector has a direct drive injection mechanism for accurate dosing and ease of use. The drive utilizes a rotatable dosage knob provided at one end of the pen-type injector. The dosage knob allows the user to accurately adjust the amount of medication or insulin that will be injected by the pen-type injector, since rotating the dosage knob limits the distance that the dosage knob can be depressed. Accuracies of 0.001 to 0.01 ccs (0.1 to 1.0 units) can be readily achieved. To inject a dose of medication, the user inserts the needle under the skin and depresses the dosage knob once as far as it will depress.

In preferred embodiments, the medication delivery device is also combined with a blood characteristic monitor that determines the level of medication, glucose or the like in a blood sample. The blood characteristic monitor uses the microprocessor in the medication delivery device (although a separate microprocessor could be used) to process the blood sample results and to store relevant information about the results. Thus, a single, all-in-one device provides medication delivery, blood characteristic monitoring, and record keeping. Therefore, a user is only required to carry a single device, and is not required to carry a large number and variety of items to comply with their medical regimen. For example, a separate medication vial, a separate medication injector, a separate blood characteristic monitor and a separate log book are not needed.

In other embodiments, a pen-type injector utilizes a disposable needle that minimizes or substantially eliminates the bleeding that may occur from administering an injection. The disposable needle includes a protective, hollow cylindrical cover that prevents the user from pushing the needle

5,925,021

7

too deeply into the skin. Moreover, the hollow cylindrical cover tends to press the skin together during the administration of an injection to restrict and substantially eliminate bleeding during the injection.

In another preferred embodiment of the present invention, a portable blood monitor combines a blood characteristic monitor with a wrist watch. The blood characteristic monitor is coupled to a microprocessor to analyze blood samples and record relevant data for later recall. The wrist watch performs time keeping functions and provides alarms to notify the user when to monitor blood characteristics and when to administer injections. In particular embodiments, the portable blood monitor has a plurality of keys that allow the user to input additional information concerning injections and special events. In other embodiments, the portable blood monitor includes a data input and output port to provide the capability of programming the portable blood monitor through an external computer, such as a PC, laptop or the like, and to provide for the capability to download the stored information to an external computer for detailed review and analysis by the user or doctor.

FIGS. 1–3 show a pen-type injector 10 with a microprocessor 32 in accordance with an embodiment of the present invention. The pen-type injector 10 includes a rotatable actuator dosage knob 12, an injection housing 14, and a medication cartridge housing 16 having a view window 18. The actuator knob 12 is coupled to one end of the injection housing 14, and is also operatively coupled to an injection mechanism 20 (see FIG. 3) that is contained within the injection housing 14. The medication cartridge housing 16 is sized to hold a medication cartridge 22 (see FIG. 3) and is coupled to the other end of the injection housing 14 so that the injection mechanism 20 is operatively coupled to the medication cartridge 22. In preferred embodiments, the medication cartridge housing 16 is coupled to the injection mechanism housing 14 by threads, and the medication cartridge 22 is connected to the medication cartridge housing 16 by threads, a friction fit or the like. In particular embodiments, the medication cartridge 22 contains 1.5 ccs (150 units); however, medication cartridges containing more or less medication may be used. In preferred embodiments, the medication cartridge 22 is a Novolin® cartridge by Novo Nordisk Pharm, Inc., an insulin cartridge by Eli Lilly, Inc or any other ISO standardized cartridge.

The view window 18 of the medication cartridge housing 16 allows the user to view the interior contents of the medication cartridge 22. Thus, a user can visually determine when a medication cartridge 22 needs to be replaced with a refill medication cartridge 22, or the user can visually determine the type of medication that is currently contained in the medication cartridge housing 16.

Coupled to the other end of the medication cartridge housing 16 is a needle base 24 for holding a protective needle cover 26 and a disposable needle 28. The needle cover 26 and the disposable needle 28 are detachably coupled to the needle base 24 by threads, friction or the like. The protective needle cover 26 prevents needle pricks until an injection is to be administered. The use of a disposable needle 28 reduces the chances of spreading infections and allows the pen-type injector to be used multiple times. In preferred embodiments, the disposable needle 28 also includes a protective needle sheath 30 to further reduce the likelihood of unintended needle pricks. In particular embodiments, the pen-type injector uses a 27 gauge disposable needle 28; however, other gauges may be used.

Also attached to the injection mechanism housing 14 is a microprocessor 32, a display 34 and a clip 36. The micro-

8

processor 32 accurately determines the dosage of the medication to be injected based upon the rotations of the actuator knob 12 by the user. The microprocessor 32 provides the dosage information to the display 34 to inform the user of the amount of medication that will be injected. In particular embodiments, the display 34 may include a set of user actuatable buttons to set various parameters in the microprocessor, such as the time, the date or the like. This allows the user to utilize the pen-type injector 10 like a clock and to set reminder alarms. The clip 36 attached to the injection mechanism housing 14 provides the capability for the pen-type injector 10 to be carried around like a traditional ball point pen. For example, the pen-type injector 10 can be carried unobtrusively in a shirt pocket or on a clip board.

As shown in FIG. 3, the injection mechanism housing 14 also includes a start button 38. The start button 38 releases the actuator knob 12 from the position shown in FIGS. 1–2 to the released position shown in FIG. 3. The start button 38 locks the actuator knob 12 in the depressed position to prevent accidental discharges of the medication until an injection is to be administered. The start button 38 also activates the microprocessor 32 only when the microprocessor 32 is needed, and this reduces the overall power consumption characteristics of the device.

In preferred embodiments, the actuator knob 12, the injection housing 14, the medication cartridge housing 16, the needle base 24, the protective needle cover 26, and the start button 38 are formed from a plastic material. However, in alternative embodiments, some or all of these parts may be formed from metals, ceramics or other suitable materials. In preferred embodiments, the view window 18 is formed from plastic; however, glass may be used in alternative embodiments. In preferred embodiments, the display 34 is an LCD display; however, in other embodiments, the display may use fluorescent elements, LEDs, electro-luminescent LCDs or the like.

FIG. 4 illustrates a simplified flow block diagram of the pen-type injector 10 shown in FIGS. 1–3. The actuator dosage knob 12 is rotated to adjust the injection mechanism 20 and set the dosage of the medication to be injected by the disposable needle 28. In preferred embodiments, the actuator knob 12 can be rotated in two directions to both increase or decrease the dosage level. The actuator knob 12 is coupled to a counter 40 that keeps track of the incremental rotations of the actuator knob 12 and injection mechanism 20. In particular embodiments, the counter 40 is an electronic counter, and in preferred embodiments the electronic counter is bi-directional and can increment and decrement the dosage level. The counter 40 is coupled to the microprocessor 32 to provide the current count in the counter 40 to the microprocessor 32. The current count from the counter 40 is converted into a value equal to the dosage of the medication that will be administered by an injection. The actuator knob 12 is also coupled directly to the microprocessor 32 to activate the microprocessor 32. Thus, when the start button 38 releases the actuator knob 12, the microprocessor 32 is prepared to store relevant information concerning the injection. For instance, the microprocessor 32 will store, the time, the date and the amount of medication injected by the user.

The microprocessor 32 is coupled to a ROM 42 and a RAM 44. In preferred embodiments, the ROM 42 is an EPROM and the RAM 44 is a static RAM; however, other comparable memory storage components such as dynamic RAM, non-static RAM, rewritable ROMs or the like may be used. The ROM 42 stores the programs used by the micro-

5,925,021

9

processor 32 to determine various parameters, such as the amount of medication to be injected based upon the count from the counter, the date and the time, and how to report information to the user. The RAM 44 is used by the microprocessor 32 to store information about the injection for later recall by the user or the doctor. For example, a user or doctor can transcribe the stored information at a later time to determine compliance with the medical regimen. This is accomplished by downloading the information to the display 34 and then transcribing all of the stored records at one time as they appear on the display 34.

In preferred embodiments, the microprocessor 32 is coupled to a data input and output (I/O) port 46, and the user can download the stored information to an external computer (not shown) through the data I/O port 46 to produce a report such as shown in FIG. 24(c). The data I/O port 46 is capable of transferring data in both directions so that updated program instructions or reminder alarms can be set by the user or doctor. In preferred embodiments, the I/O port 46 uses infrared (IR) technology or bar code readers. However, in alternative embodiments, the I/O port 46 may use other data transfer technologies such as cables, fiber optics, radio waves or the like.

Also coupled to the microprocessor 32 is a mode and clock setting panel 48 that provides the user with the capability to store additional information, set the date and the time, or set alarms to indicate when to take the next injection. The panel 48 is used in conjunction with the display 34 to access the various modes and alarms utilizing methods typically employed to set the time on an LCD watch or the like.

The pen-type injector 10 also includes a self contained battery and power convertor 50. The battery is a small watch type battery, or in preferred embodiments, the battery is a lithium battery capable of providing power for up to 5 years.

Operation of the embodiment shown in FIGS. 1–4 is relatively simple. The user prepares the pen-type injector 10 by depressing the start button 38 to activate the microprocessor 32. If a new medication cartridge 22 is required, the user unscrews the medication cartridge housing 16 from the injection mechanism housing 14, and couples a pre-filled medication cartridge 22 to the injection mechanism 20 and the injection mechanism housing 14. Once the medication cartridge 22 is attached, the user rescrews the medication cartridge housing 16 onto the injection mechanism housing 14. Next, the user removes the protective needle cover 26, and attaches a disposable needle 28 to the needle base 24. The user then holds the pen-type injector 10 with the disposable needle 28 pointing upward and rotates the actuator knob 12 to set a small amount of medication (typically 2–4 units). The user then depresses the actuator knob 12 to eliminate the small amount of medication and remove the air from the disposable needle 28. The user may also use a recall and delete function to delete the air removing injection from memory to prevent it from being stored with the other stored data. Alternatively, the user can mark this entry as an air removal injection, once it is stored in the memory. Depression of the actuator knob 12 delivers the set amount of medication. The system then remains on for 60 seconds (although longer or shorter times may be used) after the actuator knob 12 has been depressed so that the user can delete the most recent entry such as an air shot. After 60 seconds (although longer or shorter times may be used), the pen-type injector powers itself down. Finally, the user reattaches the protective needle cover 26 to prevent inadvertent needle pricks or damage to the disposable needle 28.

To give an injection with the pen-type injector 10, the user removes the protective needle cover 26 and, if present, the

10

protective needle sheath 30. The actuator knob 12 is released and the microprocessor 32 is activated by depressing the start button 38. In preferred embodiments, when activated, the microprocessor 32 displays the time and the amount of the last injection on the display 34 in an alternating sequence for 5 seconds (although longer or shorter periods may be used) to remind the user of the last injection event. This substantially reduces the chance of "double dosing" (i.e., taking too much medication). After the reminder display, the pen-type injector 10 automatically zeros itself so that the user can dial in and set the dosage by rotating the actuator knob 12 in one direction (typically clockwise) until the desired amount of the medication to be injected is displayed on the display 34. In particular embodiments, the display 34 changes in real time, and in preferred embodiments, an audible click or beep is heard as the user rotates the actuator knob 12. Also in preferred embodiments, each click represents an incremental change in the dosage selected (i.e., 0.1, 0.25, 0.5 or 1.0 units). In bi-directional models, the user can increase or decrease the amount of medication to be injected. However, the microprocessor 32 will not allow the user to set a dosage below zero or to select a dosage larger than the amount of medication remaining in the medication cartridge 22. If any incorrect dosage is selected or any step in the injection process is not properly performed, an error message will be displayed on the display 34.

In further embodiments, if an injection or other function is not performed within a predetermined period of time (e.g., 1 minute or the like), the pen-type injector shuts down to conserve power in a "sleep mode." Activation of a function button or turning the dosage knob 12 will reactivate the pen-type injector 10.

After the dosage is selected, the user chooses an injection site, pushes the disposable needle 28 under the skin and depresses the actuator knob 12 down as far as it will go. The actuator knob 12 automatically locks in the depressed position when the actuator is depressed completely and the injection is completed. When the actuator knob 12 is depressed, the microprocessor 32 stores the injection event in the RAM 44 by the date, the time and the amount of injected medication. When the user returns home or after a certain number of injections have been administered, the user can activate the microprocessor 32 with the mode and clock setting panel 48 to review the recorded data as it is displayed on the display 34. The patient can then transcribe this information in a separate log book if desired. When the user visits the doctor, the doctor can download all the stored injection information into an external computer via the data I/O port 46 to produce a report similar to the one illustrated in FIG. 24(c). The doctor can then review the data to spot trends and determine compliance with the medical regimen. If required, the doctor can update the program instructions in the pen-type injector 10 via the data I/O port 46 to provide reminder alarms at various times.

FIGS. 5 and 6 show detailed cross-sectional views of a preferred embodiment of a direct drive injection mechanism 20 as shown along the line 5—5 in FIG. 2. FIGS. 7(a)–7(i) show exploded views and details of the direct drive mechanism 20. FIGS. 8–12 show various views that detail the drive mechanism 20 shown in FIGS. 5 and 6. FIG. 13 is a cross-sectional view of the drive mechanism 20 along the line 13—13 shown in FIG. 6. The drive mechanism 20 includes a dosage knob drive shaft 52, a tension spring 54, a lock nut 56, a display seat 58, an offset camshaft 60, an electronics mount 62, a ratchet spring 64, a ratchet collar 66, a drive calibrator 68, a ratchet gear 70, a synchronizer spring 72, a stationary synchronizer 74, a threaded drive shaft 76,

5,925,021

11

a plunger 78, an end cap 80, a medication cartridge tensioner and synchronizer 82, and a medication cartridge plunger 84 that are coupled as shown in FIGS. 5–12.

The dosage knob drive shaft 52 is coupled to a splined dosage actuator 53 by a splined retainer 55 (see FIGS. 7(a) and 7(d)). The splines 96 of the dosage knob drive shaft 52 are timed to the splines 96A of the splined dosage actuator 53 at a 45 degree rotational offset (alternative embodiments may use other angular rotational offsets). The offset is referenced by the pre-determined fixed location of the splined retainer 55 during assembly to the tubular end of the drive shaft 52. The dosage knob drive shaft 52, the dosage actuator 53, the splined retainer 55 and the dosage actuator knob 12 form a sub-assembly. The sub-assembly is coupled to the threaded drive shaft 76 by a left-handed threaded locknut 56. The threaded drive shaft 76 has a double keyway that runs the entire length of the threads on the threaded drive shaft 76 to allow the drive shaft 76 to move laterally in a keywayed bore 57 (see FIGS. 5, 6 and 7(e)–7(i)) of the dosage knob drive shaft 52 along the centerline axis of the sub-assembly when the dosage actuator 53 is rotated in a clockwise or counter-clockwise direction for the purpose of selecting a dosage setting. The double internal keyway in the splined end of the bore of the dosage knob drive shaft 52 is used to hold the threaded drive shaft 76 in a fixed position that prevents the threaded drive shaft 76 from rotating within the sub-assembly. The left-handed threaded locknut 56 is a retainer that prevents the threaded drive shaft 76 from traveling past a stop 59 located in the end of the dosage knob drive shaft 52 (see FIG. 7(e)). The threaded locknut 56 also determines the end of the stroke for the threaded drive shaft 76, which corresponds with a pre-determined position of the threaded drive shaft 76 to signify an empty medication cartridge.

The start button 38 is also coupled to the dosage actuator 53 to maintain the dosage actuator sub-assembly in a depressed position when the pen-type injector 10 is not being used, and to release the spring tensioned dosage actuator 53 and activate the microprocessor 32 when the pen-type injector 10 is to be used for an injection. Contained within the internal housing of the dosage actuator sub-assembly is a tension spring 54 that is securely attached to the interior of the sub-assembly by the actuator knob 12. The purpose of the spring 54 is to hold the sub-assembly in a pre-determined tension to provide drive shaft dampening from the hydraulic loads produced during the injection cycle. All free tolerances in the dosage actuator sub-assembly are taken up by the tension spring 54 to maintain the sub-assembly in a stable configuration and to help insure injection dosage accuracy. When the starter button 38 is depressed, the synchronizer spring 72 displaces the entire dosage actuator sub-assembly along with the threaded drive shaft 76 and the drive calibrator 68 to move them into the activated position to select a dosage and inject the selected dosage of medication. Tension spring 54 and ratchet spring 64 provide shock damping for the dosage actuator sub-assembly, when it is ejected to and stopped at the activated position. The synchronizer spring 72 also facilitates maintaining the plunger 78 in a proper position with respect to the insulin cartridge plunger 84 when the pen-type injector 10 is not being used, so as to minimize the effects of fluid expansion or contraction that could draw air into the insulin cartridge 22 during storage.

The dosage knob drive shaft 52 that is assembled with the dosage actuator 53 has splines 96 which, when the dosage actuator 53 is in the depressed position, are locked in corresponding spline slots 98 of the injection mechanism

12

housing 14 to prevent the dosage actuator 53, the splined retainer 55, the dosage actuator knob 12, the dosage knob drive shaft 52 and the threaded drive shaft 76 from being rotated. When the dosage actuator 53 of the dosage knob sub-assembly is released by the start button 38, the dosage actuator 53, the dosage actuator knob 12 and the dosage drive shaft 52 move in a direction away from the medication cartridge 22. The splines 96 then slide clear of the spline slots 98 so that the dosage actuator 53, the dosage actuator knob 12, the dosage knob drive shaft 52 and the threaded drive shaft 76 can be rotated as a single unit. This allows the relative positioning of the threaded drive calibrator 68 and the threaded drive shaft 76 to be adjusted, resulting in the drive calibrator 68 being advanced or retarded in position to adjust the dosage of medication that will be injected by the pen-type injector 10.

The splines 96A of the dosage actuator 53 are coupled to internal spline slots 100 of the offset cam collar 60 which is coupled to the counter 40 mounted on the electronics mount 62. The offset cam collar 60 has cam lobes 102 that are in operative contact with rocker switches (contact switches or the like) on the counter 40. When the dosage actuator 53 and dosage actuator knob 12 are rotated, the dosage knob drive shaft 52, the splined retainer 55, and the dosage actuator knob 12 sub-assembly rotate the offset camshaft 60 and the cam lobes 102 to actuate the rocker switches (not shown) to increment the counter 40 by one count per each predetermined angle of rotation of the dosage actuator 53. The rotation of the dosage knob actuator knob 12 sub-assembly also changes the axial positioning of the threaded drive calibrator 68 relative to the threaded drive shaft 76. This causes the drive calibrator 68 to advance or retard in position relative to the threaded drive shaft 76 depending on the direction of rotation of the dosage actuator 53 and dosage actuator 12 to adjust the dosage of the medication to be injected. In preferred embodiments, the pre-determined angle of rotation is 90 degrees (although larger or smaller angles may be used).

FIG. 7(c) illustrates an alternative to the offset camshaft 60 and cam lobes 102 that are operatively coupled with the rocker switches (not shown) on the counter 40. The alternative is a round drum 60' having a plurality of thin bar code lines 102' and thick bar code lines 102'' that are read by the counter through an optical sensor and light pipe (not shown). The lines 102' and 102'' are grouped in pairs of one thin line 102' next to one thick line 102''. The pairs are spaced at predetermined angles around the round drum 60' to represent increments to increase or decrease the dosage amount to be injected. In preferred embodiments, the pairs of lines are spaced at 90° increments around the round drum 60' (although larger or smaller increments may be used). In particular embodiments, the optical sensor senses one direction of rotation of the round drum 60' by detecting a thin line 102' followed by a thick line 102'' and then increments the counter 40 by one for each set of detected lines. Conversely, if the sensor detects a thick line 102'' followed by a thin line 102', it determines that the rotation is in the opposite direction and decrements the counter 40 by one. In alternative embodiments, the lines may be a reflective material, rather than dark bar code lines. In further alternatives, the sensor may use infrared (IR) radiation or may use optical sensors that do not require light pipes.

The display seat 58 is adapted to hold the display 34 and the microprocessor 32. The microprocessor 32 is coupled to the counter 40 that is mounted on the electronics mount 62 to determine the dosage of medication to be injected based upon the value in the counter 40. The display seat 58 may

5,925,021

13

also be used to hold the clip 36 to allow the pen-type injector 10 to be carried like a pen.

The ratchet spring 64 is permanently attached to the interior of the injection mechanism housing 14. The ratchet spring 64 applies pressure to the ratchet collar 66 which in turn applies pressure to the ratchet gear 70. The ratchet gear 70 has teeth 104 that mate correspondingly with teeth 106 on the stationary synchronizer 74. The synchronizer spring 72 applies a counter-pressure on the stationary synchronizer 74 to maintain the ratchet gear 70 and the stationary synchronizer 74 in contact with each other. Thus, when the actuator knob 12 is rotated, a ratchet noise is produced as the ratchet gear 70 is rotated relative to the stationary synchronizer 74. Removal of the medication cartridge 22 reduces the pressure on synchronizer spring 72 so that the corresponding teeth 104 and 106 of the ratchet gear 70 and the stationary synchronizer 74 are disengaged. When the teeth 104 and 106 are disengaged, the actuator knob 12 can be rotated easily with minimal resistance, and the threaded drive shaft 76 can be withdrawn without resistance from the ratchet gear 70.

The stationary synchronizer 74 also has splines 92 which are coupled to corresponding spline slots 94 in the injection mechanism housing 14 to prevent the stationary synchronizer 74 from rotating. However, the splines 92 are slidably coupled to the spline slots 94 so that the stationary synchronizer can slide back and forth within the injection mechanism housing 14. This allows the medication cartridge 22 to increase the tension of the synchronizer spring 72 when the medication cartridge 22 is seated, and this increased tension causes the teeth 104 and 106 to engage.

FIGS. 7(a), 7(d)–(i) and 8–12 illustrate a drive mechanism utilizing a mono-directional ratchet gear 70 and a corresponding mono-directional stationary synchronizer 74. The teeth 104 and 106 on the ratchet gear 70 and the synchronizer 74, respectively are shaped to permit setting the dosage in only a single direction. Thus, if a user goes past the required dosage, they must either completely reset the pen or they must eject the currently set dosage. FIG. 7(b) illustrates an alternative bi-directional ratchet gear 70' and a corresponding bi-directional stationary synchronizer 74' having teeth 104' and 106', respectively. The shape of the teeth 104' and 106' are symmetrical, as opposed to the right angular teeth 104 and 106 on the gear 70 and synchronizer 74, to permit the dosage set by the counter 40 and displayed on the display 34 to be increased and decreased. Thus, users can correct the set dosage if they go past the desired dosage amount, without having to reset the pen or ejecting the incorrectly set dosage.

The drive calibrator 68 is threaded onto the threaded drive shaft 76 to determine the minimum and maximum positions in which the threaded drive shaft 76 can be moved to inject medication from the medication cartridge 22. The drive calibrator 68 also performs as a rotational reference point to keep track of the incremental movement of the threaded drive shaft 76 so that the dosage of medication injected by the pen-type injector can be accurately determined. An end of the drive calibrator 68 has splines 88 that engage corresponding spline slots 90 in the end cap 80 to hold the drive calibrator 68 in a rotationally fixed position. The other side of the end cap 80 is coupled to the medication cartridge tensioner and synchronizer 82 which is used to secure a medication cartridge 22 to the injection housing 14. The threaded drive shaft 76 is coupled to the medication cartridge plunger 84 to inject medication in the medication cartridge 22 when the actuator knob 12 is depressed.

The illustrated direct drive mechanism only requires a single complete depression of the actuator knob 12 to inject

14

different set amounts of medication. The illustrated direct drive allows the user to accurately set various dosage values to be injected. The drive mechanism 20 is capable of providing dosage accuracies of between 0.1 to 1.0 unit increments. However, other dosage increments may be used. Moreover, in alternative embodiments, other suitable drive mechanisms can be used by the pen-type injector such as those disclosed in U.S. Pat. No. 5,114,406 issued May 19, 1992; U.S. Pat. No. 5,226,895 issued Jul. 13, 1993; and U.S. Pat. No. 5,279,585 issued Jan. 18, 1994.

A pen-type injector 200 in accordance with an embodiment of the present invention is shown in FIGS. 14 and 15. The pen-type injector includes a blood characteristic monitor 202, such as a glucose meter or the like, coupled to the injection mechanism housing 14. This pen-type injector 200, also includes a rotatable actuator knob 12, a medication cartridge housing 16 and a protective needle cover 26 such as those discussed above with respect to the pen-type injector 10. Instead of a window 18, the medication cartridge housing 16 is transparent to allow easy viewing of the medication cartridge 22. Moreover, the clip 36 is located on the protective needle cover 26 rather than the injection mechanism housing 14. The pen-type injector 200 also uses a microprocessor 32 and a display 34. However, in preferred embodiments the display is larger than in the previous embodiment to display more information, and both the display and the microprocessor 32 are coupled to the blood characteristic monitor 202. The pen-type injector 200 with the blood characteristic monitor 202 allows the user to use a single, all-in-one device that keeps records, injects medication, and determines characteristics of a blood sample, and that can be used to produce reports similar to those shown in FIGS. 24(a)–24(d).

FIG. 15 is a simplified block diagram of the pen-type injector 200 with a blood characteristic monitor 202. The operation of the injection mechanisms and the related components is the same as described above in the previous embodiment. In the pen-type injector 202 the ROM 42 now stores additional programs to operate and control the blood characteristic monitor 202. Moreover, the RAM 44 also stores results obtained from the blood characteristic monitor 202. As shown in FIG. 14, a test strip 204 for holding a blood sample is inserted into the test strip interface 206. This activates the blood characteristic monitor 202 and the microprocessor 32. The blood characteristic monitor 202 analyzes the blood characteristics and sends the analysis results to the microprocessor 32, which displays the results on the display 34 and stores the results in the RAM 44 for later review.

In particular embodiments, the blood characteristic monitor 202 tests for the level of glucose in the blood. Preferably, the blood characteristic monitor 202 uses electrochemical sensor technology (i.e., the blood sample reacts with a chemical upon the application of an electrical current). The blood characteristic monitor 202 is periodically calibrated by a reusable code strip. To perform the analysis, the blood characteristic monitor utilizes a disposable (one time use) test strip 204. The test strip 204 utilizes capillary action at the end of the test strip to draw in a small amount of blood (typically 3 micro-liters) into a reaction chamber (not shown) in the test strip interface 206 of the blood characteristic monitor 202. When sufficient blood has been drawn into the reaction chamber, the test sequence begins and a blood glucose reading is displayed on the display 34 in approximately 60 seconds from the start of the testing sequence. In preferred embodiments, the blood characteristic monitor 202 provides blood glucose level results from 40–500 mg/dl (2.2–27.8 mmol/L); however, other ranges such as 20–600 mg/dl or the like may be used.

5,925,021

15

Operation of the blood characteristic monitor 202 is relatively simple. The operator fully inserts a test strip 204 into the test strip interface 206. This turns on the microprocessor 32 and the blood characteristic monitor 202. In preferred embodiments, the blood analysis mode is activated and the microprocessor 32 causes the display 34 to display the previous test result and the time of the last test event. The previous time and results are alternately flashed for 5 seconds (although longer or shorter times can be used). The user then places a blood sample (usually from a finger) on the end of the inserted test strip 204, and the capillary action in the test strip 204 draws the sample into the reaction chamber of the test strip interface 206. In preferred embodiments, the blood characteristic monitor 202 beeps, or provides some other audible indication, when a sufficient sample has been drawn into the reaction chamber. After the beep, the test is conducted and is typically completed in about 60 seconds. Once the test is completed, the results are displayed on the display 34 and simultaneously stored by the microprocessor 32 in the RAM 44 for later recall. Removal of the test strip 204 automatically turns off the blood characteristic monitor 202 and the microprocessor 32. If the user fails to remove the test strip 204, the microprocessor 32 sounds an alarm, and both the blood characteristic monitor 202 and the microprocessor 32 automatically turn off after 1 minute (although other time periods may be used). In alternative embodiments, other blood characteristic monitors may be used, such as a colormetric blood glucose meter, a dry membrane chemical reaction monitor or the like. Preferred embodiments of the present invention utilize blood characteristic monitors that use electro-chemical sensor techniques developed by Matsushita Electronics of Japan and distributed by Miles Laboratories, Inc. However, alternative embodiments, may utilize a dry chemical sensor with an electro-chemical membrane by either Boehringer Manheim Corp of Indianapolis, Ind. or MediSense of Cambridge Mass.

FIGS. 16A–16B are a circuit schematic showing preferred embodiments of particular circuits used in the pen-type injector 200 with a blood characteristic monitor 202. However, alternative embodiments, may use different circuit components or circuit implementations.

FIGS. 17 and 18 show an alternative embodiment of a pen-type injector 250 coupled with a blood characteristic monitor 202. The pen-type injector 200 operates in a manner similar to the embodiments described-above with respect to FIGS. 14–16B. However, the test strip interface 206 is 90° offset with respect to the embodiment of FIGS. 14–16B, and the display 34 and the mode and clock setting panel 48 are arranged differently. FIG. 18 is a cross-sectional view of the pen-type injector 250 along the line 18—18 shown in FIG. 17. This view illustrates that the pen-type injector 250 can use the drive mechanism 20 described above with respect to the embodiments of FIGS. 1–13. Moreover, FIG. 18 illustrates the relative position of various internal components. For instance, the microprocessor 32, the battery 50, and a reaction chamber 252.

FIGS. 19–21 show a preferred embodiment of a disposable needle 280 that substantially eliminates or reduces bleeding upon injection. The disposable needle 280 includes a threaded base 282, a needle support 284, a needle portion 286, and a hollow cylindrical cover 288. The threaded needle base 282 is adapted to be coupled to a pen-type injector as described above. However, in alternative embodiments, the needle base 282 may be attached by means of friction or the like, or the disposable needle 280 may be used with injectors other than pen-type injectors. A

16

needle support 284 is coupled to the needle base 282 to hold the needle portion 286. Also coupled to the needle support 284 and the needle base 282 is the hollow cylindrical cover 288. The needle portion 286 is disposed inside the hollow cylindrical cover 288 such that the end of the needle portion 286 coupled to the needle support 284 cannot contact the skin during an injection. This prevents the needle support 284 from spreading the skin at the injection site. Spreading of the skin often results in bleeding. The needle portion 286 extends a sufficient distance beyond the hollow cylindrical cover 288 to allow for the proper administration of an injection. The hollow cylindrical cover helps the user insert the disposable needle 280 to the proper depth beneath the skin for an accurate injection. Moreover, the hollow cylindrical cover 288 tends to press the skin at the injection site together and this substantially eliminates or reduces bleeding at the injection site. The hollow cylindrical cover 288 also makes it easier for the user to attach and remove the disposable needle 280, and decrease the probability of being pricked during attachment and removal of the disposable needle 280.

FIG. 22 shows a blood characteristic monitor watch 300 in accordance with an embodiment of the present invention. The monitor watch 300 includes a blood characteristic monitor 302 and a wrist watch 304. The blood characteristic monitor 302 is contained with the housing of the wrist watch 304 to provide a portable self-contained blood testing device that is convenient to use and can record detailed blood sample results, as well as injection administration information. This provides detailed reporting that a doctor can use to determine compliance with a prescribed medical regimen.

The wrist watch 304 resembles a conventional LCD watch, in size and shape, and includes a watch setting key pad 306, a display 308, and a function and power/data key pad 310 for controlling the blood characteristic monitor 302. Inside the wrist watch 304 is a microprocessor 314 (see FIG. 23) that couples the key pads 306 and 310 to the blood characteristic monitor 302 and the display 308. The wrist watch 304 is secured to the user's wrist by a pair of watch straps 312.

The blood characteristic monitor 302 includes a test strip interface 316 for receiving and analyzing a test strip 318. The blood characteristic monitor is activated by either insertion of a test strip 318 or the power/data key pad 310. The blood characteristic monitor 302 operates in a manner similar to that described above with respect to the embodiments of FIGS. 14–18. The results of the blood analysis are stored by the microprocessor 314 and may be recalled for later review on the display 308. In particular embodiments, the watch monitor 300 also includes a data input and output (I/O) port 320 which is activated and controlled by the microprocessor 314 and the power/data key pad 310 to upload program instructions and download information stored in a RAM 324 of the watch monitor 300. In preferred embodiments, the data I/O port 320 uses infrared (IR) technology; however, other data port technologies, such as cables or the like, may be used.

FIG. 23 is a simplified block diagram of the watch monitor 300 with a blood characteristic monitor 302. A test strip 318 is fully inserted into the test strip interface 316 to activate the blood characteristic monitor 302. The blood characteristic monitor 302 analyzes the blood characteristics of the sample and sends the analysis results to the microprocessor 314, which displays the results on the display 308.

The microprocessor 314 is coupled to a ROM 322 and a RAM 324. In preferred embodiments, the ROM 322 is an

EPROM and the RAM **324** is a static RAM; however, other comparable memory storage components may be used. The ROM **322** stores the programs used by the microprocessor **314** to determine various parameters, such as the correlation of results and the deviation from preset limits in a medical regimen, the date and the time, and how to report information to the user. The RAM **324** is used by the microprocessor **314** to store information about the blood analysis, as well as injections, for later recall by the user or the doctor. The microprocessor **314** also retrieves information from the RAM **324** so that a user or doctor can transcribe the stored information at a later time to determine compliance with the medical regimen and to spot trends requiring corrective action.

In preferred embodiments, the RAM **324** has a memory capacity for over 100 blood characteristic tests, 100 injection administration events, and memory to keep track of medication scheduling and special events. The microprocessor **314** is programmed to determine trends by comparing dosages administered by injections with the blood analysis results. These trends can be used by the microprocessor **314** to automatically recommend minor changes in the dosages within pre-programmed boundaries set by the doctor, or the trend results can be used by the doctor to directly adjust the dosages boundaries and the programs utilized by the microprocessor **314**. This provides the doctor with greater control and flexibility over the user's medical regimen.

In preferred embodiments, the microprocessor **314** is coupled to a data input and output (I/O) port **320**, and the user can download the stored information to an external computer (not shown) through the data I/O port **320**. The data I/O port **320** is capable of transferring data in both directions so that updated program instructions or reminder alarms can be set by the user or doctor.

A clock setting key pad **306** is also coupled to the microprocessor **314** to provide the user with the capability to store additional information, set the date and the time, or set alarms on an internal clock **326** to indicate when to perform another blood analysis or administer an injection. In alternative embodiments, the microprocessor **314** may perform the internal clock functions without the necessity of a separate internal clock **326**. The function key pad **310** also provide the capability to produce detailed reports and to interface with an external computer (not shown). The key pads **306** and **310** are used in conjunction with the display **308** to access the various modes and alarms utilizing methods typically employed to set the time on an LCD watch or the like. In preferred embodiments, the internal clock **326** of the watch monitor **300** is capable of multiple daily alarms, 12/24 hour formatting, and scrolling through a time zone map for easier record keeping during time zone changes.

The watch monitor **300** also includes a self contained battery and power convertor **328**. The battery is a small watch type battery, or in preferred embodiments, the battery is a lithium battery capable of providing power for up to 5 years.

In preferred embodiments, the blood characteristic monitor **302** analyses a blood sample to determine the level of glucose in the blood and the blood characteristic monitor **302** uses an electrochemical sensor technology such as described above with respect to the embodiments of FIGS. **14–18**. A disposable (one time use) test strip **318** uses capillary action at the end of the test strip **318** to draw in a small amount of blood (typically 3 microliters) into a reaction chamber (not shown) of the test strip interface **316**. When sufficient blood has been drawn into the reaction chamber, the testing sequence begins and a blood glucose reading is displayed on the display **308** in approximately 60 seconds from the start of the testing sequence. The blood characteristic monitor **302** provides blood glucose results from 40–500 mg/dl (2.2–27.8 mmol/L); however, other ranges may be used.

The blood characteristic monitor **302** is operated in substantially the same manner as described above with respect to the embodiments of FIGS. **14–18**. The operator fully inserts the test strip **318** into the test strip interface **316** to turn on the blood characteristic monitor **302** and access the microprocessor **314**. The blood characteristic analysis mode is activated and the microprocessor **314** causes the display **308** to display the previous test result and the time of the last test event. The user then places a blood sample (usually from a finger) on the end of the inserted test strip **318** which draws the sample into the reaction chamber of the test strip interface **316**. In preferred embodiments, the blood monitor **302** beeps, or provides some other audible indication, when a sufficient sample has been drawn into the reaction chamber. After the beep, the test is conducted and is typically completed in about 60 seconds. Once the test is completed, the results are displayed on the display **308** and simultaneously stored by the microprocessor **314** in the RAM **324** for later recall. Removal of the test strip **318** automatically turns off the blood monitor **302** and returns the microprocessor **314** and the watch monitor **300** to the watch mode. If the user fails to remove the test strip **318**, the microprocessor **314** sounds an alarm, and the blood monitor **302** is automatically turned off after 1 minute (although other time periods may be used). In alternative embodiments, other blood characteristic monitors may be used, such as a colormetric blood glucose meter, a dry membrane chemical reaction monitor or the like. Preferred embodiments utilize the above-described electro-chemical sensor technology in sensors produced by Matsushita Electronics of Japan and distributed by Miles Laboratories, Inc. However, alternative embodiments, may utilize a dry chemical sensor with an electro-chemical membrane by either Boehringer Manheim Corp of Indianapolis, Ind. or MediSense of Cambridge Mass.

FIGS. **24**(*a*)–**24**(*d*) illustrate typical reports that can be obtained via the data I/O port **320** from the watch monitor **300**. FIG. **24**(*a*) shows a summary report of the blood analysis performed by the blood characteristic monitor **302**. The readings are broken down into at least four basic time frames: breakfast, lunch, diner and snack. In preferred embodiments, the time frames may be further broken down into pre and post time frames. The report lists the number of blood analysis readings in each time frame, the standard deviation and the average value for the analyzed blood samples. FIG. **24**(*b*) shows a detailed report of all the individual blood analysis events. The report provides the date, the day, the time and the results for each analyzed blood sample. Thus, this portion of the report allows the doctor or user to spot anomalous readings. FIG. **24**(*c*) shows a detailed report on injections that have been administered and recorded by the user. The report provides the date, the day and the time of the injection. The report also recites how much of each type of insulin (regular (R) or intermediate (L)) was injected. This provides the doctor or user with information to compare blood analysis results with the amount of medication administered in the injection. FIG. **24**(*d*) shows a detailed report on markers that are set and recorded by the user to indicate certain events or changes from the regular medical regimen. This provides the doctor or user with information that can aid in understanding and correlating otherwise anomalous results.

5,925,021

19

In preferred embodiments, test results can be deleted by pressing the delete button on the function key pad 310. This removes the results from the blood test average, for calibration or control test results, to prevent skewing the actual analysis information. The marker key on the function key pad 310 gives the user the option to store important information along with results already stored in the RAM 324. This can aid the user in recalling specific events or types of events that establish a trend. The marks are inserted by pressing the mark key and turning the blood characteristic monitor 302 off. Markers can be used to identify meal times, exercise times, injection events, or special circumstances and changes from the normal regimen.

In alternative embodiments, the watch monitor 300 can be used with a pen-type injector 10 described in the embodiment discussed above with respect to FIGS. 1–13. The data I/O port 320 of the watch monitor 300 can be utilized to download the injection information stored in the RAM 44 of the pen-injector 10. This simplifies the input of relevant injection data into the watch monitor 300.

FIGS. 25(a)–25(e) show a pen-type injector 400 with a blood characteristic monitor in accordance with an embodiment of the present invention. The pen-type injector 400 operates in a manner similar to the embodiments described above with respect to FIGS. 14–18 and has the capabilities to provide the reports described in FIGS. 24(a)–24(d).

The pen-type injector 400 includes a detachable, protective cover and cap 402 that contains a storage area 404 for holding test strips 406 and a finger lancer mechanism 408 for obtaining a blood sample from the users finger. The cap 402 is snap fitted to the pen-type injector 400. However, in alternative embodiments, the cap 402 may be coupled to the pen-type injector 400 by different methods, such as hinges, adhesives, friction, detentes or the like.

A closed end 410 of the cap 402 supports a pen clip 412 and is snap fitted to the cap 402 to close off the end of the cap 402. When the closed end 410 is removed, the user has easy access to the storage area 404 and the finger lancer mechanism 408. In alternative embodiments, the closed end 410 of the cap 402 may be coupled to the cap 402 by different methods, such as hinges, adhesives, friction, detentes or the like.

As shown in FIGS. 25(a), (b) and (e), the storage area 404 includes a leaf spring mechanism 414 and a slidable test strip supply button 416. Test strips 406 are loaded into the storage area 404 of the cap 402 through the opening produced when the closed end 410 of the cap 402 is removed. The user presses the leaf spring mechanism 414 down towards the center of the cap 402 away from the supply button 416, and the test strips 406 are then inserted between the leaf spring mechanism 414 and the supply button 416. The leaf spring 414 places the test strips 406 under sufficient pressure such that a single test strip 406 is ejected from the end of the cap 402 next to the pen-type injector 400 whenever the supply button 416 is slid towards the open end of the cap 402. Once a test strip 406 is ejected, the supply button 416 is slid back towards the closed end 410 of the cap 402 and the next test strip 406 is pressed into position to be ejected with the next sliding of the supply button 416. In alternative embodiments, different test strip 406 delivery systems may be used, such as a built in storage vial from which the user grasps and removes a single test strip 406, an electronic motorized test strip dispenser, a container for holding manufacturer's test strip shipment containers or the like.

As shown in FIG. 25(a), the finger lancer mechanism 408 includes a release button 418, a tensioning and loading

20

button 420, a spring 422 and a finger lancer 424 (shown in dashed lines in FIG. 25(a)) and a form fitted lancer puncture site 426. Extra finger lancers 424 can be stored in a small storage compartment 428 in the cap 402 (as shown in FIG. 25(e)). Access to the storage compartment 428 is through the end of the cap 402 when the closed end 410 of the cap 402 is removed.

In preferred embodiments, a lancer is mounted to a lancer collet (not shown) at the end of the spring 424. When the loading button 420 is slid all the way towards the form fitted puncture site 426 it is locked in position and the lancer collet is loosened to allow removal of a used finger lancer 424 and the insertion of a new finger lancer 424. Once a new finger lancer 424 has been inserted into the lancer collet, the release button 418 is depressed and the loading button slides back to a neutral position as tension on spring 422 is released.

To lance the finger and obtain a blood sample, the loading button 420 is slid towards the release button 418 until it is locked in position and a second lancing spring 430 is placed under sufficient pressure to drive the finger lancer 424 to puncture the finger of a user. Next, a user's finger is placed along side the form fitted puncture site 426. The user then depresses the release button 418. As the release button 418 is depressed the lancing spring 430 drives the finger lancer 424 forward to puncture the user's finger. After the finger lancer 424 is driven towards the puncture site 426, the spring 422 is placed under compressive tension to stop the forward movement of the finger lancer 424 after it has punctured the finger of the user. Then the spring 422 pushes the finger lancer 424 back inside the cap and away from the puncture site 426 until the loading button 420 is in a neutral position between the spring 422 and the lancer spring 430. After the user's finger is lanced, the user will place a drop of blood on a test strip 406 mounted in the blood monitor of the pen-type injector 400.

The pen-type injector 400 also includes an on/off button 432, a mode button 434, a function button 436, a start button 438, an actuator dosage knob 440, a display 442, a test strip interface 444 and a data port 446 that are all mounted in an injector housing 448. In preferred embodiments, the on/off button 432, mode button 434, function button 436, start button 438 and actuator dosage knob 440 operate in a manner similar to that described in the previous embodiments illustrated in FIGS. 1–24(d). Also, the display 442, the test strip interface 444 and data port 446 may use the same technology as described in the previous embodiments illustrated in FIGS. 1–24(d).

The pen-type injector 400 further includes a test strip code key interface 450 for receiving a code key 452 (see the cut-away section in FIG. 25(b)) that calibrates the blood monitor of the pen-type injector 400 for use with the batch of test strips 406 currently being stored in the storage area 404. In alternative embodiments, the blood monitor may be calibrated by accessing calibration codes that are stored in the memory of the pen-type injector 400.

The user depresses the on/off button 432 to activate the pen-type injector for either a blood test, to review data stored in the memory of the pen-type injector 400 or to transfer data between the pen-type injector 400 and an external computer (not shown). To deactivate the pen-type injector 400, the user depresses the on/off button 432 again. In preferred embodiments, if no functions or tests are performed within 1 minute (although longer or shorter times may be used), the pen-type injector 400 enters a "sleep mode" to conserve power. In the "sleep mode" the pen-type injector 400 can be

5,925,021

21

reactivated by depressing a function **436** or mode **434** button, depression of the start button **438** or insertion of a test strip **406**.

To perform a blood test, a user inserts a code key **452** into the code key interface **450** to calibrate the blood monitor of the pen-type injector **400** (see the cut-away of FIG. **25**(b)). The code key **452** typically remains in the code key interface **450** until the current batch of test strips **406** in the storage area **404** are used up and a new batch is then inserted in the storage area **404**. In alternative embodiments, the pen-type injector **400** may use a different calibration method, instead of a code key, such as a bar code reader, a data uplink or the like to provide calibration information for the blood monitor of the pen-type injector **400**.

Once the blood monitor is calibrated, the user inserts a test strip **406** into the test strip interface **444**. The blood monitor beeps or provides a visual indication on the display **442** that the test strip **406** has been properly inserted and that the blood monitor is now ready to perform a blood test. The user then applies a drop of blood to the end of the test strip **406**. Capillary action or target membrane area saturation draws the blood up into the test strip interface **444**. When sufficient blood has been drawn into the interface **444**, the blood monitor again provides a beep or visual indication on the display **442** and commences the test. After the test is completed, the blood monitor provides a beep and visually displays the results on the display **442**. If the results are acceptable, they are stored in memory, along with the date and time for later recall. If the test results were erroneous, an error message will be displayed on the display **444** and these will be stored in memory, unless the user deletes the results and error message within 1 minute (although longer or shorter times may be used) of the test being completed.

The user can use the mode button **434** and the function button **436** to program the pen-type injector **400**. For example, the buttons can be used to set alarms or reminders, used to annotate stored test and injection data, used to set the time and date, or used to download data and upload instructions through the data port **446**. The data port **446** utilizes a wired connection, such as an RS-232 standard to transfer data and instructions back and forth between the pen-type injector **400** and a computer (not shown). However, alternative embodiments can use other data transfer technology, such as infrared, radio waves or the like. In further alternatives, a bar code reader may be used.

To give an injection, the user depresses the start button **438** to release the dosage actuator knob **440**. The user then rotates the actuator knob **440** to select a small dosage and performs an "air shot" to remove any air from the needle **28** and cartridge **22**. If the user desires, the dosage amount and injection information for the air shot may be deleted before it is stored in memory or the injection may be marked as an "air shot." After the "air shot," the desired dosage is selected and the user performs an injection in a manner similar to that described in the embodiments illustrated in FIGS. **1–18**. After the injection, the user can use the mode button **434** and function button **436** to annotate the injection information. The injection dosage, annotated information, date and time are stored and can be used to display or download the stored data to produce reports similar to those illustrated in FIGS. **24**(a)–**24**(d).

The housing **448** of the pen-type injector **400** is ergonomically formed and shaped to fit easily in the user's hand for both blood characteristic testing and injections. The housing **448** also includes a gripping section **454** to facilitate control of the pen-type injector **400**. In preferred

22

embodiments, the housing **448** is formed from a plastic material and the gripping section **454** is formed by raised plastic ridges. In alternative embodiments, the housing **448** may be made out of different materials, such as metal, glass composites or the like, and the gripping section may use different textures or materials that are applied to the gripping section **454** of the pen-type injector **400**.

As shown in FIG. **25**(b), the housing **448** of the pen-type injector also includes a battery compartment for holding two disk shaped batteries, such as are commonly used in calculators, watches and blood monitoring equipment. However, alternative embodiments may utilize different types of batteries or external power sources. Location **458** represents a location where, for example, a jack for an external power source such as an AC adapter may be placed. In alternative embodiments, a different type of data port **446** may be placed in location **458**. For example, a bar code reader or IR port could be placed in this location **458** for easy uploading and downloading of data.

FIGS. **26**(a)–**26**(c) show a pen-type injector **500** in accordance with an embodiment of the present invention. The pen-type injector **500** operates in a manner similar to the embodiments described-above with respect to FIGS. **1–13** and has the capabilities to provide the report described in FIG. **24**(c).

The pen-type injector **500** includes a cap **502** for easy removal and covering of the needle **28** and the pen-type injector **500**. In the illustrated embodiment, the mode button **504** and the function button **506** have been placed at the end of the pen-type injector **500** near a dosage knob **508**. This provides additional space on a pen clip **510** for a larger display **512** that is easier to read by elderly users or patients that have difficulty reading small numbers. The pen clip S**10** also contains a battery compartment **514** for holding the batteries required to operate the pen-type injector **500**. Locating the battery compartment **514** on the pen clip **514** facilitates changing of the batteries, since it is readily accessible and the user can use a screwdriver, nail file, dime or the like to unscrew the cover of the battery compartment **514**. The pen-type injector **500** also includes a position indicator **516** that aids the user in setting the dosage. The indicator **516** represents one dosage increment (or decrement) each time the indentations **518** are rotated past the indicator **516**. In alternative embodiments, audio indicators or other visual indicators may be used.

Various aspects of the illustrated embodiments may be combined in different ways. For example, the reports generated by the watch monitor **300** may be produced by the pen-type injector **10**, the combination pen-type injector **200**, the combination pen-type injector **400**, and the pen-type injector **500**. The various features such as alarms, test strip storage and lancers may also be combined with the various embodiments.

Also various other types of medication delivery devices, such as medication pumps, jet injectors, inhalers, sprays or the like may be used. For example, particular embodiments may use a medication pump injection mechanism that is worn by the patient during the day, and which has a receptacle for storing fluid that is injected manually or by a pre-set timed sequence. The medication is delivered through a tube that is attached to the pump delivery mechanism at one end and a shunt that is temporarily connected to the patient's body at the other end of the tube. The medication pump is combined with a processor so that insulin or the like is delivered by the pump and the processor stores relevant information about the medication delivered. Also, the pro-

5,925,021

23

cessor is coupled to a characteristic monitor, which is used to determine the characteristics of a sample from the patient and to store the information with the processor coupled to the medication pump. In particular embodiments, the medication pump can use removable pre-measured, pre-filled disposable or rechargeable ampules of medication.

In another alternative embodiment, a portable, hand-held pneumatic or compression spring-assisted medical injection delivery mechanism such as a "jet" injector or the like is used to inject a medication. Particular embodiments use a needle or high pressure needle-less stream that pierces the skin at the injection site to deliver the injection subcutaneously or intermuscularly. In further embodiments, the injection device may use a needle which allows the user to extract a measurable amount of medication from a storage canister or ampule, and receive it in a delivery chamber of the device that is similar to a syringe chamber. Alternatively, the injection device can use removable pre-measured, pre-filled disposable or rechargeable ampules of medication. In preferred embodiments, the injection device can also be coupled to a processor for storing information about the injection and a characteristic monitor for analyzing and storing characteristics from a sample taken from the patient's body.

In another alternative embodiment, a portable, hand-held medical nasal inhaler or spray which has a receptacle capable of holding a pre-filled cartridge, vial, or pressurized container of mediation is used to deliver a dosage of medication. Particular embodiments, may use a manual or an automatically regulated and controlled delivery mechanism for administering the medication via drip or atomized nasal spray. The inhaler or spray can use removable pre-measured, pre-filled disposable or rechargeable ampules of medication. The inhaler or spray is coupled to a processor to determine and store the amount of medication that is delivered. In preferred embodiments, the inhaler or spray is also coupled to a characteristic monitor for analyzing and storing characteristics from a sample taken from the patient's body.

The presently disclosed embodiments are therefore to be considered in all respects as illustrative and not restrictive, the scope of the invention being indicated by the appended claims, rather than the foregoing description, and all changes which come within the meaning and range of equivalency of the claims are therefore intended to be embraced therein.

What is claimed is:

1. A medical monitor, comprising:
   a portable housing;
   a characteristic monitor contained in the portable housing for analyzing a characteristic sample;
   a processor coupled to the characteristic monitor, wherein the processor includes determining means for determining characteristics based on the analyzed characteristic sample from the characteristic monitor; and
   a data port coupled to the processor, wherein the data port includes transferring means for transferring data and program instructions from a medication delivery device to the processor,
   wherein the processor includes means for using the characteristics and the data from the medication delivery device to compare the characteristics and data to determine if the medical regimen is correct and whether modifications to the medical regimen are required.

2. A medical monitor according to claim 1, wherein transferring means of the data port coupled to the processor is used to transfer data from the processor to the medication delivery device.

24

3. A medical monitor according to claim 2, wherein the transferring means of the data port uses infrared energy to transfer data from the processor to the medication delivery device.

4. A medical monitor according to claim 1, further including a display device coupled to the processor to display the characteristics determined by the processor.

5. A medical monitor according to claim 1, further including a clock circuit to determine a time and date.

6. A medical monitor according to claim 5, wherein the clock circuit further includes means to provide an alarm indication at a predetermined time.

7. A medical monitor according to claim 1, wherein the transferring means of the data port uses infrared energy to transfer information from the medication delivery device to the processor.

8. A medical monitor according to claim 1, further including a memory storage device coupled to the processor for storing the characteristics determined by the processor.

9. A medical monitor according to claim 1, wherein the characteristic monitor measures blood characteristics.

10. A medical monitor according to claim 1, wherein the medication delivery device is selected from a group consisting of pen-type injectors, infusion pumps and inhalers.

11. A medical monitor, comprising:
    a portable housing;
    a characteristic monitor contained in the portable housing for analyzing a characteristic sample;
    a processor coupled to the characteristic monitor, wherein the processor includes determining means for determining characteristics based on the analyzed characteristic sample from the characteristic monitor; and
    a data port coupled to the processor, wherein the data port includes transferring means for transferring the characteristics from the processor to a medication delivery device and to receive data from the medication delivery device,
    wherein the processor include means for using the characteristics and the data from the medication delivery device to compare the characteristics and data to determine if the medical regimen is correct and whether modifications to the medical regimen are required.

12. A medical monitor according to claim 11, wherein the transferring means of the data port coupled to the processor is used to transfer data from the medication delivery device to the processor.

13. A medical monitor according to claim 12, wherein the transferring means of the data port uses infrared energy to transfer data to the processor from the medication delivery device.

14. A medical monitor according to claim 11, further including a display device coupled to the processor to display the characteristics determined by the processor.

15. A medical monitor according to claim 11, further including a clock circuit to determine a time and date.

16. A medical monitor according to claim 15, wherein the clock circuit further includes means to provide an alarm indication at a predetermined time.

17. A medical monitor according to claim 11, wherein the transferring means of the data port uses infrared energy to transfer characteristics to the medication delivery device from the processor.

18. A medical monitor according to claim 11, further including a memory storage device coupled to the processor for storing the characteristics determined by the processor.

19. A medical monitor according to claim 11, wherein the characteristic monitor measures blood characteristics.

5,925,021

25

**20**. A medical monitor according to claim **11**, wherein the medication delivery device is selected from the group consisting of pen-type injectors, infusion pumps and inhalers.

**21**. A medical monitor to monitor a medical regimen, the medical monitor comprising:

a characteristic monitor for analyzing a characteristic sample;

a processor coupled to the characteristic monitor, wherein the processor includes determining means for determining characteristics based on the analyzed characteristic sample from the characteristic monitor; and

a data port coupled to the processor, wherein the data port includes transferring means for transferring the characteristics from the processor to medication delivery device and to receive data or program instructions from the medication delivery device,

wherein the processor includes means for using the characteristics and the data from the medication delivery device to compare the characteristics and data to determine if the medical regimen is correct and whether modifications to the medical regimen are required.

**22**. A medical monitor according to claim **21**, further including a memory storage device coupled to the processor for storing the characteristics determined by the processor

26

and the data or program instructions from the medication delivery device.

**23**. A medical monitor according to claim **21**, further including a display device coupled to the processor to display the characteristics determined by the processor and the data from the medication delivery device.

**24**. A medical monitor according to claim **21**, further including a clock circuit to determine a time and date.

**25**. A medical monitor according to claim **21**, further including means to provide an alarm indication at a predetermined time or when a change to a medical regimen is determined.

**26**. A medical monitor according to claim **21**, wherein the transferring means of the data port uses infrared energy to transfer characteristics to the medication delivery device from the processor and to transfer data or program instructions to the processor from the medication delivery device.

**27**. A medical monitor according to claim **21**, wherein the characteristic monitor measures blood characteristics.

**28**. A medical monitor according to claim **21**, wherein the medication delivery device is selected from a group consisting of pen-type injectors, infusion pumps and inhalers.

*   *   *   *   *

# EXHIBIT C



US005957895A

# United States Patent [19]

## Sage et al.

[11] **Patent Number:** 5,957,895

[45] **Date of Patent:** Sep. 28, 1999

[54] **LOW-PROFILE AUTOMATIC INJECTION DEVICE WITH SELF-EMPTYING RESERVOIR**

[75] Inventors: **Burton H. Sage**, Raleigh; **Robert I. Connelly**, Durham, both of N.C.

[73] Assignee: **Becton Dickinson and Company**, Franklin Lakes, N.J.

[21] Appl. No.: **09/027,291**

[22] Filed: **Feb. 20, 1998**

[51] **Int. Cl.**[6] .................................................. **A61M 5/178**

[52] **U.S. Cl.** .......................... **604/181**; 604/131; 604/134; 604/185

[58] **Field of Search** ........................... 604/181, 183–185, 604/131, 132, 187, 133, 134, 136

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 718,837 | 7/1903 | Cook . |
| 1,102,953 | 7/1914 | Rabat . |
| 1,288,174 | 12/1918 | Pittenger . |
| 2,408,323 | 9/1946 | Lockhart . |
| 2,545,017 | 3/1951 | Billingsley . |
| 2,576,951 | 12/1951 | Lockhart . |
| 2,589,426 | 3/1952 | Ogle . |
| 2,605,765 | 8/1952 | Kollsman . |
| 2,667,164 | 1/1954 | Smith . |
| 2,667,165 | 1/1954 | Smith . |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0258073 | 6/1987 | European Pat. Off. . |
| 0272530 | 12/1987 | European Pat. Off. . |
| 0388169 | 9/1990 | European Pat. Off. . |
| 0638324 | 2/1995 | European Pat. Off. . |
| 2240025 | 7/1973 | France . |
| 2243705 | 9/1973 | France . |
| 2599976 | 6/1986 | France . |
| 3275073 | 12/1991 | Japan . |
| 1537267 | 1/1990 | Russian Federation . |

| | | |
|---|---|---|
| 8912473 | 12/1989 | WIPO . |
| 9100753 | 1/1991 | WIPO . |
| 9211879 | 7/1992 | WIPO . |
| 9323096 | 11/1993 | WIPO . |
| 9407562 | 4/1994 | WIPO . |
| 9503078 | 2/1995 | WIPO . |
| 9513838 | 5/1995 | WIPO . |
| 9637245 | 11/1996 | WIPO . |
| 9709025 | 3/1997 | WIPO . |
| 9710012 | 3/1997 | WIPO . |
| 9721457 | 6/1997 | WIPO . |

OTHER PUBLICATIONS

"A Simple Solution for Complex Drug Delivery", Elan Pharmaceutical Technologies (1997).

Bruce D. Wigness et al., "The Spring–Driven Implantable Pump: A Low–Cost Alternative", *ASAIO Journal* 1992, pp. M454–M457.

*Primary Examiner*—John D. Yasko

*Attorney, Agent, or Firm*—Donna R. Fugit, Ph.D.

[57] **ABSTRACT**

A device for delivering a liquid theraputic preparation into the body of a patient by injection into or through the skin of the patient comprises a low-profile housing having a bottom surface adapted to be brought into contact with the skin of the patient. A reservoir is disposed within the housing for containing a liquid theraputic preparation to be adminis-tered. An injection needle is disposed generally horizontally in the housing, and is adapted to communicate with the reservoir. The injection needle has a bent injection end which is adapted to project through a needle aperture in the bottom surface of the housing. A movable needle carrier is disposed in the housing for carrying the injection needle and for causing the injection end of the needle to project through the needle aperture upon movement of the needle carrier. The needle carrier and the injection needle are disposed in a side-by-side relationship with the reservoir in the housing in order to minimize the height of the housing above the bottom surface. As a result, the housing is sufficiently low in height to allow the device to be worn inconspicuously under the clothing of the patient.

**20 Claims, 13 Drawing Sheets**



**5,957,895**

Page 2

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2,769,443 | 11/1956 | Dunmire . |
| 2,871,856 | 2/1959 | Steiner . |
| 2,880,723 | 4/1959 | Adams . |
| 3,082,681 | 3/1963 | Petersen . |
| 3,172,200 | 3/1965 | Ream . |
| 3,173,200 | 3/1965 | Dunmire et al. . |
| 3,238,784 | 3/1966 | Dorsey et al. . |
| 3,306,290 | 2/1967 | Weltman . |
| 3,469,578 | 9/1969 | Bierman . |
| 3,496,937 | 2/1970 | Balson . |
| 3,506,005 | 4/1970 | Gilio et al. . |
| 3,507,278 | 4/1970 | Werding . |
| 3,563,373 | 2/1971 | Paulson . |
| 3,587,575 | 6/1971 | Lichtenstein . |
| 3,677,444 | 7/1972 | Merrill . |
| 3,923,060 | 12/1975 | Ellinwood, Jr. . |
| 3,941,131 | 3/1976 | Ogle . |
| 3,951,147 | 4/1976 | Tucker et al. . |
| 3,993,069 | 11/1976 | Buckles et al. . |
| 4,013,073 | 3/1977 | Cunningham . |
| 4,044,758 | 8/1977 | Patel . |
| 4,140,117 | 2/1979 | Buckles et al. . |
| 4,182,325 | 1/1980 | Camp . |
| 4,188,950 | 2/1980 | Wardlaw . |
| 4,193,397 | 3/1980 | Tucker et al. . |
| 4,194,505 | 3/1980 | Schmitz . |
| 4,196,732 | 4/1980 | Wardlaw . |
| 4,201,207 | 5/1980 | Buckles et al. . |
| 4,214,584 | 7/1980 | Smirnov et al. . |
| 4,227,528 | 10/1980 | Wardlaw . |
| 4,235,234 | 11/1980 | Whitney et al. . |
| 4,258,711 | 3/1981 | Tucker et al. . |
| 4,258,713 | 3/1981 | Wardlaw . |
| 4,270,533 | 6/1981 | Andreas . |
| 4,282,986 | 8/1981 | af Ekenstam et al. . |
| 4,299,220 | 11/1981 | Dorman . |
| 4,340,048 | 7/1982 | Eckenhoff . |
| 4,373,527 | 2/1983 | Fischell . |
| 4,378,015 | 3/1983 | Wardlaw . |
| 4,386,929 | 6/1983 | Peery et al. . |
| 4,419,096 | 12/1983 | Leeper et al. . |
| 4,468,220 | 8/1984 | Willbanks . |
| 4,487,603 | 12/1984 | Harris . |
| 4,522,622 | 6/1985 | Peery et al. . |
| 4,525,164 | 6/1985 | Loeb et al. . |
| 4,548,601 | 10/1985 | Lary . |
| 4,552,561 | 11/1985 | Eckenhof et al. . |
| 4,559,039 | 12/1985 | Ash et al. . |
| 4,601,707 | 7/1986 | Albisser et al. . |
| 4,619,652 | 10/1986 | Eckenhoff et al. . |
| 4,645,495 | 2/1987 | Vaillancourt . |
| 4,684,365 | 8/1987 | Reinicke . |
| 4,692,151 | 9/1987 | Blackman . |
| 4,697,622 | 10/1987 | Swift et al. . |
| 4,710,176 | 12/1987 | Quick . |
| 4,714,733 | 12/1987 | Itoh et al. . |
| 4,718,893 | 1/1988 | Dorman et al. . |
| 4,722,732 | 2/1988 | Martin . |
| 4,728,320 | 3/1988 | Chen . |
| 4,734,092 | 3/1988 | Millerd . |
| 4,741,733 | 5/1988 | Winchell et al. . |
| 4,747,831 | 5/1988 | Kulli . |
| 4,753,651 | 6/1988 | Eckenhoff . |
| 4,767,413 | 8/1988 | Haber et al. . |
| 4,769,008 | 9/1988 | Hessel . |
| 4,772,263 | 9/1988 | Dorman et al. . |
| 4,781,688 | 11/1988 | Thoma et al. . |
| 4,813,426 | 3/1989 | Haber et al. . |
| 4,850,961 | 7/1989 | Wanderer et al. . |
| 4,883,473 | 11/1989 | Thomas . |
| 4,886,499 | 12/1989 | Cirelli et al. . |
| 4,894,054 | 1/1990 | Miskinyar . |
| 4,900,310 | 2/1990 | Ogle, II . |
| 4,902,278 | 2/1990 | Maget et al. . |
| 4,904,239 | 2/1990 | Winchell et al. . |
| 4,909,790 | 3/1990 | Tsujikawa et al. . |
| 4,915,693 | 4/1990 | Hessel . |
| 4,955,871 | 9/1990 | Thomas . |
| 4,968,301 | 11/1990 | di Palma et al. . |
| 4,994,042 | 2/1991 | Vadher . |
| 4,998,918 | 3/1991 | Mimura . |
| 5,011,477 | 4/1991 | Winchell et al. . |
| 5,019,047 | 5/1991 | Kriesel . |
| 5,019,048 | 5/1991 | Margolin . |
| 5,041,094 | 8/1991 | Perego et al. . |
| 5,045,064 | 9/1991 | Idriss . |
| 5,061,249 | 10/1991 | Campbell . |
| 5,062,834 | 11/1991 | Gross et al. . |
| 5,080,652 | 1/1992 | Sancoff et al. . |
| 5,090,963 | 2/1992 | Gross et al. . |
| 5,120,315 | 6/1992 | Hessel . |
| 5,122,116 | 6/1992 | Kriesel et al. . |
| 5,135,499 | 8/1992 | Tafani et al. . |
| 5,156,591 | 10/1992 | Gross et al. . |
| 5,167,631 | 12/1992 | Thompson et al. . |
| 5,169,389 | 12/1992 | Kriesel . |
| 5,178,610 | 1/1993 | Tsujikawa et al. . |
| 5,201,718 | 4/1993 | Whisson . |
| 5,205,820 | 4/1993 | Kriesel . |
| 5,248,300 | 9/1993 | Bryant et al. . |
| 5,248,303 | 9/1993 | Margolin . |
| 5,263,935 | 11/1993 | Hessel . |
| 5,263,940 | 11/1993 | Kriesel . |
| 5,267,957 | 12/1993 | Kriesel et al. . |
| 5,267,963 | 12/1993 | Bachynsky . |
| 5,279,544 | 1/1994 | Gross et al. . |
| 5,279,558 | 1/1994 | Kriesel . |
| 5,284,481 | 2/1994 | Soika et al. . |
| 5,298,025 | 3/1994 | Hessel et al. . |
| 5,312,364 | 5/1994 | Jacobs . |
| 5,318,557 | 6/1994 | Gross . |
| 5,328,464 | 7/1994 | Kriesel et al. . |
| 5,334,197 | 8/1994 | Kriesel et al. . |
| 5,336,188 | 8/1994 | Kriesel . |
| 5,354,264 | 10/1994 | Bae et al. . |
| 5,354,278 | 10/1994 | Kriesel . |
| 5,364,373 | 11/1994 | Waskonig et al. . |
| 5,374,256 | 12/1994 | Kriesel . |
| 5,398,851 | 3/1995 | Sancoff et al. . |
| 5,411,480 | 5/1995 | Kriesel . |
| 5,419,771 | 5/1995 | Kriesel . |
| 5,425,722 | 6/1995 | Whisson . |
| 5,433,709 | 7/1995 | Kriesel . |
| 5,468,226 | 11/1995 | Kriesel . |
| 5,478,324 | 12/1995 | Meyer . |
| 5,484,415 | 1/1996 | Kriesel . |
| 5,492,533 | 2/1996 | Kriesel . |
| 5,498,245 | 3/1996 | Whisson . |
| 5,514,090 | 5/1996 | Kriesel et al. . |
| 5,527,287 | 6/1996 | Miskinyar . |
| 5,527,288 | 6/1996 | Gross et al. . |
| 5,529,214 | 6/1996 | Lasonde et al. . |
| 5,545,139 | 8/1996 | Kriesel . |
| 5,551,849 | 9/1996 | Christiansen . |
| 5,553,741 | 9/1996 | Sancoff et al. . |
| 5,558,255 | 9/1996 | Sancoff et al. . |
| 5,569,192 | 10/1996 | van der Wal . |
| 5,571,261 | 11/1996 | Sancoff et al. . |
| 5,578,005 | 11/1996 | Sancoff et al. . |
| 5,616,132 | 4/1997 | Newman . |
| 5,620,420 | 4/1997 | Kriesel . |
| 5,645,536 | 7/1997 | Whisson . |

**5,957,895**

Page 3

---

| | | |
|---|---|---|
| 5,649,910 | 7/1997 | Kriesel et al. . |
| 5,649,912 | 7/1997 | Peterson . |
| 5,656,032 | 8/1997 | Kriesel et al. . |
| 5,693,018 | 12/1997 | Kriesel et al. . |
| 5,693,019 | 12/1997 | Kriesel . |
| 5,700,244 | 12/1997 | Kriesel . |
| 5,700,245 | 12/1997 | Sancoff et al. . |
| 5,704,520 | 1/1998 | Gross . |
| 5,707,361 | 1/1998 | Slettenmark . |
| 5,707,499 | 1/1998 | Joshi et al. . |
| 5,716,343 | 2/1998 | Kriesel et al. . |
| 5,720,729 | 2/1998 | Kriesel . |
| 5,735,818 | 4/1998 | Kriesel et al. . |
| 5,738,657 | 4/1998 | Bryant et al. . |
| 5,741,242 | 4/1998 | Kriesel . |
| 5,743,879 | 4/1998 | Kriesel . |
| 5,776,103 | 7/1998 | Kriesel et al. . |
| 5,779,676 | 7/1998 | Kriesel et al. . |
| 5,785,688 | 7/1998 | Joshi et al. . |



FIG–1



FIG-2

**U.S. Patent**     Sep. 28, 1999     Sheet 3 of 13     **5,957,895**



FIG-3

FIG-4





FIG-5



FIG-6



**U.S. Patent**         Sep. 28, 1999         Sheet 8 of 13         **5,957,895**



FIG-9



FIG-10

Case 2:10-cv-04371-ES-JAD   Document 1   Filed 08/25/10   Page 100 of 110 PageID: 100

FIG-11



FIG-12





FIG-13

# FIG-14



5,957,895

1

# LOW-PROFILE AUTOMATIC INJECTION DEVICE WITH SELF-EMPTYING RESERVOIR

## BACKGROUND OF THE INVENTION

The present invention relates generally to a device for delivering a liquid theraptic preparation into the body of a patient by injection into or through the patient's skin. More particularly, the invention relates to a low-profile automatic injection device that can be worn inconspicuously under the clothing of a patient to allow a liquid theraptic preparation (such as insulin) to be administered over an extended period of time, and that incorporates a self-emptying reservoir to eliminate the need for a pump or other type of discharge device.

Various types of automatic injection devices have been developed to allow drug solutions and other liquid theraptic preparations to be administered by untrained personnel. Generally, these devices include a reservoir that is pre-filled with the liquid theraptic preparation, and some type of automatic needle-diving mechanism (usually of the spring-loaded type) that can be triggered by the user. Examples of such devices may be found in U.S. Pat. Nos. 4,188,950, 4,196,732, 4,258,713, 4,227,528 and 4,378,015, all to Stephen C. Wardlaw. Still further examples can be found in U.S. Pat. No. 4,214,584 to Smirnov et al., U.S. Pat. Nos. 4,894,054 and 5,527,287, both to Miskinyar, and U.S. Pat. No. 5,616,132, to Newman.

In order to start the flow of the liquid theraptic preparation when the needle is injected, the devices disclosed in the aforementioned patents generally employ movable ampoules, pistons or other complex arrangements which are somewhat difficult to manufacture. Moreover, the design of these devices generally requires that the reservoir be positioned above the needle driving mechanism, which results in a device of considerable height. This is not necessarily a problem when the drug solution is to be injected as a bolus at one discrete time, as most of these devices are designed to do), but it is a distinct disadvantage when the drug solution is to be infused into the patient over an extended period of time. In these latter instances, the injection device may have to be held in contact with the patient's skin (e.g., by tape or an adhesive) for several hours or more, and this is difficult to achieve when the device has a large height dimension.

Another class of devices includes those which are capable of gradually infusing a liquid theraptic preparation into the skin of a patient. In some cases, these devices are small enough (both in height and in overall size) to allow them to be "worn" by an ambulatory patient while the liquid theraptic preparation is being infused into the patient. Examples of devices which fall in to this class include those disclosed in U.S. Pat. Nos. 4,340,048 and 4,753,651, both to Eckenhoff, U.S. Pat. No. 4,734,092, to Millerd, U.S. Pat. No. 4,781,688, to Thoma et al., U.S. Pat. No. 4,886,499, to Cirelli et al., U.S. Pat. No. 5,656,032, to Kriesel et al., and PCT Publication Nos. WO 95/13838 and WO 97/21457, both to Elan Medical Technologies, Ltd.

Unfortunately, most of the automatic infusion devices disclosed in the prior art are fairly complex in design and, as a result, cannot be made as small and inexpensive as might be desired. Generally, the complexity of these devices results from three factors. One factor is the need for a pump or other type of discharge mechanism to force the liquid theraptic preparation to flow out of the reservoir and into the injection or infusion needle. Another factor is the need

2

for some type of valve or flow control mechanism to cause the liquid therapeutic preparation to begin to flow at the proper time. A third factor, which applies to those devices that are designed to inject the infusion needle into the patient automatically, is the need for a suitable injection mechanism that can be triggered by the user. The structures required to perform these functions add size and complexity to the infusion device, making it larger than desired and relatively expensive to manufacture.

Accordingly, a need exists for an automatic injection device that is small and has a low-profile configuration, allowing it to be conveniently handled and worn (preferably in an inconspicuous manner under the clothing) by an ambulatory patient. A need also exists for an automatic injection device which is capable of infusing a drug solution or other liquid therapeutic preparation into the skin of a patient over an extended period of time. Finally, a need exists for an automatic injection device whose basic design allows it to be not only small and low in height, but also simple and inexpensive to manufacture.

## SUMMARY OF THE INVENTION

In accordance with one aspect of the present invention, a device is provided for delivering a liquid therapeutic preparation into the body of a patient by injection into or through the skin of the patient. The device comprises a housing having a bottom surface adapted to be brought into contact with the skin of a patient, with the bottom surface of the housing having a needle aperture therein. A reservoir is disposed within the housing for containing a liquid therapeutic preparation to be administered to the patient. A needle carrier is also disposed within the housing and is movable between first and second positions within the housing, such movement occurring in a horizontal direction that is generally parallel to the bottom surface of the housing. An injection needle is carried by the needle carrier for movement therewith. The injection needle has a first portion extending generally perpendicular to the bottom surface of the housing for penetrating the skin of the patient, and a second portion extending generally parallel to the bottom surface of the housing for communicating with the reservoir. In the first position of the needle carrier, the first portion of the injection needle is retracted within the housing and the second portion of the injection needle does not communicate with the reservoir. In the second position of the needle carrier, the first portion of the injection needle projects through the needle aperture and the second portion of the injection needle communicates with the reservoir. In this way, movement of the needle carrier between the first and second positions causes the injection needle to penetrate the skin of the patient, and also causes the liquid therapeutic preparation to begin to flow through the injection needle into the body of the patient.

In accordance with a further aspect of the present invention, a device for delivering a liquid therapeutic preparation into the body of a patient by injection into or through the skin of the patient comprises a low-profile housing having a bottom surface adapted to be brought into contact with the skin of the patient. The bottom surface of the housing has a needle aperture therein, and the housing is sufficiently low in height to allow the device to be worn inconspicuously under the clothing of the patient. A reservoir is disposed within the housing for containing a liquid therapeutic preparation to be administered. An injection needle is disposed generally horizontally in the housing, and is adapted to communicate with the reservoir. The injection needle has a bent injection end which is adapted to project

5,957,895

3

through the needle aperture. A movable needle carrier is disposed in the housing for carrying the injection needle and for causing the injection end of the needle to project through the needle aperture upon movement of the needle carrier. The needle carrier and the injection needle are disposed in a side-by-side relationship with the reservoir in the housing in order to minimize the height of the housing above the bottom surface.

In accordance with a still further aspect of the present invention, a device for delivering a liquid theraputic preparation into the body of a patient by injection into or through the skin of the patient comprises a housing adapted to be held in contact with the patient's skin. A reservoir is disposed within the housing for containing a liquid therapeutic preparation to be administered. The reservoir includes a Belleville spring which exerts pressure on the liquid theraputic preparation to discharge the liquid therapeutic preparation from the reservoir at a relatively constant rate. An injection needle is adapted to communicate with the reservoir and to project from the housing in order to inject the liquid theraputic preparation into or through the skin of the patient.

## BRIEF DESCRIPTION OF THE DRAWINGS

The various objects, advantages and novel features of the present invention will be more readily appreciated from the following detailed description when read in conjunction with the appended drawings, in which:

FIG. 1 is a top perspective view of an automatic injection device constructed in accordance with a first embodiment of the present invention;

FIG. 2 is a bottom perspective view of the automatic injection device of FIG. 1, illustrating the needle aperture and peelable release liner thereof;

FIG. 3 is a partially exploded perspective view of the automatic injection device of FIGS. 1 and 2, with the top portion of the housing removed and the internal components of the device shown in their operative positions in the bottom portion of the housing;

FIG. 4 is a fully exploded perspective view of the automatic injection device of FIGS. 1–3, with the internal components of the device shown removed from the bottom portion of the housing;

FIG. 5 is a cross-sectional view taken along the line 5—5 in FIG. 1, illustrating the components of the automatic injection device in the positions they occupy prior to use of the device;

FIG. 6 is a cross-sectional view similar to that of FIG. 5, illustrating the components of the automatic injection device in the positions they occupy during and after use;

FIG. 7 is an enlarged side view of the injection needle used in the device of FIGS. 1–6, showing the capillary tube that is used for flow rate control;

FIG. 8 is a side view of an alternative embodiment of the injection needle in which a valve is used for flow rate control;

FIG. 9 is a cross-sectional view of the liquid reservoir or dose chamber used in the device of FIGS. 1–8, with the liquid theraputic preparation present within the reservoir;

FIGS. 10 and 11 illustrate the components of the liquid reservoir of FIG. 8 and the manner in which they are assembled;

FIG. 12 is an exploded perspective view of an automatic injection device constructed in accordance with a second embodiment of the present invention;

4

FIG. 13 is a cross-sectional view of the automatic injection device of FIG. 12, shown fully assembled; and

FIG. 14 is an enlarged view of a portion of FIG. 13, illustrating the manner in which the flow of the drug solution to the injection needle is controlled.

Throughout the drawings, like reference numerals will be understood to refer to like parts and components.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

An automatic injection device 20 constructed in accordance with a first embodiment of the present invention is illustrated generally in the top and bottom perspective views of FIGS. 1 and 2, respectively. The device 20 includes a rigid external housing 21 that consists of an upper housing portion 22 and a lower housing portion 24. The housing portions 22 and 24 may be made of a suitable plastic material, such as polycarbonate, and are joined to each other along a horizontal seam 26. The plastic material used for the housing 21 is preferably opaque, but may be transparent or translucent if desired. When viewed from above or below, the housing 21 has an oblong shape with rounded ends, as shown. The forward end 28 of the housing 21 is closed, but the rear end 30 of the housing includes a horizontally-extending slot 32 (formed by a notch in the upper housing portion 22) which allows access to the interior of the housing. The slot 32 allows a pre-filled liquid reservoir or dose chamber to be installed in the housing 21 after the device 20 has been assembled. Horizontal, crescent-shaped cut-outs 34 and 36 are formed in the upper and lower portions 22 and 24 of the housing 21 at the rear end 30 thereof to allow the liquid reservoir to be fully inserted.

As shown in FIG. 1, the upper portion 22 of the housing is formed with a recessed area 38 in which a hole 40 is formed. The hole 40 is elongated in the lengthwise direction of the device 20, and accommodates a slide button 42 which is operated by the user. The top surface of the slide button 42 is ribbed in a direction perpendicular to the direction of button movement, as shown, to allow the user's finger to engage the button 42 without slipping. The button 42 is initially in the position shown in FIG. 1 and is moved rearwardly (i.e., in the direction toward the rear end 30 of the housing 21) by the user during operation of the device 20. As will be described in detail below, movement of the button 42 causes an injection needle to project from the bottom of the housing 21 and also causes the liquid theraputic preparation to begin to flow through the injection needle from the internal reservoir.

As shown in FIG. 2, the bottom surface of the housing is flat and carries a layer of pressure-sensitive adhesive 44 which allows the device 20 to be affixed to the skin of a patient. The tackiness of the adhesive layer 44 is sufficient to allow the device 20 to remain securely attached to the patient's body, but is weak enough to allow the device 20 to be removed from the skin after use without discomfort. A suitable adhesive which may be used for this purpose is available from 3M Company of St. Paul, Minn. Preferably, the bottom surface of the housing 21 is roughened or textured to allow for better adhesion of the pressure-sensitive adhesive layer 44 to the plastic material of the housing. A release liner 46, made of coated paper or a thin sheet of plastic, covers the adhesive layer 44 prior to use of the device 20. When the release liner 46 is removed, it uncovers not only the adhesive layer 44 but also a small round hole 48 that is formed through the bottom portion 24 of the housing near its forward end 28. The hole 48 serves

5,957,895

as a needle aperture for allowing an injection needle to protrude from the bottom of the device 20 when the slide button 42 of FIG. 1 is actuated, as will be described in detail below.

In the preferred embodiment, the automatic injection device 20 of FIGS. 1 and 2 is approximately 3.6 inches in length, approximately 1.8 inches in width and approximately 0.4 inch or less in height. However, these dimensions are given merely by way of example and not by way of limitation, it being understood that both the dimensions of the device 20 and its overall shape or geometry may be varied nm order to suit the requirements of particular applications.

FIGS. 3 and 4 are exploded views which illustrate the internal components of the automatic injection device 20. These components include a liquid reservoir or dose chamber 50, a needle carrier 52 and an injection needle 54. The liquid reservoir 50, whose detailed construction will be discussed below in connection with FIGS. 9–11, is preferably in the form of a thin disk-shaped structure as shown. A cylindrical fill and discharge port 56 is formed on the side of the reservoir 50 and faces the rear edge 69 of the needle carrier 52. The liquid reservoir 50 is made of a suitable plastic material, such as ABS plastic, and defines a thin, disk-shaped internal chamber in which a liquid therapeutic preparation (such as insulin) is stored. The circular aperture 57 of the port 56 is closed off by an internal, self-sealing rubber septum (not visible in FIGS. 3 and 4) which maintains the reservoir 50 in a sealed condition until it is penetrated by the injection needle 54 during use of the device 20. Preferably, the reservoir 50 is pre-filled with the liquid therapeutic preparation (via needle injection through the port 56) and is inserted into the automatic injection device 20 through the slot 32 after the device 20 has been assembled. When the reservoir 50 is inserted into the slot 32, a pair of upstanding ramps 58 which are integrally formed on the bottom portion 28 of the housing assist in locating the reservoir 50 at the proper height within the housing. A similar pair of ramps 60, spaced more closely together and located closer to the forward end 28 of the housing than the ramps 58, engage a pair of horizontal wings or tabs 62 which extend from either side of the port 56. As a result, the circular aperture 57 at the center of the port 56 is aligned precisely with the rearwardly-facing end 63 of the injection needle 54. When the reservoir 50 reaches the proper position within the housing 21, the rear edges of the wings 62 are captured between a pair of upstanding detents 64 which, like the ramps 58 and 60, are formed integrally with the bottom portion 24 of the housing 21. The detents 64 serve to lock the reservoir 50 in position within the housing 21 of the automatic injection device 20. The reservoir 50 is guided into engagement with the detents 64 by a shallow channel 65 which receives the lowermost edge of the port 56 and extends longitudinally along the interior surface of the bottom housing portion 24. A similar channel 66 extends longitudinally along the interior surface of the upper housing portion 22 to receive and guide the uppermost edge of the port 56.

With continued reference to FIGS. 3 and 4, the needle carrier 52 is received in the lower portion 24 of the housing in a side-by-side relationship with the reservoir 50. The needle carrier 52 is made of a strip of resilient plastic material, such as 0.040 inch thick ABS plastic. The needle carrier 52 includes a generally rectangular guide portion 68 on which the slide button 42 is integrally formed. The rear edge 69 of the guide portion 68 faces the reservoir 50, and is separated from the port 56 of the reservoir by a small gap

70 as shown in FIG. 3. Integral with the guide portion 68 of the needle carrier 52 is a resiliently deflectable portion 71 which, when viewed from above, has an arcuate or curved shape corresponding generally to the shape of the forward portion 28 of the housing. As best seen in FIG. 4, the resiliently deflectable portion 71 of the needle carrier 52 is angled downwardly (preferably by about 7°) from the plane of the guide portion 68 when the deflectable portion 71 is in its relaxed or unstressed condition. The injection needle 54 is secured to the bottom surface of the needle carrier 52 in a manner such that the main or unbent portion 72 of the injection needle 54 extends approximately parallel to the plane of the lower housing portion 24 and is aligned with the longitudinal center line of the device 20. The injection needle 54 may be affixed to the lower surface of the needle carrier 52 in any desired manner, but the preferred method is to capture portions of the injection needle 54 between projections (two of which are visible at 74 in FIG. 4) extending from the lower surface of the needle carrier 52. An expoy resin may also be used to secure the injection needle 54 in place. The forward or distal end 76 of the injection needle 54 is bent at an angle of about 90° relative to the main or proximal portion 72 of the injection needle, and penetrates the skin of the patient during operation of the device 20. As described below in connection with FIGS. 7 and 8, the injection needle 54 is preferably made up of two connected sections of hollow 30-gauge stainless steel cannula, with each section ground at an angle at its free end to provide a sharpened distal end 78 and a sharpened proximal end 63. The 90° bend which separates the distal portion 76 of the injection needle 54 from the main or proximal portion 72 is preferably in the form of a smooth arc, as shown, in order to avoid any obstruction in the flow of the liquid therapeutic preparation through the injection needle 54.

Unlike the liquid reservoir 50, which is held at a fixed position within the housing 21, the needle carrier 52 is slidable relative to the lower portion 24 of the housing. This is achieved by means of a pair of upstanding guide track structures 82 which are formed integrally with the lower portion 24 of the housing. As best seen in FIG. 3, the rectangular guide portion 68 of the needle carrier 52 is slidably received between the guide tracks 82 so that it can move longitudinally (i.e., in the direction toward the liquid reservoir 50) when the slide button 42 is manipulated by the user. This provides a corresponding motion of the injection needle 54, which is affixed to the bottom of the needle carrier 52 as described previously. During movement of the needle carrier 52, the upper and lower horizontal portions of the guide tracks 82 restrain vertical movement of the guide portion 68. When the needle carrier 52 is at its forwardmost position in the lower housing portion 24, the front edge 85 of the resiliently deflectable portion 71 is deflected upwardly from its relaxed or unstressed configuration by a pair of upstanding rectangular supports or projections 84 which are formed integrally with the bottom portion 24 of the housing near its forward end 28. Since the guide portion 68 at the rear of the needle carrier 52 is prevented from moving upwardly by the guide tracks 82, the needle carrier 52 is thus maintained in a resiliently stressed condition with the forward edge of the resiliently deflectable portion 70 bearing downwardly on the supports 84. This is the condition in which the needle carrier 52 exists prior to use of the automatic injection device 20. When the device 20 is used, the needle carrier 52 is moved (via the slide button 42) in the direction toward the reservoir 50, thereby removing the forward edge 85 of the resiliently deflectable portion 70 from contact with the supports 84. This allows the resiliently deflectable portion

5,957,895

7

70 of the needle carrier 52 to deflect downwardly under its own inherent spring force. This motion provides the injection force that causes the distal portion 76 of the injection needle 54 to penetrate the skin of the patient.

As shown in FIGS. 3 and 4, upstanding cylindrical sockets 86 are integrally formed on the interior surface of the lower housing portion 24. These sockets 86 mate with corresponding pins or studs 88 which are formed integrally with the interior surface of the upper housing portion 22 and which extend downwardly toward the lower housing portion. Tight engagement between the pins 88 and sockets 86 serves to couple the upper and lower housing portions 22 and 24 together during assembly of the automatic injection device 20.

FIGS. 5 and 6 are cross-sectional views which illustrate the manner in which the automatic injection device 20 is used. FIG. 5 illustrates the device 20 as it would appear prior to use, with the slide button 42 in its forwardmost position and the distal tip 78 of the injection needle 54 recessed within the forward end 28 of the housing 21. The release liner 46 has been removed from the bottom of the housing 21 in FIG. 5, and the bottom surface of the housing has been placed against the skin of the patient (not shown) so that the needle aperture 48 is directly over the desired injection site. When the slide button 42 is moved rearwardly in the hole 40 (i.e., in the direction toward the reservoir 50), the forward edge 85 of the deflectable portion 71 of the needle carrier 52 is withdrawn from the supports 84, allowing the deflectable portion 71 to resiliently return to its relaxed or unstressed condition as shown in FIG. 6. When this occurs, the bent portion 76 of the injection needle 54 projects downwardly through the needle aperture 48 and the sharpened distal tip 78 of the injection needle penetrates the skin of the patient. The depth of penetration is preferably about 3 millimeters or less. At the same time, the rearward movement of the needle carrier 52 causes the proximal tip 63 at the proximal end of the injection needle 54 to penetrate a self-sealing rubber septum 90 in the port 56 of the liquid reservoir 50. The proximal end of the injection needle 54 thereby enters the liquid chamber within the reservoir 50, as shown in FIG. 6, and a flow path is established between the reservoir 50 and the body of the patient through the lumen of the injection needle 54. It will be appreciated that contact between the port 56 and the read edge 69 of the needle carrier 52 will act as a stop for the rearward motion of the injection needle 54, thereby limiting the depth of penetration of the injection needle 54 into the reservoir 50. As will be discussed in connection with FIGS. 7 and 8, the rate of liquid flow through the injection needle 54 is controlled so that the liquid theraputic preparation is discharged from the reservoir 50 gradually over a predetermined interval. In the case where the liquid theraputic preparation is insulin, for example, this period of time may be approximately twenty-four hours. As will become apparent from the discussion of FIGS. 9–11 below, the inherent resiliency of the walls of the liquid reservoir 50 allows the liquid theraputic preparation to be discharged from the reservoir 50 without the need for a pump or other type of discharge device.

FIG. 7 illustrates a preferred type of injection needle 54 which may be employed in the present invention. The injection needle 54 is made up of two sections 92 and 94, each consisting of a length of 30-gauge stainless steel cannula A glass capillary tube is tightly received in the lumens of the cannula sections 92 and 94 and serves to couple them together. The length and inner diameter of the glass capillary tube 96 provides a fixed, calibrated flow resistance that establishes the rate of liquid flow through the

8

injection needle 54. In the preferred embodiment, the glass capillary tube 96 has a length of approximately 1 inch, an outer diameter of approximately 150 microns and an inner diameter of approximately 29 microns. The epoxy resin that is used to attach the injection needle 54 to the needle carrier 52 may also be used to secure the connection between the glass capillary tube 96 and the stainless steel cannula sections 92 and 94.

FIG. 8 illustrates a modified embodiment in which the cannula sections 92 and 94 are coupled by a valve 98 rather than by the glass capillary tube 96. When the valve 98 is closed, the liquid theraputic preparation is prevented from flowing through the injection needle 54. When the valve 98 is opened, the liquid theraputic preparation can flow through the injection needle 54 and into the body of the patient. The size of the valve orifice controls the rate of liquid flow through the injection needle 54. The valve 98 may be controlled either mechanically or electrically. In either case, the valve control can be interconnected with the slide button 42 or provided as a separate control on the exterior of the housing 21. Optionally, a proportional valve may be used so that the rate of liquid flow through the injection needle 54 can be varied to suit the requirements of particular patients and/or liquid therapeutic preparations.

FIGS. 9–11 illustrate the details of the liquid reservoir 50. In FIG. 9, the reservoir 50 is shown in its assembled condition and is filled with a liquid therapeutic preparation 100. The body of the reservoir 50 consists of two circular Belleville spring diaphragms 102 and 104 which are bonded to each other at their edges. Each Belleville spring diaphragm is about 1.70 inches in diameter and is made of a suitable resilient plastic material, such as ABS or polycarbonate. Each Belleville spring diaphragm 102 and 104 includes an outer annular portion 106 which has a thickness of about 0.030 inch, and a thinner central disk portion which has a thickness of about 0.020 inch. Semi-cylindrical structures 110 and 112 extend from one side of each Belleville spring diaphragm 102 and 104 to form the port 56. A self-sealing cylindrical rubber septum 90 is captured within a correspondingly-shaped cavity in the port 56 to seal the aperture 57, which serves as the inlet and outlet of the reservoir 50. In the empty condition of the reservoir 50, the inner surfaces of the Belleville spring diaphragms 102 and 104 are in contact with each other as shown in FIG. 11. The liquid therapeutic preparation 100 is injected under pressure by a filling needle through the rubber septum 90, and this causes the Belleville spring diaphragm 102 and 104 to forcibly separate as shown in FIG. 9. When the filling needle is removed, the rubber septum 90 self-seals and maintains the liquid therapeutic preparation 100 in a pressurized condition within the reservoir 50.

FIG. 10 illustrates the configuration of the Belleville spring diaphragms 102 and 104 before the reservoir 50 is assembled. As illustrated, each Belleville spring diaphragm 102 and 104 has the shape of a truncated cone, with the apexes of the two truncated cones facing each other. During the assembly process, the outer edges of the two Belleville spring diaphragms 102 and 104 are forced together and are secured to each other by ultrasonic welding. The ultrasonic welding process bonds the edges of the two Belleville spring diaphragms 102 and 104 together at all points along their peripheries, except for a gap in the region of the port 56. The gap provides a liquid channel which communicates with the septum 90 and aperture 57. After the ultrasonic bonding operation is complete, the reservoir 50 has the configuration shown in FIG. 11. As noted earlier, introduction of the liquid therapeutic preparation 100 under pressure through the sep-

5,957,895

9

tum **90** causes the Belleville spring diaphragms **102** and **104** to separate, leaving the reservoir in the condition shown in FIG. **9**. The resiliency of the Belleville spring diaphragms **102** and **104** (which tends to return them to the configuration shown in FIG. **10**) maintains the liquid theraputic preparation **100** under pressure. When the injection needle **54** of the automatic injection device **20** penetrates the septum **90**, the pressure exerted by the Belleville spring diaphragms **102** and **104** causes the liquid theraputic preparation **100** to be discharged through the injection needle **54** without the need for a pump or other type of discharge device.

One of the advantages of the reservoir construction shown in FIGS. **9**–**11** is that the Belleville spring diaphragms **102** and **104** exert a relatively constant pressure on the liquid theraputic preparation **100** that is essentially independent of the amount of liquid remaining within the reservoir **50**. This produces a relatively constant flow rate of the liquid theraputic preparation **100** through the injection needle **54**, which allows the liquid theraputic preparation **100** to be administered to the patient at a constant infusion rate. In order to achieve this result, a specific geometry is preferably used for each of the Belleville spring diaphragms **102** and **104**. In particular, it has been found that the ratio between the vertical height projection of the thicker annular region **106** of each Belleville spring diaphragm (the dimension "h" in FIG. **10**) and the thickness of this region (the dimension "t" in FIG. **10**) should be in the range of about 1.7 to about 2.0. For a Belleville spring diaphragm having an effective diameter (the dimension "d" in FIG. **10**) of about 1.70 inches, the dimension "h" preferably has a value of about 0.060 inch and the dimension "t" preferably has a value of about 0.030 inch. When the reservoir **50** is completely filled with the liquid theraputic preparation as shown in FIG. **9**, the interior height dimension at the center of the reservoir is about 0.060 inch.

FIG. **12** is an exploded perspective view of an automatic injection device **116** constructed in accordance with a second embodiment of the present invention. In this embodiment, the liquid reservoir **118** comprises two flexible membranes **120** and **122**, made of rubber or plastic, which are bonded together at their outer edges. A Belleville washer **124** with a hollow center **126** is bonded to the outside of the top membrane **120**, and a similar Belleville washer **128** (visible in FIG. **13**) with a hollow center **130** is bonded to the outside of the bottom membrane **122**. Except for their hollow centers **126** and **130**, the Belleville washers **124** and **128** are similar in construction and function to the Belleville spring diaphragms **102** and **104** shown in FIGS. **9**–**11**. In the embodiment of FIG. **12**, however, the sole function of the Belleville washers **124** and **128** is to pressurize the liquid theraputic preparation contained within the liquid reservoir **118**, but the Belleville washers **124** and **128** do not themselves form the walls of the chamber. The latter function is carried out by the bonded membranes **120** and **122**. This is advantageous in allowing the material of the Belleville washers **124** and **128** to be selected solely on the basis of its mechanical characteristics, without regard to its compatibility with the liquid theraputic preparation contained in the reservoir **118**.

With further reference to FIG. **12**, the liquid reservoir **118** is enclosed in a housing which consists of an upper portion **132** and a lower portion **134**. Pins **136** extend downwardly from the upper portion **132** of the housing and mate with sockets **138** formed in the lower portion **134** of the housing after passing through holes **140** located at the periphery of the bonded membranes **120** and **122**. This method of construction serves to couple the upper and lower housing

10

portions **132** and **134** together while properly locating the liquid reservoir **118** within the housing. Also visible in FIG. **12** is an injection needle **142** which communicates with the liquid reservoir **118**. The injection needle **142** consists of a straight stainless steel cannula **144** which is ground at an angle at its lower end, and is capped at its upper end by a round plastic insert **146**. Actuation of a hinged cut-out section **148** of the upper housing portion **132** by the user causes the injection needle to be displaced through a delivery node **150** formed in an extension **152** of the liquid reservoir **118**. The delivery node **150** is in fluid communication with the liquid theraputic preparation in the reservoir **118** by means of a glass capillary tube **154** which serves as a fixed flow resistor and establishes the desired flow rate of the liquid theraputic preparation through the injection needle **142**.

The manner in which the automatic injection device **116** of FIG. **13** is used will now be explained with reference to FIGS. **13** and **14**. After the device **116** is assembled, the liquid reservoir **118** is filled by inserting a suitable filling nozzle through a hole **158** formed in the upper portion **132** of the housing and coupling the suitable filling nozzle to a port **156** located on the rear portion of the reservoir **118**. A ball-type check valve **160** allows the liquid theraputic preparation to enter the reservoir **118** but prevents it from being discharged through the port **156** after the reservoir has been filled. Filling of the reservoir **118** will cause the membranes **120** and **122** and the Belleville washers **124** and **128** to forcibly separate, thereby defining a liquid chamber between the separated membranes and Belleville washers. Prior to use of the device **116**, the movable section **148** of the upper housing portion **132** is in the portion shown in solid lines in FIG. **14**. In this position, the cannula **144** of the injection needle **142** is recessed entirely within the housing, and a hole **162** formed in the side of the cannula **144** is located at a position above and outside the delivery node **150**. As shown in FIG. **13**, the plastic cap **146** at the top of the injection needle **142** is held in a socket **164** which is affixed to the bottom surface of the movable housing section **148**. To inject the needle **142**, the user depresses the movable housing section **148** until it reaches the solid line position shown in FIG. **13**. This causes the distal end of the injection needle **142** to project from a needle aperture **166** in the bottom portion **134** of the housing, and also causes the portion of the injection needle cannula containing the hole **162** to enter the delivery node **150** (as illustrated in phantom lines in FIG. **14**). When the hole **162** aligns with the center of the delivery node **150**, a liquid path exists between the interior of the reservoir **118** and the distal tip of the injection needle **142**. The liquid theraputic preparation is then automatically discharged from the reservoir **118** through the injection needle **142** in the same manner as in the previous embodiment, with the rate of discharge being established by the dimensions of the glass capillary tube **154**. An elastomeric seal **168** is provided in the delivery node **150** in order to prevent leakage of the liquid theraputic preparation at the membranes **120**, **122** and the cannula **144** of the injection needle **142**. The elastomeric seal **168** also defines a central opening **170** with which the side opening **162** in the needle cannula **144** can align, thereby insuring that the desired fluid path will exist. The opening **162** can be formed in the cannula **144** in various ways, but a technique known as electrical discharge machining (EDM) is particularly useful for this purpose.

After the liquid theraputic preparation has been completely discharged from the reservoir **118**, the automatic injection device **116** can be removed from the body of the patient in the same manner as the device **20** described

5,957,895

11

previously. At this point, the movable section **148** in the upper portion **132** of the housing can be raised to the position shown in phantom lines in FIG. **13**. When this is done, the cannula **144** is withdrawn from the delivery node **150**, and a spring **172** in the socket **164** causes the injection needle **142** to pivot to a position generally parallel to the inside surface of the movable housing section **148**. The movable housing section **148** may then be restored to its closed position, leaving the injection needle **142** fully retracted at a safe position within the housing.

It will be appreciated that the automatic injection devices **20** and **116** can be used to administer virtually any type of theraputic preparation that is in a liquid or flowable form. Examples include liquids, solutions, suspensions, flowable gels and the like. It will also be apparent that the devices **20** and **116** can be used for either intradermal, subcutaneous, intramuscular or intravenous delivery of the theraputic preparation.

Although only two exemplary embodiments of the invention have been described in detail above, those skilled in the art will readily appreciate that many modifications are possible in the exemplary embodiments without materially departing from the novel teachings and advantages of this invention. Accordingly, all such modifications are intended to be included within the scope of the invention as defined in the following claims.

What is claimed is:

1. A device for delivering a liquid theraputic preparation into the body of a patient by injection into or through the skin of the patient, comprising:

a housing having a bottom surface adapted to be brought into contact with the skin of a patient, said bottom surface having a needle aperture therein;

a reservoir disposed within said housing for containing a liquid theraputic preparation;

a needle carrier disposed within said housing and movable between first and second positions within said housing, said movement occurring in a horizontal direction generally parallel to said bottom surface; and

an injection needle carried by said needle carrier for movement therewith, said injection needle having a first portion extending generally perpendicular to the bottom surface of said housing for penetrating the skin of the patient and a second portion extending generally parallel to the bottom surface of said housing for communicating with said reservoir;

wherein in said first position of said needle carrier said first portion of said injection needle is retracted within said housing and said second portion of said injection needle does not communicate with said reservoir, and in said second position of said needle carrier said first portion of said injection needle projects through said needle aperture and said second portion of said injection needle communicates with said reservoir, whereby movement of said needle carrier between said first and second positions causes said injection needle to penetrate the skin of the patient and said liquid theraputic preparation to begin to flow through said injection needle into the body of the patient.

2. A device as claimed in claim **1**, further comprising a resilient actuator for causing said first portion of said injection needle to project through said needle aperture when said needle carries is moved from said first position to said second position.

3. A device as claimed in claim **2**, wherein said resilient actuator comprises a resiliently deflectable portion of said

12

needle carrier, said resiliently deflectable portion being held in an upper position when said needle carrier is in said first position and being allowed to resiliently return to a lower position when said needle carrier is moved to said second position.

4. A device as claimed in claim **3**, wherein said needle carrier includes a guide portion to which said deflectable portion is attached and said housing includes a guide track for allowing said guide portion and said deflectable portion to move in said horizontal direction while restraining vertical movement of said guide portion, said housing further comprising a fixed abutment for maintaining said deflectable portion in said upper position when said needle carrier is in said first position.

5. A device is claimed in claim **1**, wherein said needle carrier includes a manually operable slide button for moving said needle carrier between said first and second positions, said slide button being accessible through an opening in a top surface of said housing.

6. A device as claimed in claim **1**, wherein said reservoir is resiliently expandable in order to exert pressure on a liquid theraputic preparation contained therein, whereby said liquid theraputic preparation is automatically discharged from said reservoir when said second portion of said injection needle communicates with said reservoir.

7. A device as claimed in claim **6**, further comprising a flow regulator disposed in the flow path of said liquid theraputic preparation for causing said liquid theraputic preparation to be discharged from said reservoir at a controlled rate.

8. A device as claimed in claim **7**, wherein said flow regulator comprises as fixed flow resistor.

9. A device as claimed in claim **7**, wherein said flow regulator comprises a controllable valve.

10. A device as claimed in claim **6**, wherein said reservoir includes a self-sealing fill port for allowing said liquid theraputic preparation to be introduced into said reservoir under pressure.

11. A device as claimed in claim **1**, wherein said housing includes an opening for allowing said reservoir to be installed in said housing after said device is assembled.

12. A device as claimed in claim **1**, further comprising an adhesive layer in the bottom surface of said housing for adhering said device to the skin of a patient.

13. A device as claimed in claim **12**, further comprising a removable release liner for covering said adhesive layer and said needle aperture.

14. A device for delivering a liquid theraputic preparation into the body of a patient by injection into or through the skin, comprising:

a low-profile housing having a bottom surface adapted to be brought into contact with the skin of a patient, said bottom surface having a needle aperture therein, said housing being sufficiently low in height to allow said device to be worn inconspicuously under the clothing of the patent;

a reservoir disposed within said housing for containing a liquid theraputic preparation;

an injection needle disposed generally horizontally in said housing and adapted to communicate with said reservoir, said injection needle having a bent injection end adapted to project through said needle aperture; and

a movable needle carrier disposed in said housing for carrying said injection needle and for causing the injection end of said needle to project through said needle aperture upon movement of said needle carrier;

5,957,895

13

wherein said needle carrier and said injection needle are disposed in a side-by-side relationship with said reservoir in said housing in order to minimize the height of said housing above said bottom surface.

**15**. A device as claimed in claim **14**, wherein said injection end of said injection needle is bent at an angle of about 90° with respect to the horizontally extending portion of said injection needle.

**16**. A device as claimed in claim **14**, wherein said reservoir is held at a fixed position within said housing.

**17**. A device as claimed in claim **14**, wherein said reservoir is resiliently expandable in order to exert pressure on a liquid theraputic preparation contained therein, whereby said liquid theraputic preparation is automatically discharged from said reservoir.

**18**. A device for delivering a liquid theraputic preparation into the body of a patient by injection into or through the skin of the patient comprising:

a housing adapted to be held in contact with the skin of a patient;

a reservoir disposed within said housing for containing a liquid theraputic preparation, said reservoir including a

14

Belleville spring which exerts pressure on said liquid theraputic preparation to discharge said liquid theraputic preparation from said reservoir at a relatively constant rate; and

an injection needle adapted to communicate with said reservoir and to project from said housing in order to inject said liquid theraputic preparation into or through the skin of the patient.

**19**. A device as claimed in claim **18**, wherein said reservoir includes a self-sealing fill port for allowing said liquid theraputic preparation to be introduced into said reservoir under pressure.

**20**. A device as claimed in claim **18**, further comprising a flow regulator disposed in the flow path of said liquid theraputic preparation to cause said liquid theraputic preparation be discharged from said reservoir at a controlled rate, said flow regulator being selected from the group consisting of a fixed flow resistor and a controllable valve.

*   *   *   *   *